**Remarkable Healthcare**

**Consolidated Statement of Operations**

**Fiscal Year 2023**

| Income Statement | Seguin | Ft. Worth | Dallas | Prestonwood | TOTAL Facility | RHC, LLC | TOTAL |
|---|---|---|---|---|---|---|---|
| **Facility Revenue by Payor** | | | | | | | |
| Private Pay | $903,194 | $233,186 | $106,140 | $308,191 | $1,550,709 | | |
| Medicare Part A | $1,696,293 | $1,503,056 | $1,288,407 | $1,112,834 | $5,600,589 | | |
| Medicaid | $2,578,225 | $3,376,567 | $3,788,945 | $2,766,212 | $12,509,950 | | |
| Managed Care | $1,008,784 | $1,827,655 | $261,837 | $485,261 | $3,583,536 | | |
| Medicare Part B | $111,658 | $389,877 | $333,968 | $460,067 | $1,295,566 | | |
| Other Income | -$2,662 | -$2,913 | $373 | -$453 | -$5,656 | | |
| **TOTAL Revenue** | **$6,295,489** | **$7,327,429** | **$5,779,671** | **$5,132,107** | **$24,534,697** | **$564,979** | **$25,099,676** |
| **Expenses** | | | | | | | |
| Payroll inc Tax & Benefits | $2,922,727 | $3,506,763 | $2,564,780 | $2,316,494 | $11,310,744 | $993,508 | $12,304,252 |
| Contract Labor | $132,807 | $206,968 | $160,179 | $150,513 | $650,462 | $12,076 | $662,538 |
| Rent | $1,014,249 | $1,112,656 | $1,133,895 | $1,210,497 | $4,471,306 | $33,900 | $4,505,206 |
| Nursing & Med Supplies | $209,112 | $430,179 | $335,071 | $221,232 | $1,195,586 | | $1,195,586 |
| Dietary | $175,820 | $178,958 | $135,269 | $112,549 | $602,586 | | $602,586 |
| Pharmaceuticals | $80,445 | $146,554 | $65,137 | $55,893 | $348,028 | | $348,028 |
| Utilities, Phone, & Cable | $179,225 | $209,216 | $218,631 | $141,752 | $748,825 | $33,423 | $782,248 |
| Repairs & Maintenance | $23,530 | $41,542 | $46,467 | $34,728 | $146,271 | $33,306 | $179,577 |
| Consulting Services | $61,441 | $65,222 | $61,385 | $78,418 | $266,454 | $11,263 | $277,717 |
| Professional Services | $123,653 | $154,707 | $117,847 | $147,460 | $543,669 | $32,115 | $575,784 |
| Management Fees | $219,650 | $214,846 | $100,773 | $47,818 | $583,087 | | $583,087 |
| Insurance - Commercial | $109,184 | $104,704 | $108,042 | $107,939 | $429,870 | $37,276 | $467,146 |
| Depr & Amort | $26,103 | $45,967 | $73,155 | $34,324 | $179,549 | $15,211 | $194,760 |
| Other Exp - Variable | $110,347 | $85,978 | $96,547 | $84,090 | $376,957 | $33,095 | $410,052 |
| Other Exp - Fixed | $114,842 | $231,887 | $173,586 | $148,037 | $668,349 | $806 | $669,155 |
| Office Supplies | $14,878 | $15,631 | $6,953 | $11,788 | $49,251 | $21,859 | $71,110 |
| Travel & Meals | $7,541 | $12,523 | $2,516 | $2,855 | $25,432 | $19,759 | $45,191 |
| Marketing | $4,106 | $3,040 | $6,728 | $1,801 | $15,669 | $511 | $16,180 |
| Lab & Radiology | $34,232 | $15,028 | $5,123 | $14,331 | $68,713 | | $68,713 |
| Hskpg/Laundry Supplies | $26,075 | $29,426 | $36,009 | $23,331 | $114,844 | | $114,844 |
| Transportation | $8,423 | $78,511 | $87,620 | $40,881 | $215,434 | | $215,434 |
| Bad Debt | $120,810 | $159,674 | $53,533 | $29,003 | $363,018 | | $363,018 |
| Interest | $120,826 | $118,510 | $120,826 | $118,510 | $478,674 | $114,581 | $593,255 |
| **TOTAL Expenses - Summary** | **$5,840,026** | **$7,168,490** | **$5,710,072** | **$5,134,244** | **$23,852,778** | **$1,392,686** | **$25,245,464** |
| Net Income/Loss | $455,487 | $158,956 | $69,621 | -$2,133 | $681,931 | -$827,705 | -$145,774 |
| Normalized Expenses | $5,774,022 | $7,096,280 | $5,655,281 | $5,079,039 | $23,604,623 | $1,363,484 | $24,968,108 |
| Interest | $120,826 | $118,510 | $120,826 | $118,510 | $478,674 | $114,581 | $593,255 |
| Depreciation/Amortization | $26,103 | $45,967 | $73,155 | $34,324 | $179,549 | $15,211 | $194,760 |
| **EBITDA** | **$602,413** | **$323,433** | **$263,603** | **$150,701** | **$1,340,151** | **-$697,915** | **$642,236** |
| **Restructuring Costs** | | | | | | | |
| BK Bank Fees | $39,765 | $43,566 | $27,553 | $28,519 | $139,403 | $11,172 | $150,575 |
| BK Legal Fees | $9,144 | $9,442 | $8,030 | $7,494 | $34,110 | $8,718 | $42,828 |
| BK Lender Fees | $17,071 | $19,186 | $19,186 | $19,186 | $74,628 | $9,311 | $83,939 |
| **Normalized EBITDA** | **$668,393** | **$395,626** | **$318,371** | **$205,900** | **$1,588,292** | **-$668,713** | **$919,578** |
| **Normalized EBITDAR** | **$1,682,642** | **$1,508,282** | **$1,452,266** | **$1,416,397** | **$6,059,598** | **-$634,813** | **$5,424,784** |
| **Salaries as a % of Revenue** | 49% | 51% | 47% | 48% | 49% | 178% | 52% |
| **Normalized Expenses PPD** | $229 | $259 | $218 | $244 | $238 | $14 | $238 |

| Facility Revenue % by Payer | Seguin Rev as % of Ttl Rev | Ft Worth Rev as % of Ttl Rev | Dallas Rev as % of Ttl Rev | Prestonwood Rev as % of Ttl Rev | TTL Facility Rev as % of Ttl Rev |
|---|---|---|---|---|---|
| Private Pay | 14% | 3% | 2% | 6% | 6% |
| Medicare Part A | 27% | 21% | 22% | 22% | 23% |
| Medicaid | 41% | 46% | 66% | 54% | 51% |
| Managed Care | 16% | 25% | 5% | 9% | 15% |
| Medicare Part B | 2% | 5% | 6% | 9% | 5% |
| Other Income | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Skilled Revenue** | **43%** | **45%** | **27%** | **31%** | **37%** |

| Remarkable Healthcare | RH 2023 Write Off % | SNF Industry Average W/O %* |
|---|---|---|
| 2023 Write Off % of Total Revenue = | 1.5% | 2-3% |

* MD Clarity. "Bad Debt Percentage." Bad Debt Percentage Benchmark: "The industry standard benchmark for Bad Debt Percentage is typically around 2-3% of net patient revenue."
https://www.mdclarity.com/rcm-metrics/bad-debt-percentage#:~:text=increase%20their%20revenue.-,Bad%20Debt%20Percentage%20Benchmark,%2D%243%20as%20bad%20debt.