IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>**REMARKABLE HEALTHCARE OF CARROLLTON LP,** *et al.*[1]<br><br>**DEBTORS.** | **Case No.:    24-40605**<br>**(Joint Administration Requested)** |

### ORDER GRANTING DEBTORS' MOTION
### FOR SANCTIONS AGAINST ALLEON CAPITAL PARTNERS, LLC

On March 20, 2024, the Motion for Sanctions Against Alleon Capital Partners, LLC (the "**Sanctions Motion**") was filed by Remarkable Healthcare of Carrollton, LP and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-referenced, jointly administered cases. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure.

This matter having come before this Court and the Court having found that notice was good and sufficient; and the Court having considered the Sanctions Motion, any objections and responses to the Sanctions which were filed with the Court have been overruled, all evidence introduced at any hearing on the Sanctions Motion, and the positions of the parties as reflected in the transcript of any hearing on the Sanctions; and sufficient cause appearing to the Court:

**IT IS THEREFORE ORDERED** that the Motion for Sanctions Against Alleon Capital Partners, LLC filed by Debtors Remarkable Healthcare of Carrollton LP, *et al.* is hereby **GRANTED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

**IT IS FURTHER ORDERED** that Alleon must disgorge $951,860.43, which funds shall be returned to the Debtors by 9 a.m. central prevailing time on Friday, March 22, 2024;

**IT IS FURTHER ORDERED** that Debtors' attorneys be awarded their fees and costs in the amount of $85,248.25, which amount shall be wired to Gutnicki LLP by 10 a.m. central prevailing time on Friday, March 22, 2024;

**IT IS FURTHER ORDERED** that Alleon must comply with this Order notwithstanding any decision to appeal this Order.

4854-1602-9101, v. 1