**Alexandria Rahn**

---

| | |
|---|---|
| **From:** | Liz Boydston |
| **Sent:** | Monday, March 11, 2024 4:53 PM |
| **To:** | Alexandria Rahn; Max Schlan |
| **Subject:** | FW: [EXTERNAL] RH |


**Liz Boydston** (she/her)
Partner

**GUTNICKI** LLP

10440 N. Central Expressway, Suite 800 / Dallas, Texas 75231
p / (469) 895-4413 c / (214) 403-7901 f / (469) 895-4413
**lboydston@gutnicki.com** / www.gutnicki.com

---

**From:** McPike, Jon <jemcpike@remarkablehealthcare.net>
**Sent:** Wednesday, March 6, 2024 5:53 PM
**To:** Liz Boydston <lboydston@gutnicki.com>
**Subject:** Fwd: [EXTERNAL] RH


Sent from my IPhone so please excuse typos.

Begin forwarded message:

> **From:** "McPike, Jon" <jemcpike@remarkablehealthcare.net>
> **Date:** February 14, 2024 at 5:38:34 PM CST
> **To:** "Robert C. Rowe" <RRowe@ccsb.com>
> **Cc:** "Mark A. Castillo" <MACastillo@ccsb.com>
> **Subject: Re: [EXTERNAL] RH**
>
> OK.  I can give them that as soon as they agree that the dismissal hasn't changed their acceptance of $10k per week interest payments through 2024.  But not until.  If they are going to change their commitment on that, then Im changing my commitment on Compass because we will not be able to afford them.
>
> "I AM Remarkable Healthcare!"
>
> *[signature]*
>
> Jon E. McPike
> Chief Operating Officer
> 817-946-2552 Phone

1



*"In every one's life comes one undeniable moment of change that never stops mattering."  Terry Kay*

This e-mail message (including any attachments) may contain information that is confidential or, otherwise, comprising non-public information. This message is intended to be conveyed only to the designated recipient(s). If you have any reason to believe you are not an intended recipient of this message, please notify the sender by replying to this message and then deleting it from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

**From:** "Robert C. Rowe" <RRowe@CCSB.com>
**Date:** Wednesday, February 14, 2024 at 5:36 PM
**To:** Jon McPike <jemcpike@remarkablehealthcare.net>
**Cc:** "Mark A. Castillo" <MACastillo@CCSB.com>
**Subject:** RE: [EXTERNAL] RH

I know but they wanted an acknowledgement that the dismissal of the bankruptcy case hasn't changed the RH-Compass relationship, which is what this Rule 11 does.

**Robert C. Rowe**
*Attorney*



O 214.855.3103
RRowe@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

**From:** McPike, Jon <jemcpike@remarkablehealthcare.net>
**Sent:** Wednesday, February 14, 2024 5:32 PM
**To:** Robert C. Rowe <RRowe@CCSB.com>
**Cc:** Mark A. Castillo <MACastillo@CCSB.com>
**Subject:** Re: [EXTERNAL] RH

**WARNING:** This email originated from outside our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Compass has already started and are conducting billing for Remarkable. Alleon is aware of that since they are in contact with Compass.

J

"I AM Remarkable Healthcare!"

Jon E. McPike
Chief Operating Officer
817-946-2552 Phone



"In every one's life comes one undeniable moment of change that never stops mattering." Terry Kay

This e-mail message (including any attachments) may contain information that is confidential or, otherwise, comprising non-public information. This message is intended to be conveyed only to the designated recipient(s). If you have any reason to believe you are not an intended recipient of this message, please notify the sender by replying to this message and then deleting it from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

---

**From:** "Robert C. Rowe" <RRowe@CCSB.com>
**Date:** Wednesday, February 14, 2024 at 5:25 PM
**To:** Jon McPike <jemcpike@remarkablehealthcare.net>
**Cc:** "Mark A. Castillo" <MACastillo@CCSB.com>
**Subject:** RH

Jon,

Alleon is asking us to affirm the Compass agreements through a Rule 11 agreement between counsel. They wanted this as part of the dismissal agreements. I'm attaching a draft agreement I've prepared.

Please let me know if RH consents to our signing and sending to Alleon's counsel. If you have any questions just email or call me.

Thanks,

**Robert C. Rowe**
*Attorney*



O 214.855.3103
RRowe@CCSB.com / ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St  /  Suite 5500  /  Dallas, TX 75202

This electronic message is confidential and is intended only for the use of the individual to whom it is addressed. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use, dissemination, distribution or reproduction of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify me by electronic message or telephone at 214-855-3000, and delete the message from your system. Carrington, Coleman, Sloman & Blumenthal, L.L.P. www.carringtoncoleman.com