# Alexandria Rahn

| | |
|---|---|
| **From:** | McPike, Diane <dmcpike@remarkablehealthcare.net> |
| **Sent:** | Thursday, March 14, 2024 6:57 AM |
| **To:** | Liz Boydston |
| **Cc:** | DUO |
| **Subject:** | FW: RH CASH Advance Request for Payroll |

Thank you in advance,
**Diane McPike**
**Senior Vice President of Operations**
**dmcpike@remarkablehealthcare.net**
Remarkable Healthcare LLC
PO Box 164966
Fort Worth, Tx 76161



CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. This email cannot be forwarded or shared to any email other than intended without permission by sender. This email cannot be used for any alternate uses other than the intent of the sender.

**From:** Leon Chernyavsky <leonc@alleoncapital.com>
**Date:** Thursday, October 12, 2023 at 10:02 AM
**To:** Sr VP Ops <dmcpike@remarkablehealthcare.net>, Alleon Email Address <remarkableservicing@alleoncapital.com>
**Cc:** Michael Schreck <mschreck@reservecapitalgroup.com>, RH Trio <RHTrio@remarkablehealthcare.net>
**Subject:** RE: RH CASH Advance Request for Payroll

Dianne, we will not be able to advance anything above what's in the account.  Please work with the owners on the rest.  Thanks.

**Leon Chernyavsky**
**Alleon Capital Partners LLC**
**1086 Teaneck Road, Suite 4D**
**Teaneck, NJ 07666**
**Main: 201-340-6138 x101**
**Direct: 201-340-6344**
**Fax: 201-340-6343**
**www.alleoncapital.com**

**Send Me Files Securely**

PLEASE READ: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please delete it and all copies from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Alleon Capital Partners LLC and its respective subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state the views of such entity. Unless otherwise stated, any pricing information in this message is indicative only, is subject to change and does not constitute an offer to deal at any price quoted. Any reference to the terms of executed transactions should be treated as preliminary only and subject to our formal written confirmation.

**From:** McPike, Diane <dmcpike@remarkablehealthcare.net>
**Sent:** Thursday, October 12, 2023 10:30 AM
**To:** Leon Chernyavsky <leonc@alleoncapital.com>; Remarkable Servicing <remarkableservicing@alleoncapital.com>
**Cc:** Michael Schreck <mschreck@reservecapitalgroup.com>; RH Trio <RHTrio@remarkablehealthcare.net>
**Subject:** Re: RH CASH Advance Request for Payroll

September the cash was below our expected numbers due to the following:

- Prestonwood was on vendor hold and they went all the way back to 7/18/2023 claims. This means we did not get paid by Medicaid Molina for any claims with dates of stays from 7/18 – 10/6. The hold was in place because we did not send out refunds timely. Then we had a change of leadership in the business office department, and a change of auditor (with no notice to RH). The auditor was trying to reach out to a prior teammate on her personal line, so she assumed RH was not complaint. We were able to clear the hold effective 10/6, last week. We have to mail out $89k in refunds in the next 2 weeks, in order to prevent another hold to be put back on.
    - I will be forwarding you all the documentation and copies of payments, in order to clear the hold permanently. These checks have to clear within 30 days of the hold being lifted, or it will be reapplied.

- Seguin has a new Wellmed contract in place so all July and August claims had to be reprocessed at the corrected rate. All of those will be paid now in October instead of September. This lowered the expected September managed care collections.

- Dallas had a new physician MD join the team, and his NPI did not register on the TMHP portal which caused some Dallas Medicaid claims to not pay out timely due to a pending denial. Those have been corrected and are being rebilled to get paid out in October.

- Fort worth had Humana claims process at the same time as ADR reprocessing of past claims were being done. This causes all claims to be put on hold until the ADR is complete. It pushed claims that would normally pay in September to be paid in October.

- Future Risk: Fort worth is now under review of vendor hold for refunds due from the last trust audit. We are working to buy RH more time so that we can have a gap between sending out Prestonwood refunds and Fort worth. We are awaiting the auditors' decision now. We owe around $97k, but we are working to see if we can reduce that amount.

We have added MDS consultants to our team so that we can increase the revenue for October substantially.  We are also going to have the Medicaid held funds from Prestonwood start to flow into the accounts as well, which will value around $150-$200k.

I am going to update the file for the 2-week cash projections, and send that over next.

Thank you in advance,
**Diane McPike**
**Senior Vice President of Operations**
**dmcpike@remarkablehealthcare.net**
Remarkable Healthcare LLC
PO Box 164966
Fort Worth, Tx 76161



CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. This email cannot be forwarded or shared to any email other than intended without permission by sender. This email cannot be used for any alternate uses other than the intent of the sender.

