| Employee Name | Location | Gross Pay | Net Pay | Total EE Taxes | Garnishments | ER Taxes |
|---|---|---|---|---|---|---|
| 1 | Fort Worth | $1,280.00 | $1,141.39 | $138.61 | $0.00 | $140.54 |
| 2 | Fort Worth | $2,155.82 | $1,808.51 | $347.31 | $0.00 | $236.70 |
| 3 | Prestonwood | $1,075.68 | $993.39 | $82.29 | $0.00 | $112.73 |
| 4 | Prestonwood | $122.13 | $112.79 | $9.34 | $0.00 | $12.79 |
| 5 | Fort Worth | $3,040.00 | $2,370.18 | $552.88 | $0.00 | $324.14 |
| 6 | Prestonwood | $1,631.60 | $1,506.78 | $124.82 | $0.00 | $170.99 |
| 7 | Prestonwood | $228.00 | $210.55 | $17.45 | $0.00 | $25.04 |
| 8 | Fort Worth | $1,114.20 | $971.56 | $142.64 | $0.00 | $122.35 |
| 9 | Fort Worth | $891.04 | $818.01 | $73.03 | $0.00 | $97.84 |
| 10 | Fort Worth | $673.98 | $611.18 | $62.80 | $0.00 | $74.00 |
| 11 | Fort Worth | $155.17 | $143.30 | $11.87 | $0.00 | $17.04 |
| 12 | Prestonwood | $1,635.20 | $1,179.82 | $194.68 | $0.00 | $150.23 |
| 13 | Seguin | $1,000.25 | $879.86 | $120.39 | $0.00 | $89.02 |
| 14 | Dallas | $1,548.87 | $1,265.76 | $283.11 | $0.00 | $174.71 |
| 15 | Prestonwood | $100.42 | $92.73 | $7.69 | $0.00 | $10.53 |
| 16 | Prestonwood | $1,450.48 | $1,241.77 | $208.71 | $0.00 | $152.01 |
| 17 | Prestonwood | $454.94 | $420.13 | $34.81 | $0.00 | $47.69 |
| 18 | Dallas | $4,418.35 | $3,342.92 | $1,075.43 | $0.00 | $498.40 |
| 19 | Seguin | $1,435.18 | $1,229.48 | $205.70 | $0.00 | $127.73 |
| 20 | Corporate | $4,326.92 | $3,357.80 | $969.12 | $0.00 | $366.92 |
| 21 | Prestonwood | $3,140.07 | $2,522.85 | $617.22 | $0.00 | $329.07 |
| 22 | Prestonwood | $1,357.81 | $1,167.31 | $190.50 | $0.00 | $142.30 |
| 23 | Fort Worth | $555.07 | $512.61 | $42.46 | $0.00 | $60.94 |
| 24 | Work @ Home | $2,016.00 | $1,657.82 | $310.45 | $0.00 | $217.42 |
| 25 | Prestonwood | $776.39 | $716.99 | $59.40 | $0.00 | $81.37 |
| 26 | Dallas | $585.52 | $505.25 | $80.27 | $0.00 | $66.04 |
| 27 | Seguin | $1,370.03 | $1,177.12 | $192.91 | $0.00 | $121.94 |
| 28 | Fort Worth | $4,157.62 | $3,493.38 | $664.24 | $0.00 | $456.51 |
| 29 | Fort Worth | $1,600.00 | $1,361.91 | $238.09 | $0.00 | $175.68 |
| 30 | Dallas | $1,057.60 | $886.39 | $171.21 | $0.00 | $119.31 |
| 31 | Dallas | $1,306.50 | $1,106.24 | $200.26 | $0.00 | $147.37 |
| 32 | Dallas | $1,134.66 | $948.32 | $186.34 | $0.00 | $127.99 |
| 33 | Seguin | $676.69 | $613.41 | $63.28 | $0.00 | $60.22 |
| 34 | Seguin | $2,073.10 | $1,914.51 | $158.59 | $0.00 | $184.51 |
| 35 | Fort Worth | $715.01 | $644.96 | $70.05 | $0.00 | $78.51 |
| 36 | Fort Worth | $1,195.81 | $1,067.64 | $104.18 | $0.00 | $129.71 |
| 37 | Dallas | $1,146.52 | $1,016.86 | $129.66 | $0.00 | $129.32 |
| 38 | Prestonwood | $2,360.67 | $1,973.11 | $387.56 | $0.00 | $247.39 |
| 39 | Prestonwood | $1,400.11 | $1,146.01 | $234.69 | $0.00 | $145.12 |
| 40 | Prestonwood | $4,120.50 | $3,805.28 | $315.22 | $0.00 | $431.83 |
| 41 | Prestonwood | $1,198.22 | $944.36 | $135.97 | $0.00 | $115.84 |
| 42 | Work @ Home | $4,045.60 | $3,278.25 | $767.35 | $0.00 | $360.06 |
| 43 | Work @ Home | $1,440.00 | $1,233.35 | $206.65 | $0.00 | $158.11 |
| 44 | Seguin | $398.94 | $368.43 | $30.51 | $0.00 | $35.49 |
| 45 | Seguin | $3,115.38 | $2,809.68 | $305.70 | $0.00 | $277.26 |
| 46 | Prestonwood | $329.64 | $304.42 | $25.22 | $0.00 | $34.55 |
| 47 | Fort Worth | $381.55 | $352.36 | $29.19 | $0.00 | $41.90 |
