IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> § <br> REMARKABLE HEALTHCARE OF § <br> CARROLLTON LP, ET AL.,[2] § <br> § <br> § <br> § <br> DEBTORS. § | CHAPTER 11 <br><br> CASE NO. 24-40605 <br><br> (Joint Administration Requested) |

**ORDER GRANTING REQUEST FOR EMERGENCY HEARING
AS TO DEBTORS' JOINT ADMINISTRATION MOTION, SANCTION'S MOTION,
AND WAGES MOTION**

ON THIS DATE the Court considered the request for emergency hearing filed by the Debtors ("Movant") in the above-captioned case in conjunction with: *(1) Debtors' Motion for Sanction Against Alleon Capital Partners, LLC, (2) Debtors' Motion for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases, and (3) Motion of the Debtors for Entry of Interim Orders Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll Related Taxes (V) Worker's Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators and Third Party Providers* (the "Motions"), which were filed on March 20, 2024. The Court finds that the request

---

[2] The Debtors have requested the joint administration of the following chapter 11 cases (followed by the last four digits of each Debtor's federal tax identification number): Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

1

complies with LBR 9007(b) and demonstrates that sufficient cause exists for the scheduling of an emergency hearing on the Motions. Accordingly,

**IT IS THEREFORE ORDERED** that the request for emergency hearing is **GRANTED** and that a telephonic hearing on Movant's Motion to Vacate and Sanctions Motion shall be held on **March 22, 2024 at 09:00 a.m. Parties are instructed to dial 972-601-0797 and enter Conference ID 371 387 888#.**

**IT IS FURTHER ORDERED** that the Movants or their counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephone transmission, or otherwise First Class United States Mail, to all parties listed in the certificate of service contained in the Motions and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 03/21/2024

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE