# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-40605-btr |
| | § | |
| REMARKABLE HEALTHCARE OF | § | CHAPTER 11 |
| CARROLLTON LP,[1] | § | SUBCHAPTER V |
| | § | |
| DEBTOR. | § | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF ALL OTHER PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance on behalf of Alleon Capital Partners LLC ("Alleon Capital"), a creditor and party-in-interest in the above-referenced chapter 11 bankruptcy case (the "Bankruptcy Case"), enters its appearance pursuant to the United States bankruptcy code and federal rule of bankruptcy procedure 9010.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this adversary case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

Lynn Hamilton Butler
lynn.butler@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone:  (512) 479-9758
Facsimile:  (512) 479-1101

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Alleon Capital, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Alleon Capital may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  March 21, 2024 | HUSCH BLACKWELL LLP<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701-4093<br>(512) 472-5456 (Telephone)<br>(512) 479-1101 (Facsimile)<br><br>By:/s/ *Lynn Hamilton Butler*<br>　Lynn Hamilton Butler<br>　State Bar No. 03527350<br>　Lynn.Butler@huschblackwell.com<br><br>AND<br><br>HUSCH BLACKWELL LLP<br>Buffey E. Klein<br>State Bar No. 24032515<br>buffey.klein@huschblackwell.com<br>Alejandra Garcia Castro<br>State Bar No. 24131325<br>Alejandra.garciacastro@huschblackwell.com<br>1900 N. Pearl, Suite 1800<br>Dallas, Texas 75201<br>(214) 999-6100 (Telephone)<br>(214) 999-6170 (Facsimile)<br><br>ATTORNEYS FOR ALLEON CAPITAL PARTNERS LLC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March 2024, a true and correct copy of the foregoing was served via the Court's ECF system to the parties registered to receive electronic service.

　　　　　　　　　　　　　　　　　　　　*/s/ Lynn Hamilton Butler*
　　　　　　　　　　　　　　　　　　　　Lynn Hamilton Butler

3