**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| **REMARKABLE HEALTHCARE OF CARROLLTON LP** | § § § | Case No. 24-40605 |
| EIN: 5960 | § § § | |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

The United States of America hereby designates the following Assistant United States Attorney as counsel for the United States Department of Health and Human Services ("HHS"), a creditor who intends to file a proof of claim in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

WHITNEY THARPE, Texas Bar #24064914
Assistant United States Attorney
110 N. College Street; Suite 700
Tyler, Texas 75702
Whitney.Tharpe@usdoj.gov
Telephone: (903) 590-1400
Facsimile: (903) 590-1436


Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

>*/s/ Whitney Tharpe*
> WHITNEY THARPE, Texas Bar #24064914
> Assistant United States Attorney
> 110 N. College Street; Suite 700
> Tyler, Texas 75702
> Whitney.Tharpe@usdoj.gov
> Telephone: (903) 590-1400
> Facsimile: (903) 590-1436

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance of Counsel has been electronically served on all counsel of record on March 21, 2024, by way of the Court's CM/ECF system.

>*/s/ Whitney Tharpe*
> Whitney Tharpe