| Date | Day | Code | Amount | Direction | Totals of the Weeks |
|---|---|---|---:|---|---:|
| 2/29/2024 | Thurs | Wired back to RHC | 83,706.33 | From Alleon | |
| | | | 1,072,045.91 | Alleon swept | |
| 3/1/2024 | Fri | SEG | 12,845.26 | To Alleon | |
| 3/4/2024 | Mon | SEG | 33,335.00 | To Alleon | |
| 3/4/2024 | Mon | DAL | 2,729.71 | To Alleon | |
| 3/4/2024 | Mon | PWD | 15,577.20 | To Alleon | |
| 3/4/2024 | Mon | FTW | 9,005.51 | To Alleon | |
| 3/5/2024 | Tue | SEG | 2,665.48 | To Alleon | |
| 3/5/2024 | Tue | FTW | 1,984.06 | To Alleon | |
| 3/5/2024 | Tue | DAL | 9,166.86 | To Alleon | |
| 3/5/2024 | Tue | PWD | 4,581.55 | To Alleon | |
| 3/6/2024 | Wed | FTW | 52,306.59 | To Alleon | |
| 3/6/2024 | Wed | SEG | 14,914.02 | To Alleon | |
| 3/6/2024 | Wed | DAL | 10,977.62 | To Alleon | |
| 3/6/2024 | Wed | PWD | 13,685.57 | To Alleon | |
| 3/7/2024 | Thur | SEG | 9,913.22 | To Alleon | |
| 3/7/2024 | Thur | FTW | 30,866.08 | To Alleon | |
| 3/7/2024 | Thur | DAL | 1,290.00 | To Alleon | |
| 3/7/2024 | Thur | PWD | 27,100.72 | To Alleon | |
| 3/8/2024 | Fri | SEG | 35,055.28 | To Alleon | 287,999.73 |
| 3/11/2024 | Mon | PWD | 27,908.45 | To Alleon | |
| 3/11/2024 | Mon | DAL | 131.00 | To Alleon | |
| 3/11/2024 | Mon | SEG | 8,084.00 | To Alleon | |
| 3/11/2024 | Mon | FTW | 3,677.24 | To Alleon | |
| 3/12/2024 | Tue | FTW | 28,998.69 | To Alleon | |
| 3/12/2024 | Tue | PWD | 7,677.27 | To Alleon | |
| 3/12/2024 | Tue | SEG | 8,763.64 | To Alleon | |
| 3/12/2024 | Tue | DAL | 22,699.32 | To Alleon | |
| 3/13/2024 | Wed | FTW | 32,928.33 | To Alleon | |
| 3/13/2024 | Wed | SEG | 17,508.30 | To Alleon | |
| 3/13/2024 | Wed | DAL | 2,344.20 | To Alleon | |
| 3/13/2024 | Wed | PWD | 26,712.46 | To Alleon | |
| 3/14/2024 | Thur | FTW | 11,140.05 | To Alleon | |
| 3/14/2024 | Thur | SEG | 30,003.92 | To Alleon | |

| Date | Day | Loc | Amount | | Total |
|---|---|---|---|---|---|
| 3/14/2024 | Thur | DAL | 19,855.48 | To Alleon | |
| 3/14/2024 | Thur | PWD | 20,123.40 | To Alleon | |
| 3/15/2024 | Fri | SEG | 11,653.13 | To Alleon | |
| 3/15/2024 | Fri | DAL | 10,375.66 | To Alleon | |
| 3/15/2024 | Fri | FTW | 2,092.50 | To Alleon | 292,677.04 |
| 3/18/2024 | Mon | FTW | 23,775.53 | To Alleon | |
| 3/18/2024 | Mon | SEG | 1,340.00 | To Alleon | |
| 3/18/2024 | Mon | PWD | 2,111.13 | To Alleon | |
| 3/18/2024 | Mon | DAL | 11,456.00 | To Alleon | 38,682.66 |
| 3/19/2024 | Tue | FTW | 55,155.42 | To Alleon | |
| 3/19/2024 | Tue | SEG | 80,947.81 | To Alleon | |
| 3/19/2024 | Tue | DAL | 3,585.92 | To Alleon | |
| 3/19/2024 | Tue | PWD | 57,969.14 | To Alleon | 197,658.29 |
| 3/20/2024 | Wed | SEG | 35,856.66 | To Alleon | |
| 3/20/2024 | Wed | FTW | 22,588.06 | To Alleon | |
| 3/20/2024 | Wed | DAL | 42,111.86 | To Alleon | |
| 3/20/2024 | Wed | PWD | 34,286.13 | To Alleon | 134,842.71 |
| 3/21/2024 | Thur | FTW | 18,526.60 | To Alleon | |
| 3/21/2024 | Thur | SEG | 36,371.76 | To Alleon | |
| 3/21/2024 | Thur | DAL | 7,099.76 | To Alleon | |
| 3/21/2024 | Thur | PWD | 58,187.36 | To Alleon | 120,185.48 |

**TOTAL BEING HELD BY ALLEON SINCE 3.1.24 = $1,072,045.91**