UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Remarkable Healthcare of Carrollton, LP *et al.* | § | |
| | § | Case No. 24-40605 |
| Debtor(s). | § | |

**MOTION FOR EMERGENCY HEARING REGARDING:**

**(1) EMERGENCY MOTION TO (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (DOCKET NO. 32)**

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

KRS Dallas LLC, KRS Fort Worth LLC, KRS Fort Worth LLC, and Kilgore Property Management LLC (collectively, "Kilgore") this *Motion for Emergency Hearing* and in support thereof would show the Court the following.

1. **Underlying motions.** *Emergency Motion to (I) Approve Debtor In Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(d), and (III) Obtain Related Relief* (Docket No. 32)

2. **Basis for expedited consideration.** To secure the funding of payroll as discussed in proceedings in these cases on March 25, 2024.

3. **Certificate of Conference.** Not applicable under the circumstances.

4. **Time estimate for hearing.** Sixty (60) minutes or less.

5. **Deadline for when hearing is needed:** A hearing should occur at **1:00 p.m on March 26, 2024.**

6. **Affidavit to support emergency**. Kilgore would ask that the emergency hearing affidavit requirement be waived and that the Court take judicial notice of the proceedings of March 25, 2024.

7. A proposed form of order accompanies this motion.

***{continued on following page}***

Dated: March 26, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN:. 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
E-mail: jcarruth@wkpz.com
ATTORNEYS FOR
KRS DALLAS LLC, KRS FORT WORTH LLC, KRS FORT WORTH LLC, AND KILGORE PROPERTY MANAGEMENT LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 26, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility. ***A separate certificate of service with copies of this lists will be filed.***

*/s/ Jeff Carruth*
JEFF CARRUTH

**ECF NOTICE LIST**

**24-40605 Notice will be electronically mailed to:**

Elizabeth Nicolle Boydston on behalf of Debtor Remarkable Healthcare of Carrollton, LP
lboydston@gutnicki.com

Lynn Hamilton Butler on behalf of Creditor Alleon Capital Partners, LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;ryan.burgett@huschblackwell.com

Jeff Carruth on behalf of Creditor KRS Carrollton, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Jeff Carruth on behalf of Creditor Kilgore Property Management LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Buffey E. Klein on behalf of Creditor Alleon Capital Partners, LLC
buffey.klein@huschblackwell.com, tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

Julie Anne Parsons on behalf of Creditor The County of Denton, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Guadalupe, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Alexandria Rahn on behalf of Debtor Remarkable Healthcare of Carrollton, LP
arahn@gutnicki.com, docket@gutnicki.com;1694884420@filings.docketbird.com

Whitney Tharpe on behalf of Creditor United States Department of Health and Human Services
whitney.tharpe@usdoj.gov, guadalupe.garcia@usdoj.gov

John Kendrick Turner on behalf of Creditor City of Carrollton
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Dallas County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Lewisville ISD
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Tarrant County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

**REGULAR MAIL LIST / MATRIX**

Mailing matrix to be supplied

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | § | |
|---|---|---|
| Remarkable Healthcare of Carrollton, LP *et al.* | § | Case No. 24-40605 |
| Debtor(s). | § | |

**ORDER GRANTING MOTION FOR EMERGENCY HEARING REGARDING:**

**(1) EMERGENCY MOTION TO (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (DOCKET NO. 32)**

**IT IS THEREFORE ORDERED THAT the Court shall conduct an emergency hearing on the DIP Motion (DOCKET NO. 32) ON MARCH 26, 2024, AT 1:00 P.M.**

Dated: ______________________________

______________________________
THE HONORABLE BRENDA. T. RHOADES
UNITED STATES BANKRUPTCY JUDGE