UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Remarkable Healthcare of Carrollton, LP *et al.* | § § | Case No. 24-40605 |
| Debtor(s). | § | |

**ORDER GRANTING MOTION FOR EMERGENCY HEARING REGARDING:**

**(1) EMERGENCY MOTION TO (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (DOCKET NO. 32)**

IT IS THEREFORE ORDERED THAT the Court shall conduct an emergency hearing on the DIP Motion (DOCKET NO. 32) <u>**ON MARCH 26, 2024, AT 1:00 P.M.**</u>

Dated: _____

_____
THE HONORABLE BRENDA. T. RHOADES
UNITED STATES BANKRUPTCY JUDGE