**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: | |
| **REMARKABLE HEALTHCARE OF CARROLLTON LP,** | **Case No.:      24-40605** |
| **REMARKABLE HEALTHCARE OF DALLAS, LP,** | **Case No.:      24-40608** |
| **REMARKABLE HEALTHCARE OF FORT WORTH, LP,** | **Case No.:      24-40610** |
| **REMARKABLE HEALTHCARE OF SEGUIN, LP,** | **Case No.:      24-40612** |
| **REMARKABLE HEALTHCARE, LLC,** | **Case No.:      24-40611** |
| **DEBTORS** | **Jointly Administered Under Case 24-40605** |

## ORDER GRANTING UNITED STATES TRUSTEE'S *UNOPPOSED* MOTION FOR ORDER DIRECTING APPOINTMENT OF PATIENT CARE OMBUDSMAN

The Court has considered the Unopposed Motion of the United States Trustee for Order Directing Appointment of Patient Care Ombudsman and is of the opinion that the motion should be granted. Accordingly, it is hereby:

ORDERED that the United States Trustee shall appoint Thomas Mackey as patient care ombudsman in this cause pursuant to 11 U.S.C. §333.

SO ORDERED AND ADJUDGED.