---

**From:** Leon Chernyavsky <leonc@alleoncapital.com>
**Date:** Thursday, October 12, 2023 at 9:04 AM
**To:** Sr VP Ops <dmcpike@remarkablehealthcare.net>, Alleon Email Address <remarkableservicing@alleoncapital.com>
**Cc:** Michael Schreck <mschreck@reservecapitalgroup.com>, RH Trio <RHTrio@remarkablehealthcare.net>
**Subject:** RE: RH CASH Advance Request for Payroll

Can you also let me know why collections were light in September? How much are you expecting for October?


**Leon Chernyavsky**
**Alleon Capital Partners LLC**
**1086 Teaneck Road, Suite 4D**
**Teaneck, NJ 07666**
**Main: 201-340-6138 x101**
**Direct: 201-340-6344**
**Fax: 201-340-6343**
**www.alleoncapital.com**

**Send Me Files Securely**

PLEASE READ: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please delete it and all copies from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Alleon Capital Partners LLC and its respective subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state the views of such entity. Unless otherwise stated, any pricing information in this message is indicative only, is subject to change and does not constitute an offer to deal at any price quoted. Any reference to the terms of executed transactions should be treated as preliminary only and subject to our formal written confirmation.

---

**From:** McPike, Diane <dmcpike@remarkablehealthcare.net>
**Sent:** Thursday, October 12, 2023 10:03 AM
**To:** Leon Chernyavsky <leonc@alleoncapital.com>; Remarkable Servicing <remarkableservicing@alleoncapital.com>

**Cc:** Michael Schreck <mschreck@reservecapitalgroup.com>; RH Trio <RHTrio@remarkablehealthcare.net>
**Subject:** Re: RH CASH Advance Request for Payroll

Leon,

Yes sir. I will get that to you all now.

Thank you in advance,
**Diane McPike**
**Senior Vice President of Operations**
**dmcpike@remarkablehealthcare.net**
Remarkable Healthcare LLC
PO Box 164966
Fort Worth, Tx 76161



CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. This email cannot be forwarded or shared to any email other than intended without permission by sender. This email cannot be used for any alternate uses other than the intent of the sender.

---

**From:** Leon Chernyavsky <leonc@alleoncapital.com>
**Date:** Thursday, October 12, 2023 at 9:02 AM
**To:** Sr VP Ops <dmcpike@remarkablehealthcare.net>, Alleon Email Address <remarkableservicing@alleoncapital.com>
**Cc:** Michael Schreck <mschreck@reservecapitalgroup.com>, RH Trio <RHTrio@remarkablehealthcare.net>
**Subject:** RE: RH CASH Advance Request for Payroll

Diane, can you share expected collections this week and next?  Thanks.


**Leon Chernyavsky**
**Alleon Capital Partners LLC**
**1086 Teaneck Road, Suite 4D**
**Teaneck, NJ 07666**
**Main: 201-340-6138 x101**
**Direct: 201-340-6344**
**Fax: 201-340-6343**
**www.alleoncapital.com**

**Send Me Files Securely**

PLEASE READ: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please delete it and all copies from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Alleon

Capital Partners LLC and its respective subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state the views of such entity. Unless otherwise stated, any pricing information in this message is indicative only, is subject to change and does not constitute an offer to deal at any price quoted. Any reference to the terms of executed transactions should be treated as preliminary only and subject to our formal written confirmation.

**From:** remarkableservicing@alleoncapital.com <remarkableservicing@alleoncapital.com> **On Behalf Of** McPike, Diane
**Sent:** Thursday, October 12, 2023 9:43 AM
**To:** Alleon Email Address <remarkableservicing@alleoncapital.com>
**Cc:** Michael Schreck <mschreck@reservecapitalgroup.com>; RH Trio <RHTrio@remarkablehealthcare.net>
**Subject:** RH CASH Advance Request for Payroll

Good morning,

Thank you for helping fund paychecks yesterday. We have more that hit this morning. We are need $42k to cover pay checks showing up negative on the account.

I have asked the bank to not pay anything else that hits the account. We do have a gas bill that is $462. If not paid, they are coming to turn off the gas for the patients at the facility.

If I can get the funds by 11 am est, I would be grateful.


Thank you in advance,
**Diane McPike**
**Senior Vice President of Operations**
dmcpike@remarkablehealthcare.net
Remarkable Healthcare LLC
PO Box 164966
Fort Worth, Tx 76161



CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. This email cannot be forwarded or shared to any email other than intended without permission by sender. This email cannot be used for any alternate uses other than the intent of the sender.