| 48 | Work @ Home | $2,240.00 | $1,726.81 | $257.07 | $0.00 | $224.82 |
| 49 | Fort Worth | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | Prestonwood | $643.47 | $594.24 | $49.23 | $0.00 | $67.44 |
| 51 | Dallas | $2,275.50 | $1,980.83 | $294.67 | $0.00 | $256.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | Fort Worth | $990.42 | $858.92 | $115.90 | $0.00 | $107.46 |
| 53 | Dallas | $3,716.13 | $2,928.11 | $788.02 | $0.00 | $408.03 |
| 54 | Fort Worth | $1,360.00 | $1,169.07 | $190.93 | $0.00 | $149.33 |
| 55 | Dallas | $508.09 | $469.22 | $38.87 | $0.00 | $57.32 |
| 56 | Seguin | $2,420.29 | $1,966.45 | $434.43 | $0.00 | $213.80 |
| 57 | Seguin | $737.68 | $663.63 | $74.05 | $0.00 | $65.66 |
| 58 | Dallas | $676.99 | $580.58 | $96.41 | $0.00 | $76.36 |
| 59 | Prestonwood | $500.00 | $351.75 | $148.25 | $0.00 | $52.40 |
| 60 | Prestonwood | $1,321.15 | $1,137.85 | $183.30 | $0.00 | $138.46 |
| 61 | Seguin | $2,060.83 | $1,732.19 | $328.64 | $0.00 | $183.41 |
| 62 | Fort Worth | $1,542.28 | $1,315.53 | $226.75 | $0.00 | $169.33 |
| 63 | Dallas | $1,600.00 | $1,322.22 | $277.78 | $0.00 | $180.48 |
| 64 | Dallas | $1,469.82 | $1,217.62 | $252.20 | $0.00 | $165.80 |
| 65 | Prestonwood | $3,280.00 | $2,293.31 | $520.47 | $0.00 | $305.27 |
| 66 | Fort Worth | $1,055.68 | $974.92 | $80.76 | $0.00 | $115.91 |
| 67 | Seguin | $419.77 | $387.65 | $32.12 | $0.00 | $37.37 |
| 68 | Seguin | $699.76 | $632.40 | $67.36 | $0.00 | $62.29 |
| 69 | Dallas | $2,846.40 | $2,316.25 | $530.15 | $0.00 | $321.08 |
| 70 | Seguin | $56.68 | $52.35 | $4.33 | $0.00 | $5.04 |
| 71 | Fort Worth | $1,343.46 | $1,155.78 | $187.68 | $0.00 | $147.51 |
| 72 | Dallas | $573.25 | $529.40 | $43.85 | $0.00 | $64.66 |
| 73 | Fort Worth | $2,629.18 | $2,226.36 | $402.82 | $0.00 | $288.69 |
| 74 | Seguin | $2,580.00 | $1,918.27 | $465.86 | $0.00 | $213.46 |
| 75 | Dallas | $516.35 | $476.85 | $39.50 | $0.00 | $58.25 |
| 76 | Dallas | $162.26 | $149.85 | $12.41 | $0.00 | $18.30 |
| 77 | Fort Worth | $849.49 | $784.50 | $64.99 | $0.00 | $93.28 |
| 78 | Fort Worth | $496.63 | $458.64 | $37.99 | $0.00 | $54.53 |
| 79 | Dallas | $1,823.02 | $1,501.41 | $321.61 | $0.00 | $205.64 |
| 80 | Seguin | $716.50 | $646.19 | $70.31 | $0.00 | $63.77 |
| 81 | Fort Worth | $532.17 | $491.46 | $40.71 | $0.00 | $58.43 |
| 82 | Dallas | $1,398.75 | $1,200.21 | $198.54 | $0.00 | $157.77 |
| 83 | Seguin | $1,520.00 | $1,140.24 | $183.89 | $0.00 | $119.12 |
| 84 | Prestonwood | $300.56 | $277.57 | $22.99 | $0.00 | $31.49 |
| 85 | Seguin | $1,145.31 | $996.56 | $148.75 | $0.00 | $101.93 |
| 86 | Fort Worth | $476.00 | $389.59 | $86.41 | $0.00 | $52.26 |
| 87 | Dallas | $2,580.72 | $2,056.58 | $524.14 | $0.00 | $291.10 |
| 88 | Prestonwood | $567.00 | $523.08 | $43.92 | $0.00 | $59.41 |
| 89 | Seguin | $1,745.87 | $1,459.27 | $286.60 | $0.00 | $155.39 |
| 90 | Dallas | $608.32 | $524.02 | $84.30 | $0.00 | $68.62 |
| 91 | Fort Worth | $833.17 | $742.27 | $90.90 | $0.00 | $91.49 |
| 92 | Fort Worth | $1,912.53 | $1,573.33 | $339.20 | $0.00 | $210.00 |
| 93 | Seguin | $448.00 | $413.72 | $34.28 | $0.00 | $39.88 |
| 94 | Prestonwood | $4,808.00 | $3,688.63 | $1,119.37 | $0.00 | $503.89 |
| 95 | Prestonwood | $1,416.78 | $1,308.40 | $108.38 | $0.00 | $148.47 |
| 96 | Seguin | $887.34 | $819.45 | $67.89 | $0.00 | $78.98 |
| 97 | Seguin | $2,430.38 | $1,966.24 | $387.01 | $0.00 | $210.33 |
| 98 | Fort Worth | $329.00 | $303.83 | $25.17 | $0.00 | $36.12 |
| 99 | Dallas | $1,231.89 | $1,026.44 | $205.45 | $0.00 | $138.96 |
| 100 | Prestonwood | $1,981.90 | $1,668.76 | $313.14 | $0.00 | $207.71 |
| 101 | Dallas | $1,126.33 | $968.77 | $141.96 | $0.00 | $125.77 |
| 102 | Seguin | $65.65 | $60.63 | $5.02 | $0.00 | $5.84 |
| 103 | Prestonwood | $111.75 | $103.20 | $8.55 | $0.00 | $11.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 104 | Prestonwood | $4,615.20 | $3,576.09 | $1,039.11 | $0.00 | $483.67 |
| 105 | Dallas | $681.13 | $583.90 | $97.23 | $0.00 | $76.84 |
| 106 | Prestonwood | $183.17 | $169.15 | $14.02 | $0.00 | $19.20 |
| 107 | Prestonwood | $2,692.00 | $2,119.45 | $376.68 | $0.00 | $265.96 |
| 108 | Corporate | $500.00 | $434.83 | $65.17 | $0.00 | $42.40 |
| 109 | Fort Worth | $1,153.60 | $963.53 | $190.07 | $0.00 | $126.66 |
| 110 | Fort Worth | $250.91 | $0.00 | $21.65 | $0.00 | $8.63 |
| 111 | Seguin | $3,261.89 | $2,201.36 | $277.05 | $0.00 | $225.67 |
| 112 | Prestonwood | $1,396.50 | $1,289.67 | $106.83 | $0.00 | $146.35 |
| 113 | Prestonwood | $2,320.97 | $1,961.06 | $359.91 | $0.00 | $243.24 |
| 114 | Prestonwood | $1,829.09 | $1,545.99 | $283.10 | $0.00 | $191.68 |
| 115 | Fort Worth | $113.50 | $104.81 | $8.69 | $0.00 | $12.47 |
| 116 | Prestonwood | $236.11 | $218.05 | $18.06 | $0.00 | $24.75 |
| 117 | Dallas | $1,747.20 | $1,613.54 | $133.66 | $0.00 | $197.08 |
| 118 | Fort Worth | $1,340.30 | $1,216.05 | $124.25 | $0.00 | $147.16 |
| 119 | Prestonwood | $2,500.00 | $2,072.56 | $427.44 | $0.00 | $262.00 |
| 120 | Prestonwood | $2,528.10 | $2,219.00 | $305.29 | $0.00 | $264.64 |
| 121 | Prestonwood | $3,476.49 | $2,759.52 | $716.97 | $0.00 | $364.34 |
| 122 | Prestonwood | $1,365.53 | $1,173.51 | $192.02 | $0.00 | $143.10 |
| 123 | Seguin | $871.28 | $804.63 | $66.65 | $0.00 | $77.54 |
| 124 | Seguin | $1,480.64 | $1,331.61 | $149.03 | $0.00 | $131.77 |
| 125 | Seguin | $1,241.73 | $1,074.03 | $167.70 | $0.00 | $110.52 |
| 126 | Dallas | $706.50 | $637.96 | $68.54 | $0.00 | $79.69 |
| 127 | Seguin | $1,520.00 | $1,218.25 | $101.30 | $0.00 | $119.12 |
| 128 | Seguin | $202.23 | $186.76 | $15.47 | $0.00 | $17.99 |
| 129 | Seguin | $834.13 | $743.06 | $91.07 | $0.00 | $74.23 |
| 130 | Seguin | $2,657.17 | $2,453.90 | $203.27 | $0.00 | $236.48 |
| 131 | Seguin | $346.52 | $320.02 | $26.50 | $0.00 | $30.83 |
| 132 | Seguin | $98.47 | $90.93 | $7.54 | $0.00 | $8.77 |
| 133 | Prestonwood | $912.94 | $836.04 | $76.90 | $0.00 | $95.68 |
| 134 | Dallas | $916.43 | $792.81 | $123.62 | $0.00 | $103.38 |
| 135 | Dallas | $2,641.92 | $2,073.33 | $568.59 | $0.00 | $298.01 |
| 136 | Dallas | $379.21 | $335.36 | $43.85 | $0.00 | $42.78 |
| 137 | Dallas | $1,202.52 | $1,002.83 | $199.69 | $0.00 | $135.66 |
| 138 | Prestonwood | $1,693.08 | $1,563.56 | $129.52 | $0.00 | $177.44 |
| 139 | Prestonwood | $2,308.00 | $1,987.51 | $320.49 | $0.00 | $241.89 |
| 140 | Fort Worth | $908.60 | $791.53 | $101.47 | $0.00 | $98.48 |
| 141 | Seguin | $690.25 | $624.57 | $65.68 | $0.00 | $61.44 |
| 142 | Prestonwood | $230.00 | $212.40 | $17.60 | $0.00 | $25.26 |
| 143 | Corporate | $3,461.60 | $2,566.45 | $635.61 | $0.00 | $272.13 |
| 144 | Dallas | $852.74 | $787.51 | $65.23 | $0.00 | $96.19 |
| 145 | Dallas | $210.90 | $194.76 | $16.14 | $0.00 | $23.80 |
| 146 | Seguin | $1,327.00 | $1,225.49 | $101.51 | $0.00 | $118.10 |
| 147 | Dallas | $2,500.00 | $2,199.48 | $300.52 | $0.00 | $282.00 |
| 148 | Fort Worth | $1,028.79 | $902.94 | $125.85 | $0.00 | $112.96 |
| 149 | Fort Worth | $882.56 | $782.94 | $99.62 | $0.00 | $96.91 |
| 150 | Dallas | $2,000.00 | $1,759.31 | $240.69 | $0.00 | $225.60 |
| 151 | Seguin | $1,055.62 | $904.65 | $150.97 | $0.00 | $93.95 |
| 152 | Seguin | $1,929.78 | $1,587.19 | $342.59 | $0.00 | $171.75 |
| 153 | Prestonwood | $1,175.24 | $1,020.62 | $154.62 | $0.00 | $123.16 |
| 154 | Fort Worth | $890.08 | $776.29 | $98.19 | $0.00 | $96.45 |
| 155 | Fort Worth | $892.47 | $778.26 | $98.61 | $0.00 | $96.70 |

| | | | | | |
|---|---|---|---|---|---|
| 156 | Fort Worth | $127.50 | $117.74 | $9.76 | $0.00 | $14.01 |
| 157 | Fort Worth | $1,450.90 | $1,202.41 | $248.49 | $0.00 | $159.32 |
| 158 | Fort Worth | $2,454.33 | $2,040.43 | $413.90 | $0.00 | $269.49 |
| 159 | Dallas | $1,564.82 | $1,353.49 | $211.33 | $0.00 | $176.51 |
| 160 | Prestonwood | $1,677.29 | $1,534.58 | $127.11 | $0.00 | $174.48 |
| 161 | Prestonwood | $1,527.52 | $1,410.66 | $116.86 | $0.00 | $160.09 |
| 162 | Fort Worth | $3,776.92 | $2,927.78 | $787.78 | $0.00 | $409.64 |
| 163 | Fort Worth | $2,919.01 | $2,478.46 | $440.55 | $0.00 | $320.51 |
| 164 | Fort Worth | $936.60 | $827.44 | $109.16 | $0.00 | $102.84 |
| 165 | Fort Worth | $1,920.00 | $1,660.30 | $255.89 | $0.00 | $210.50 |
| 166 | Prestonwood | $263.80 | $243.61 | $20.19 | $0.00 | $27.65 |
| 167 | Prestonwood | $1,985.27 | $1,671.47 | $313.80 | $0.00 | $208.06 |
| 168 | Dallas | $1,680.00 | $1,551.48 | $128.52 | $0.00 | $189.50 |
| 169 | Dallas | $711.77 | $608.52 | $103.25 | $0.00 | $80.29 |
| 170 | Dallas | $1,167.43 | $1,045.61 | $121.82 | $0.00 | $131.68 |
| 171 | Fort Worth | $336.00 | $310.30 | $25.70 | $0.00 | $36.89 |
| 172 | Prestonwood | $362.66 | $334.92 | $27.74 | $0.00 | $38.01 |
| 173 | Dallas | $622.73 | $535.89 | $86.84 | $0.00 | $70.25 |
| 174 | Prestonwood | $1,049.78 | $919.80 | $129.98 | $0.00 | $110.02 |
| 175 | Dallas | $6,843.38 | $6,319.86 | $523.52 | $0.00 | $771.93 |
| 176 | Prestonwood | $2,207.72 | $2,038.83 | $168.89 | $0.00 | $231.37 |
| 177 | Work @ Home | $1,350.00 | $1,103.95 | $246.05 | $0.00 | $133.39 |
| 178 | Fort Worth | $1,528.00 | $1,322.69 | $132.76 | $0.00 | $161.78 |
| 179 | Prestonwood | $961.14 | $887.61 | $73.53 | $0.00 | $100.73 |
| 180 | Fort Worth | $10.67 | $9.86 | $0.81 | $0.00 | $1.16 |
| 181 | Fort Worth | $197.13 | $182.05 | $15.08 | $0.00 | $21.64 |
| 182 | Prestonwood | $87.87 | $81.15 | $6.72 | $0.00 | $9.21 |
| 183 | Fort Worth | $3,448.55 | $2,923.53 | $525.02 | $0.00 | $378.65 |
| 184 | Seguin | $1,567.00 | $1,335.40 | $231.60 | $0.00 | $139.46 |
| 185 | Seguin | $1,747.76 | $1,455.64 | $292.12 | $0.00 | $155.55 |
| 186 | Dallas | $3,469.72 | $2,754.76 | $714.96 | $0.00 | $391.38 |
| 187 | Seguin | $381.42 | $352.24 | $29.18 | $0.00 | $33.95 |
| 188 | Dallas | $2,354.71 | $1,897.58 | $457.13 | $0.00 | $265.61 |
| 189 | Fort Worth | $3,677.22 | $3,203.41 | $473.81 | $0.00 | $403.76 |
| 190 | Dallas | $634.50 | $578.66 | $55.84 | $0.00 | $69.67 |
| 191 | Prestonwood | $2,884.80 | $2,343.26 | $541.54 | $0.00 | $302.33 |
| 192 | Seguin | $2,880.00 | $2,659.68 | $220.32 | $0.00 | $316.22 |
| 193 | Dallas | $1,591.38 | $1,315.28 | $276.10 | $0.00 | $179.52 |
| 194 | Prestonwood | $869.40 | $772.10 | $97.30 | $0.00 | $91.12 |
| 195 | Prestonwood | $988.64 | $913.00 | $75.64 | $0.00 | $103.62 |
| 196 | Seguin | $518.67 | $478.99 | $39.68 | $0.00 | $46.16 |
| 197 | Dallas | $371.57 | $343.14 | $28.43 | $0.00 | $41.92 |
| 198 | Prestonwood | $921.80 | $851.28 | $70.52 | $0.00 | $96.61 |
| 199 | Dallas | $583.07 | $506.93 | $60.54 | $0.00 | $64.48 |
| 200 | Dallas | $124.04 | $114.55 | $9.49 | $0.00 | $13.99 |
| 201 | Dallas | $777.00 | $696.01 | $80.99 | $0.00 | $87.64 |
| 202 | Seguin | $1,002.68 | $842.26 | $160.42 | $0.00 | $89.25 |
| 203 | Seguin | $3,653.60 | $2,884.12 | $769.48 | $0.00 | $325.17 |
| 204 | Seguin | $677.13 | $550.33 | $126.80 | $0.00 | $60.26 |
| 205 | Fort Worth | $4,537.82 | $3,464.28 | $1,073.54 | $0.00 | $498.25 |
| 206 | Seguin | $705.71 | $603.66 | $102.05 | $0.00 | $62.80 |
| 207 | Seguin | $1,920.48 | $1,620.58 | $280.49 | $0.00 | $169.33 |

| | | | | | |
|---|---|---|---|---|---|
| 208 | Fort Worth | $2,644.92 | $2,174.51 | $470.41 | $0.00 | $290.42 |
| 209 | Prestonwood | $1,830.46 | $1,547.08 | $283.38 | $0.00 | $191.83 |
| 210 | Fort Worth | $355.30 | $328.12 | $27.18 | $0.00 | $39.01 |
| 211 | Seguin | $614.57 | $562.26 | $52.31 | $0.00 | $54.69 |
| 212 | Prestonwood | $1,129.82 | $984.12 | $145.70 | $0.00 | $118.40 |
| 213 | Prestonwood | $691.89 | $638.96 | $52.93 | $0.00 | $72.51 |
| 214 | Seguin | $242.06 | $223.54 | $18.52 | $0.00 | $21.54 |
| 215 | Seguin | $1,798.70 | $1,481.87 | $316.83 | $0.00 | $160.08 |
| 216 | Seguin | $2,539.35 | $2,006.83 | $505.11 | $0.00 | $276.93 |
| 217 | Seguin | $56.98 | $52.62 | $4.36 | $0.00 | $5.07 |
| 218 | Fort Worth | $1,276.89 | $1,179.21 | $97.68 | $0.00 | $140.20 |
| 219 | Prestonwood | $3,076.92 | $2,072.32 | $530.77 | $0.00 | $283.37 |
| 220 | Seguin | $959.93 | $846.65 | $113.28 | $0.00 | $85.44 |
| 221 | Seguin | $3,040.00 | $2,529.37 | $510.63 | $0.00 | $270.56 |
| 222 | Fort Worth | $1,165.27 | $1,012.60 | $152.67 | $0.00 | $127.95 |
| 223 | Dallas | $112.00 | $103.44 | $8.56 | $0.00 | $12.29 |
| 224 | Fort Worth | $2,559.60 | $2,078.10 | $481.50 | $0.00 | $281.05 |
| 225 | Fort Worth | $2,884.62 | $2,307.58 | $556.86 | $0.00 | $315.44 |
| 226 | Corporate | $7,218.62 | $4,717.37 | $2,501.25 | $0.00 | $610.82 |
| 227 | Corporate | $9,999.70 | $6,534.80 | $3,464.90 | $0.00 | $827.68 |
| 228 | Seguin | $256.62 | $236.99 | $19.63 | $0.00 | $22.84 |
| 229 | Fort Worth | $1,215.17 | $1,052.70 | $162.47 | $0.00 | $133.42 |
| 230 | Dallas | $1,065.24 | $892.54 | $172.70 | $0.00 | $120.16 |
| 231 | Dallas | $214.68 | $198.26 | $16.42 | $0.00 | $24.21 |
| 232 | Fort Worth | $2,199.73 | $1,843.79 | $355.94 | $0.00 | $241.53 |
| 233 | Seguin | $544.38 | $502.74 | $41.64 | $0.00 | $48.45 |
| 234 | Seguin | $153.38 | $141.65 | $11.73 | $0.00 | $13.65 |
| 235 | Dallas | $955.28 | $515.72 | $151.10 | $288.46 | $107.75 |
| 236 | Prestonwood | $1,639.00 | $1,393.24 | $245.76 | $0.00 | $179.96 |
| 237 | Fort Worth | $1,359.64 | $1,129.09 | $230.55 | $0.00 | $149.29 |
| 238 | Fort Worth | $496.76 | $458.76 | $38.00 | $0.00 | $54.54 |
| 239 | Fort Worth | $3,145.79 | $2,905.14 | $240.65 | $0.00 | $345.40 |
| 240 | Prestonwood | $2,361.54 | $2,180.88 | $180.66 | $0.00 | $247.49 |
| 241 | Prestonwood | $2,019.22 | $1,864.75 | $154.47 | $0.00 | $211.62 |
| 242 | Seguin | $4,038.46 | $3,358.71 | $679.75 | $0.00 | $359.42 |
| 243 | Dallas | $765.70 | $670.18 | $95.52 | $0.00 | $86.36 |
| 244 | Prestonwood | $1,234.68 | $1,140.23 | $94.45 | $0.00 | $129.39 |
| 245 | Prestonwood | $767.60 | $688.27 | $79.33 | $0.00 | $80.45 |
| 246 | Fort Worth | $1,923.20 | $1,696.06 | $227.14 | $0.00 | $211.17 |
| 247 | Prestonwood | $1,124.43 | $979.80 | $144.63 | $0.00 | $117.83 |
| 248 | Seguin | $178.75 | $165.08 | $13.67 | $0.00 | $15.90 |
| 249 | Seguin | $1,326.81 | $1,225.31 | $101.50 | $0.00 | $118.08 |
| 250 | Fort Worth | $3,281.18 | $2,622.12 | $659.06 | $0.00 | $360.28 |
| 251 | Fort Worth | $2,065.82 | $1,773.70 | $292.12 | $0.00 | $226.82 |
| 252 | Seguin | $715.52 | $645.38 | $70.14 | $0.00 | $63.68 |
| 253 | Fort Worth | $2,636.20 | $2,168.38 | $467.82 | $0.00 | $289.45 |
| 254 | Prestonwood | $2,913.73 | $2,690.83 | $222.90 | $0.00 | $305.36 |
| 255 | Seguin | $2,115.20 | $1,775.87 | $339.33 | $0.00 | $188.25 |
| 256 | Prestonwood | $769.43 | $710.57 | $58.86 | $0.00 | $80.64 |
| 257 | Fort Worth | $2,006.21 | $1,688.29 | $317.92 | $0.00 | $220.29 |
| 258 | Prestonwood | $767.31 | $688.03 | $79.28 | $0.00 | $80.41 |
| 259 | Prestonwood | $4,267.21 | $3,315.79 | $951.42 | $0.00 | $447.20 |

| | | | | | |
|---|---|---|---|---|---|
| 260 | Fort Worth | $1,971.31 | $1,737.18 | $234.13 | $0.00 | $216.45 |
| 261 | Dallas | $658.24 | $598.22 | $60.02 | $0.00 | $74.24 |
| 262 | Fort Worth | $1,548.68 | $1,412.29 | $116.98 | $0.00 | $168.44 |
| 263 | Prestonwood | $528.60 | $488.17 | $40.43 | $0.00 | $55.39 |
| 264 | Prestonwood | $1,600.00 | $1,438.83 | $161.17 | $0.00 | $167.68 |
| 265 | Fort Worth | $604.69 | $554.11 | $50.58 | $0.00 | $66.40 |
| 266 | Prestonwood | $1,056.60 | $949.34 | $107.26 | $0.00 | $110.73 |
| 267 | Fort Worth | $1,857.59 | $1,585.65 | $271.94 | $0.00 | $203.97 |
| 268 | Prestonwood | $864.07 | $730.90 | $133.17 | $0.00 | $90.55 |
| 269 | Seguin | $1,098.04 | $958.58 | $139.46 | $0.00 | $97.73 |
| 270 | Prestonwood | $2,000.00 | $1,070.80 | $151.52 | $753.69 | $218.00 |
| 271 | Prestonwood | $1,545.13 | $1,426.93 | $118.20 | $0.00 | $161.93 |
| 272 | Fort Worth | $2,562.71 | $2,116.67 | $446.04 | $0.00 | $281.39 |
| 273 | Fort Worth | $719.55 | $648.71 | $70.84 | $0.00 | $79.00 |
| 274 | Fort Worth | $1,840.00 | $1,554.75 | $285.25 | $0.00 | $202.03 |
| 275 | Seguin | $1,197.67 | $861.69 | $116.50 | $0.00 | $88.48 |
| 276 | Seguin | $2,772.00 | $2,047.35 | $468.53 | $0.00 | $225.58 |
| 277 | Fort Worth | $7.47 | $6.90 | $0.57 | $0.00 | $0.81 |
| 278 | Seguin | $700.68 | $647.08 | $53.60 | $0.00 | $62.35 |
| 279 | Dallas | $2,160.00 | $1,926.29 | $233.71 | $0.00 | $243.65 |
| 280 | Fort Worth | $1,652.66 | $1,252.23 | $274.62 | $0.00 | $171.47 |
| 281 | Seguin | $2,080.00 | $1,747.59 | $332.41 | $0.00 | $185.12 |
| 282 | Fort Worth | $2,403.98 | $2,175.99 | $180.26 | $0.00 | $260.03 |
| 283 | Prestonwood | $639.33 | $582.64 | $56.69 | $0.00 | $67.01 |
| 284 | Prestonwood | $1,211.25 | $1,118.59 | $92.66 | $0.00 | $126.94 |
| 285 | Prestonwood | $987.88 | $869.68 | $118.20 | $0.00 | $103.53 |
| 286 | Dallas | $1,045.97 | $945.70 | $100.27 | $0.00 | $117.99 |
| 287 | Dallas | $211.38 | $195.20 | $16.18 | $0.00 | $23.85 |
| 288 | Seguin | $1,648.13 | $1,365.14 | $263.58 | $0.00 | $145.08 |
| 289 | Prestonwood | $615.17 | $562.75 | $52.42 | $0.00 | $64.47 |
| 290 | Seguin | $5,322.56 | $4,545.11 | $777.45 | $0.00 | $473.72 |
| 291 | Fort Worth | $286.69 | $264.76 | $21.93 | $0.00 | $31.48 |
| 292 | Seguin | $1,030.92 | $938.19 | $92.73 | $0.00 | $91.76 |
| 293 | Prestonwood | $1,730.40 | $1,466.69 | $263.71 | $0.00 | $181.34 |
| 294 | Seguin | $2,259.65 | $1,678.83 | $340.30 | $0.00 | $181.27 |
| 295 | Fort Worth | $4,000.00 | $3,366.62 | $633.38 | $0.00 | $439.20 |
| 296 | Dallas | $1,268.40 | $1,128.76 | $139.64 | $0.00 | $143.07 |
| 297 | Seguin | $80.63 | $74.46 | $6.17 | $0.00 | $7.17 |
| 298 | Seguin | $388.72 | $358.98 | $29.74 | $0.00 | $34.60 |
| 299 | Seguin | $344.67 | $306.91 | $37.76 | $0.00 | $37.85 |
| 300 | Seguin | $3,888.34 | $2,949.25 | $939.09 | $0.00 | $426.94 |
| 301 | Fort Worth | $2,236.84 | $1,861.07 | $360.17 | $0.00 | $244.33 |
| 302 | Fort Worth | $1,032.31 | $898.13 | $125.79 | $0.00 | $113.03 |
| 303 | Fort Worth | $586.48 | $541.62 | $44.86 | $0.00 | $64.39 |
| 304 | Seguin | $1,000.63 | $880.17 | $120.46 | $0.00 | $89.05 |
| 305 | Prestonwood | $2,500.00 | $2,072.56 | $427.44 | $0.00 | $262.00 |
| 306 | Dallas | $69.83 | $32.24 | $5.34 | $32.25 | $7.88 |
| 307 | Dallas | $853.09 | $722.07 | $131.02 | $0.00 | $96.23 |
| 308 | Seguin | $941.11 | $831.15 | $109.96 | $0.00 | $83.77 |
| 309 | Fort Worth | $102.00 | $94.20 | $7.80 | $0.00 | $11.19 |
| 310 | Prestonwood | $1,083.71 | $947.07 | $136.64 | $0.00 | $113.57 |
| 311 | Dallas | $3,461.60 | $2,676.28 | $785.32 | $0.00 | $390.47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 312 | Seguin | $79.80 | $73.69 | $6.11 | $0.00 | $8.77 |
| 313 | Seguin | $1,517.08 | $1,255.59 | $261.49 | $0.00 | $166.58 |
| 314 | Prestonwood | $3,163.59 | $2,539.40 | $624.19 | $0.00 | $347.36 |
| 315 | Dallas | $1,660.79 | $1,365.91 | $294.88 | $0.00 | $187.33 |
| 316 | Prestonwood | $5,192.00 | $3,819.82 | $1,180.12 | $0.00 | $528.28 |
| 317 | Seguin | $2,007.34 | $1,578.02 | $290.95 | $0.00 | $167.24 |
| 318 | Seguin | $289.40 | $267.26 | $22.14 | $0.00 | $25.76 |
| 319 | Dallas | $572.92 | $494.87 | $78.05 | $0.00 | $62.91 |
| 320 | Fort Worth | $883.67 | $816.07 | $67.60 | $0.00 | $97.02 |
| 321 | Prestonwood | $967.95 | $893.90 | $74.05 | $0.00 | $101.45 |
| 322 | Seguin | $696.92 | $596.58 | $100.34 | $0.00 | $62.03 |
| 323 | Dallas | $3,950.50 | $2,842.72 | $855.47 | $0.00 | $424.80 |
| 324 | Dallas | $1,008.28 | $931.15 | $77.13 | $0.00 | $113.73 |
| 325 | Dallas | $1,129.23 | $943.96 | $185.27 | $0.00 | $127.38 |
| 326 | Prestonwood | $1,394.78 | $1,288.08 | $106.70 | $0.00 | $146.17 |
| 327 | Seguin | $1,462.85 | $1,251.71 | $211.14 | $0.00 | $130.20 |
| 328 | Dallas | $793.40 | $728.75 | $64.65 | $0.00 | $89.49 |
| 329 | Prestonwood | $1,838.68 | $1,553.69 | $284.99 | $0.00 | $192.69 |
| 330 | Dallas | $2,240.00 | $1,913.80 | $326.20 | $0.00 | $252.67 |
| 331 | Dallas | $2,923.20 | $2,370.27 | $552.93 | $0.00 | $329.74 |
| 332 | Work @ Home | $4,230.40 | $3,508.55 | $721.85 | $0.00 | $417.96 |
| 333 | Seguin | $611.83 | $543.46 | $68.37 | $0.00 | $54.45 |
| 334 | Dallas | $1,286.27 | $1,070.13 | $216.14 | $0.00 | $145.09 |
| 335 | Dallas | $1,171.57 | $977.97 | $193.60 | $0.00 | $132.16 |
| 336 | Dallas | $754.78 | $697.04 | $57.74 | $0.00 | $85.14 |
| 337 | Fort Worth | $1,007.97 | $861.21 | $146.76 | $0.00 | $110.68 |
| 338 | Prestonwood | $2,312.80 | $2,135.87 | $176.93 | $0.00 | $242.39 |
| 339 | Corporate | $5,384.80 | $3,828.43 | $1,300.25 | $0.00 | $435.51 |
| 340 | Dallas | $682.35 | $630.15 | $52.20 | $0.00 | $76.97 |
| 341 | Fort Worth | $956.72 | $844.01 | $112.71 | $0.00 | $105.05 |
| 342 | Fort Worth | $2,701.47 | $2,214.29 | $487.18 | $0.00 | $296.62 |
| 343 | Fort Worth | $3,200.00 | $2,565.01 | $634.99 | $0.00 | $351.36 |
| 344 | Dallas | $862.27 | $794.39 | $67.88 | $0.00 | $97.26 |
| 345 | Dallas | $872.97 | $738.05 | $134.92 | $0.00 | $98.47 |
| 346 | Prestonwood | $1,236.42 | $1,141.83 | $94.59 | $0.00 | $129.58 |
| 347 | Prestonwood | $3,024.00 | $2,441.19 | $582.81 | $0.00 | $332.04 |
| 348 | Seguin | $335.33 | $309.68 | $25.65 | $0.00 | $36.81 |
| 349 | Fort Worth | $836.28 | $731.99 | $88.69 | $0.00 | $90.53 |
| 350 | Dallas | $904.66 | $763.51 | $141.15 | $0.00 | $102.05 |
| 351 | Seguin | $1,164.26 | $1,071.08 | $93.18 | $0.00 | $103.62 |
| 352 | Dallas | $987.75 | $912.19 | $75.56 | $0.00 | $111.42 |
| 353 | Fort Worth | $2,180.50 | $1,865.84 | $314.66 | $0.00 | $239.42 |
| 354 | Prestonwood | $2,273.34 | $1,979.86 | $293.48 | $0.00 | $238.25 |
| 355 | Prestonwood | $1,545.45 | $1,318.07 | $227.38 | $0.00 | $161.96 |
| 356 | Seguin | $2,074.87 | $1,743.46 | $331.41 | $0.00 | $184.67 |
| 357 | Seguin | $505.97 | $467.26 | $38.71 | $0.00 | $45.04 |
| 358 | Seguin | $2,402.40 | $2,003.90 | $398.50 | $0.00 | $213.81 |
| 359 | Seguin | $96.14 | $88.79 | $7.35 | $0.00 | $8.55 |
| 360 | Prestonwood | $1,185.17 | $988.90 | $196.27 | $0.00 | $124.20 |
| 361 | Dallas | $2,403.60 | $2,004.75 | $398.85 | $0.00 | $271.12 |
| 362 | Seguin | $357.50 | $330.15 | $27.35 | $0.00 | $39.26 |
| 363 | Dallas | $1,305.56 | $1,073.10 | $216.86 | $0.00 | $145.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 364 | Fort Worth | $2,224.39 | $1,867.86 | $337.12 | $0.00 | $242.64 |
| 365 | Dallas | $712.30 | $642.73 | $69.57 | $0.00 | $80.34 |
| 366 | Seguin | $753.23 | $659.90 | $93.33 | $0.00 | $67.04 |
| 367 | Fort Worth | $1,718.68 | $1,457.30 | $261.38 | $0.00 | $188.71 |
| 368 | Dallas | $640.22 | $550.30 | $89.92 | $0.00 | $72.21 |
| 369 | Fort Worth | $2,068.83 | $1,910.56 | $158.27 | $0.00 | $227.16 |
| 370 | Dallas | $795.61 | $675.88 | $119.73 | $0.00 | $89.75 |
| 371 | Dallas | $747.78 | $690.58 | $57.20 | $0.00 | $84.35 |
| 372 | Seguin | $1,285.07 | $1,108.87 | $176.20 | $0.00 | $114.36 |
| 373 | Fort Worth | $231.57 | $213.85 | $17.72 | $0.00 | $25.43 |
| 374 | Dallas | $1,149.99 | $1,036.25 | $113.74 | $0.00 | $129.71 |
| 375 | Prestonwood | $286.00 | $164.12 | $121.88 | $0.00 | $31.41 |
| 376 | Fort Worth | $2,512.80 | $2,081.56 | $431.24 | $0.00 | $275.91 |
| 377 | Fort Worth | $1,269.82 | $1,117.08 | $137.14 | $0.00 | $138.15 |
| 378 | Fort Worth | $5,384.80 | $4,082.87 | $1,301.93 | $0.00 | $591.26 |
| 379 | Seguin | $734.37 | $660.91 | $73.46 | $0.00 | $65.36 |
| 380 | Fort Worth | $992.81 | $916.86 | $75.95 | $0.00 | $109.01 |
| 381 | Dallas | $765.00 | $706.48 | $58.52 | $0.00 | $86.29 |
| 382 | Fort Worth | $969.33 | $895.17 | $74.16 | $0.00 | $106.44 |
| 383 | Seguin | $1,579.16 | $1,305.47 | $273.69 | $0.00 | $173.39 |
| 384 | Seguin | $2,569.57 | $1,953.57 | $420.13 | $0.00 | $212.53 |
| 385 | | $582,208.68 | $486,197.53 | $88,601.91 | $1,074.40 | $59,805.44 |