| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 24-40605<br>Eastern District of Texas<br>Sherman<br>Wed Mar 27 09:55:50 CDT 2024 | 1-A Fire & Domestic Testing<br>Brian Wagoner<br>126 County Road 4577<br>Boyd, TX 76023-4452 | 1-A Services Plumbing and HVAC<br>126 County Rd 4577<br>Boyd, TX 76023-4452 |
| 71 Concepts LLC<br>Kenneth Hilton<br>2150 W Northwest Hwy, Ste 114<br>Grapevine, TX 76051-7849 | A&K Mastertech Inc.<br>3913 Long Hollow Rd<br>Roanoke, TX 76262-3831 | A-1 Grease Services, Inc.<br>Melanie or Umberto<br>P.O. Box 2097<br>Red Oak, TX 75154-1571 |
| A-1 Tri-County Plumbing, Inc<br>101 Ermel<br>Seguin, TX 78155-5965 | A1 Image<br>PO Box 833691<br>Richardson, TX 75083-3691 | ABC Home & Commercial Services<br>997 Grandys Lane<br>Lewisville, TX 75077-2507 |
| ABC Home & Commercial Services (Seguin)<br>9475 E. Highway 290<br>Austin, TX 78724-2303 | (p)ACADIAN AMBULANCE SERVICE  INC<br>ATTN JESSE PROCTOR<br>P O BOX 98000<br>LAFAYETTE LA 70509-8000 | ACECO LLC<br>PO Box 773<br>Granbury, TX 76048-0773 |
| ADP, Inc.<br>P.O. Box 842875<br>Boston, MA 02284-2875 | AEDUSA<br>PO Box 471880<br>Fort Worth, TX 76147-1880 | AMI Service<br>614 C S Business IH 35<br>New Braunfels, TX 78130-4748 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | AT&T Mobility<br>AT&T Business<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS, TX 75265-0205 |
| Aashka Medical Group<br>4001 Saint Johns Circle<br>Carrollton, TX 75010-4238 | Abshire Dietary Consultants<br>P.O. Box 1635<br>El Campo, TX 77437-1635 | Acadia Marketing & Consulting<br>Paul Morgan<br>909 Corbett Drive<br>Norman, OK 73072-3727 |
| Advanced Mobility Systems of Texas<br>Braun<br>2110 North Beach St<br>Fort Worth, TX 76111-6812 | Affordable Dentures & Implants - Denton<br>2318 San Jacinto Blvd<br>Denton, TX 76205-7535 | Aflac Worldwide Headquarters<br>Attn  Remittance Processing Services<br>1932 Wynnton Road<br>Columbus, GA 31999-0001 |
| Alco Sales & Service Co.<br>6851 High Grove Blvd<br>Burridge, IL 60527-9725 | Aldinger<br>Chad Guthrie<br>1440 Prudential Dr<br>Dallas, TX 75235-4110 | All Needz Plumbing<br>2705 Saint Louis Ave<br>Fort Worth, TX 76110-3343 |
| Allegiance Ambulance<br>PO Box 4320<br>Houston, TX 77210-4320 | Alleon Capital Partners LLC<br>c/o Buffey E. Klein<br>Husch Blackwell LLP<br>1900 N. Pearl Street, Suite 1800<br>Dallas, TX 75201-2467 | Alliance Insurance Partners<br>941 Oak St<br>Eugene, OR 97401-3105 |

| | | |
|---|---|---|
| Alliant Insurance Services Houston LLC<br>PO Box 840919<br>Dallas, TX 75284-0919 | Allscripts<br>24630 Network Place<br>Chicago, IL 60673-1246 | American Commercial Equipment Co LLC<br>P.O. Box 773<br>Granbury, TX 76048-0773 |
| American Diagnostic Services<br>PO Box 62510<br>Baltimore, MD 21264-2510 | American Express<br>P.O. Box 36001<br>Fort Lauderdale, FL 33336-0001 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| American Scale Company<br>3872 SH 64 W Suite 301<br>Tyler, TX 75704 | Amerita Inc<br>2101 Donley Dr<br>Austin, TX 78758-4512 | Area Metropolitan Ambulance Authority<br>d.b.a. MedStar<br>2900 Alta Mere Drive<br>Fort Worth, TX 76116-4115 |
| Argee Mechanical, LLC<br>3831 FM 2181 Suite 106<br>Corinth, TX 76210-4205 | Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179-0311 | Attis Healthcare LLC<br>12540 Broadwell Rd.<br>Milton, GA 30004-6406 |
| Aurous International<br>60 Walnut Ave<br>Clark, NJ 07066-1649 | Auto-Chlor<br>P.O. Box 669126<br>Dallas, TX 75266-9126 | Beard,Kultgen,Brophy<br>Bostwick&Dickerson<br>220 South 4th Street Waco, TX 76701-2225 |
| BioSTAT<br>4841 Keller Springs Rd<br>Addison, TX 75001-5912 | BioStat Imaging, LLC<br>Ronna Brooks<br>4841 Keller Springs Rd<br>Addison, TX 75001-5912 | Biomedical Waste Solutions<br>PO Box 1147<br>Port Neches, TX 77651-1147 |
| Blackall Mechanical Inc.<br>3724 Arapaho Rd<br>Addison, TX 75001-4311 | Blue Cross Blue Shield of Texas<br>PO Box 731428<br>Dallas, TX 75373-1428 | Blue Cross Blue Shield of Texas<br>Health Care Service Corporation<br>P.O. Box 731428<br>Dallas, TX 75373-1428 |
| Elizabeth Nicolle Boydston<br>Gutnicki LLP<br>10440 North Central Expressway<br>Suite 800<br>Dallas, TX 75231-2264 | Brisk Mechanical Services LLC.<br>7708 Pinehurst Dr. West<br>Fort Worth, TX 76134-4411 | Buckeye Cleaning Centers<br>PO Box 840002<br>Kansas City, MO 64184-0002 |
| Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Ave.<br>Ste 1400<br>Austin, TX 78701-4093 | C & L Refrigeration<br>P.O. Box 2319<br>Brea, CA 92822-2319 | C&B Lawn Care - Chris Sedberry<br>Chris Sedberry<br>512 Bent Oak Drive<br>Fort Worth, TX 76131-4228 |
| CMMS Corridor Mobile Medical Services<br>PO Box 643<br>San Marcos, TX 78667-0643 | CMS Mechanical Services, Inc.<br>Erica Pace<br>5000 Energy Place Bldg 100<br>Denton, TX 76207-3527 | CNA Surety<br>CNA Surety Direct Bill<br>PO Box 957312<br>St Louis, MO 63195-7312 |

| | | |
|---|---|---|
| CPro Associates Inc.<br>15660 N Dallas Parkway<br>Dallas, TX 75248-3348 | Calderon Textiles<br>PO Box 1627<br>Indianapolis, IN 46206-1627 | Cantwell Power Solutions, LLC<br>6413 Midway Rd suite<br>Haltom City, TX 76117-5302 |
| Care One Communications LLC<br>Fernando Munoz<br>PO Box 153122<br>Dallas, TX 75315-3122 | Care Trips LLC<br>1616 Gateway Blvd., Suite B<br>Richardson, TX 75080-3529 | Care Trips, LLC<br>c/o Amber Welock, Welock Law, PC<br>13155 Noel Road, Suite 900<br>Dallas, TX 75240-6882 |
| CareFlite<br>3110 S Great Southwest Parkway<br>Grand Prairie, TX 75052-7238 | CareNow (GA)<br>PO Box 743571<br>Atlanta, GA 30374-3571 | Carenow Corporate<br>P.O. Box 9101<br>Coppell, TX 75019-9494 |
| Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>2608 Hibernia, Suite 105<br>Dallas, TX 75204-2514 | Check Mate Service Line<br>PO Box 41582<br>Providence, RI 02940-1582 | Choice Clinical Laboratory INC<br>2329 West Parker Road<br>Carrollton, TX 75010-4713 |
| City Ambulance Service<br>PO Box 691067<br>Houston, TX 77269-1067 | City Of Carrollton<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | City Of Carrollton<br>c/o John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 |
| City of Carrollton<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Dallas, TX 75207-2277 | City of Carrollton<br>PO Box 115120<br>Carrollton, TX 75011-5120 | City of Carrollton - Fire Permit<br>1945 E Jackson Road<br>Carrollton, TX 75006-1737 |
| City of Carrollton -Alarm Permit<br>Alarm Permit<br>Dallas, TX 75222-4863 | City of Carrollton Environmental Serv.<br>Environmental Services<br>P.O. Box 115125<br>Carrollton, TX 75011-5125 | City of Carrollton Environmental Services<br>1945 E Jackson Road<br>Carrollton, TX 75006-1737 |
| City of Seguin<br>PO Box 591<br>Seguin, TX 78156-0591 | Colleyville Lofts Venture LLC<br>Attn: Accounting<br>Dallas, TX 75201 | Colonial Life<br>Premium Processing<br>P.O. Box 903<br>Columbia, SC 29202-0903 |
| Compass Wheelchair Transports<br>Carrie Nayes<br>385 CR 3060<br>Bonham, TX 75418-7306 | Complete ERC<br>3348 Darvany Drive<br>Dallas, TX 75220-1616 | Complete Supply, Inc.<br>1624 W Crosby St Suite 144<br>Carrollton, TX 75006-6676 |
| Core Transit South<br>PO Box 541355<br>Grand Prairie, TX 75054-1355 | Cornerstone Gardens LLP<br>PO Box 9005<br>Addison, TX 75001-9005 | Cotton Commercial USA, Inc<br>Cotton Commercial USA Deposit Collection<br>PO Box 676549<br>Dallas, TX 75267-6549 |

| | | |
|---|---|---|
| Cotton Commercial USA, Inc.<br>PO Box 676549<br>Dallas, TX 75267-6549 | Cotton Commercial USA, Inc.<br>840 W. Sam Houston Parkway N., Suite 225<br>Houston, TX 77024-4639 | Crest Healthcare Supply<br>PO Box 727<br>Dassel, MN 55325-0727 |
| Crown Shields Transport, LLC<br>Victor<br>11617 Lake Front Drive<br>Frisco, TX 75036-7693 | Crystal & Company<br>32 Old Slip, 18th Floor<br>New York, NY 10005 | DLH Plumbing Services<br>3738 FM 467<br>Seguin, TX 78155-0876 |
| DNA Plumbing Services Ft. Worth<br>3807 Parchman Street<br>North Richland Hills, TX 76180-8853 | Dallas County<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Dallas Life Support Systems Inc.<br>7440 Whitehall St.<br>Richland Hills, TX 76118-6426 |
| Dallas Medical Center<br>PO Box 678621<br>Dallas, TX 75267-8621 | Dallas Tap Dazzlers<br>Candy Kelley<br>756 Marlee Circle<br>Coppell, TX 75019-5212 | Dalworth Restoration<br>12750 S Pipeline Rd<br>Euless, TX 76040-5248 |
| Danny Skaggs Company Inc. dba Pharmacy Unlim<br>12801 Wetmore Rd<br>San Antonio, TX 78247-3628 | Dans Electronics<br>4945 Reynolda Rd<br>Winston-Salem, NC 27106-9643 | Denton County Tax Office<br>Mary and Jim Horn Government Center<br>1505 E. McKinney Street<br>Denton, TX 76209-4525 |
| Desmonds Elite Estimating and Restorat<br>2315 Brookview Dr<br>McKinney, TX 75072-3845 | Diagnostex Consultants<br>8913 Mid Cities Blvd<br>North Richland Hills, TX 76182-4912 | Diagnostic Image Plus<br>3022 Motley Drive<br>Mesquite, TX 75150-3440 |
| Diagnostic Laboratories & Radiology<br>2820 N Ontario Street<br>Burbank, CA 91504-2015 | Digital Verdict, Inc.<br>901 Main Street<br>Dallas, TX 75202-3711 | Direct Energy Business<br>PO Box 660749<br>Dallas, TX 75266-0749 |
| Direct Energy Business, LLC<br>c/o Nicholas R. Lawson, McDowell Hetheri<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Direct Service Air & Plumbing LLC<br>PO Box 3060<br>Waxahachie, TX 75168-3060 | Direct Supply, Inc.<br>Box 88201<br>Milwaukee, WI 53288-0201 |
| Dr. Vaqar Dar<br>5625 Champions Dr.<br>Plano, TX 75093-4229 | ENGIE Resources LLC<br>c/o Matthew W. Bourda, McDowell Hetherin<br>1001 Fannin Street, Suite 2400<br>Houston, TX 77002-6706 | Elite Document Technology<br>400 N. Saint Paul St.<br>Dallas, TX 75201-6881 |
| Elliot Greenleaf P.C.<br>925 Harvest Drive<br>Blue Bell, PA 19422-1956 | Elliott Greenleaf, P.C.<br>Attn: John P. Elliot<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422-1956 | Engie Resources<br>PO Box 841680<br>Dallas, TX 75284-1680 |

| | | |
|---|---|---|
| Environmental Services Department<br>1945 E. Jackson Rd<br>Carrollton, TX 75006-1737 | Ewald Commercial Kitchen Repair<br>P.O. Box 311<br>Seguin, TX 78156-0311 | Exceeds Construction<br>6724 Marvin Brown St<br>Fort Worth, TX 76179-3340 |
| Exponent Technologies, Inc.<br>4970 Landmark Place<br>Dallas, TX 75254-6905 | FPC Office Solutions<br>Joe<br>2035 Royal Lane, Suite 202<br>Dallas, TX 75229-7205 | Farmer Brothers<br>P.O. Box 732855<br>Dallas, TX 75373-2855 |
| Firestone (Credit First)<br>PO Box 81344<br>Cleveland, OH 44188-0001 | Firetrol Protection Systems Inc<br>105 Windy Meadows Dr<br>Schertz, TX 78154-1361 | Antonio A. Flores<br>214 North Camp Street<br>Seguin, TX 78155-5631 |
| Fort Worth Internal Medicine<br>650 St. Louis Ave.<br>Fort Worht, TX 76104-3346 | Frontier<br>PO Box 740407<br>Cincinnati, OH 45274-0474 | Frontier Communications 1215<br>P.O. Box 740407<br>Cincinnati, OH 45274-0407 |
| Glass Doctor Special Operations<br>2001 Midway Road<br>Carrollton, TX 75006-4959 | Goodman Air Conditioning & Heating<br>1600 Clovis Barker Road, Suite 301<br>San Marcos, TX 78666-5392 | Gorman Mechanical<br>1624 SE Parkway<br>Azle, TX 76020-3923 |
| Grainger<br>Dept 880129333<br>Kansas City, MO 64141 | Green Light Group, LLC<br>13821 Diplomat Drive<br>Farmers Branch, TX 75234-8813 | Green Mountain Energy Dept 1233<br>P.O. Box 121233<br>Dallas, TX 75312-1233 |
| Griffin Financial Group LLC<br>620 Freedom Business Center<br>King Of Prussia, PA 19406-1330 | Guadalupe Regional Medical Center<br>1215 E. Court Street<br>Seguin, TX 78155-5129 | HD Supply<br>Alexis Winkelhorst<br>PO Box 509058<br>San Diego, CA 92150-9058 |
| Hagar Restaurant Service LLC<br>6200 N. W. 2nd St<br>Oklahoma City, OK 73127-6520 | Haigood & Campbell<br>9911 E Bankhead Hwy<br>Aledo, TX 76008-2627 | Harvest Fresh Juice, LLC<br>P.O. Box 239<br>Hallsville, TX 75650-0239 |
| HealthDrive Podiatry and Dental Group<br>100 Crossing Blvd<br>Framingham, MA 01702-5555 | Healthline Medical Equipment Inc<br>PO Box 4847<br>Wichita Falls, TX 76308-0847 | Heritage Food Service Group Inc.<br>5130 Executive Blvd<br>Fort Wayne, IN 46808-1149 |
| Hill-Rom Company Inc<br>PO Box 643592<br>Pittsburgh, PA 15264-3592 | Hobart Service<br>5407 Bandera Rd<br>San Antonio, TX 78238-1980 | Homelink Corporations<br>2300 North Barrington Rd<br>Hoffman Estates, IL 60169-2082 |

| | | |
|---|---|---|
| Husch Blackwell Law<br>111 Congress Avenue<br>Austin, TX 78701-4050 | IDGSERVCO Business Services<br>Andrew<br>2034 Contner Ave, 1st Floor<br>Los Angeles, CA 90025-5668 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 |
| ISOLVED Benefit Services<br>Attn Finance<br>PO Box 889<br>Coldwater, MI 49036-0889 | Ida Butler Marshall<br>503 Haymeadow Dr<br>Wylie, TX 75098-4582 | Infinity Mechanical Services LLC<br>702 Ascot Park Dr.<br>Mansfield, TX 76063-5478 |
| Integrated Voice Systems<br>PO Box 33<br>Royse City, TX 75189-0033 | Internal Revenue Service<br>1100 Commerce Street<br>MC5026 DAL<br>Dallas, TX 75242 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Interstate Restoration, LLC<br>PO Box 734756<br>Chicago, IL 60673-4756 | Intrepid Technologies, Inc.<br>PO Box 55145<br>Little Rock, AR 72215-5145 | Iron Mountain INC<br>PO Box 915004<br>Dallas, TX 75391-5004 |
| JE Systems, Inc.<br>P.O. Box 6246<br>Fort Smith, AR 72906-6246 | JJJNEMT LLC<br>Jacky Jean-Julien<br>1741 Cross Creek Lane<br>Cleburne, TX 76033-1217 | JM Electronic Engineering, Inc.<br>P.O. Box 397<br>Round Rock, TX 78680-0397 |
| JRGoodwyn Building Services<br>2801 Beverly Drive<br>Denton, TX 76209-4775 | Janicek Law Firm PC<br>1100 NE Loop 410<br>San Antonio, TX 78209-1569 | Joe s Plumbing Service<br>901 Chestnut Ln<br>Saginaw, TX 76179-0975 |
| Joshuas Respiratory Care, Inc<br>1880 Shiloh Rd<br>Dallas, TX 75228 | Joyce Mallory<br>Sorrels Law<br>c/o Randall Sorrels & Tom Omondi<br>5300 Memorial Drive, Suite 270<br>Houston, TX 77007-8250 | KC Electric Systems<br>3333 Earhart Dr<br>Carrollton, TX 75006-5095 |
| KCI USA<br>P.O. Box 301557<br>Dallas, TX 75303-1557 | KG Services<br>PO Box 791<br>Haslet, TX 76052-0791 | KRS CARROLLTON, LLC<br>c/o Jeff Carruth<br>Weycer, Kaplan et al.<br>2608 Hibernia, Suite 105<br>Dallas, TX 75204-2514 |
| Kaliber Data Security & Compliance<br>50 Franklin Street<br>Boston, MA 02110-1306 | Karcher North America<br>DEPT CH 19244<br>Palatine, IL 60055-0001 | Kirby Restaurant & Chemical Supply<br>809 S Eastman Road<br>Longview, TX 75602-2303 |
| Kirby Restaurant & Chemical Supply<br>809 South Eastman Road<br>Longview, TX 75602-2303 | Buffey E. Klein<br>Husch Blackwell<br>1900 N. Pearl Street<br>Suite 1800<br>Dallas, TX 75201-2467 | Knight Office Solutions, Inc<br>12961 Park Central, Suite 1470<br>San Antonio, TX 78216-2092 |

| | | |
|---|---|---|
| Landmark Healthcare<br>Attn Michael Everage<br>3515 NW Jim Wright Freeway<br>Fort Worth, TX 76106-3200 | Lawn & Landcare<br>515 N. Kealy Avenue<br>Lewisville, TX 75057-3129 | Lawn Pros, LLC<br>P.O. Box 1213<br>Colleyville, TX 76034-1213 |
| Lawns by the Yard<br>PO Box 311125<br>New Braunfels, TX 78131-1125 | Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 | Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Life Cycle Dental<br>6618 Fossil Bluff Drive<br>Fort Worth, TX 76137-7533 | LifeLine EMS<br>Carrie Nayes<br>385 CR 3060<br>Bonham, TX 75418-7306 | Liquid Environmental Solutions<br>PO Box 733372<br>Dallas, TX 75373-3372 |
| Lola Lorena Ltd. Co.<br>2016 Glenco Terrace<br>Fort Worth, TX 76110-1704 | Lolita London<br>5168 Reed Dr<br>The Colony, TX 75056-1213 | Lone Star Fire & First Aid<br>449 Culebra Road<br>San Antonio, TX 78201-6418 |
| Loose Screws, LLC<br>1547 Tiffany Court<br>Grapevine, TX 76051-6600 | (p)MIRANDA M WILLIAMS LLC<br>ATTN MIRANDA M WILLIAMS<br>7613 PROVIDENCE DR<br>ROWLETT TX 75089-3905 | Manage Meds LLC<br>P.O. Box 377<br>Mason, OH 45040-0377 |
| Manage Meds, LLC<br>29924 Network Place<br>Chicago, IL 60673-1299 | Management and Network Services<br>6500 Emerald Parkway<br>Dublin, OH 43016-7460 | Manuel & Sons A/C<br>10802 Hillpoint<br>San Antonio, TX 78217-2866 |
| Markham Restaurant Supply Co., Inc.<br>420 South Fresno Street<br>Fort Smith, AR 72916-8005 | Marshall Shredding<br>Co. Rob Greenfield<br>PO Box 91139<br>San Antonio, TX 78209-9096 | Mas Vida Health Care Solutions<br>133 Nursery Ln<br>Fort Worth, TX 76114-4334 |
| MassMutual Financial Group<br>P.O. Box 371368<br>Pittsburgh, PA 15250-7368 | Massoud Furniture<br>8351 Moberly Lane<br>Dallas, TX 75227-2316 | Med-Pass Inc.<br>L-3495<br>Columbus, OH 43260-0001 |
| Medical Equipment Services, Inc.<br>P.O. Box 157<br>Holly Springs, NC 27540-0157 | Medical Transportation Solutions<br>Samuel Alexander<br>2033 Jack County Road<br>Forney, TX 75126-5149 | Medina Valley Security, Inc.<br>Brad or Nikki<br>PO Box 1030<br>Lytle, TX 78052-1030 |
| MedixCar LLC<br>7309 Big Bend Ct.<br>Fort Worth, TX 76137-4448 | MedixCar, LLC<br>c/o Robert A. Simon, Whitaker Chalk<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102-4135 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 |

| | | |
|---|---|---|
| Medline Industries, Inc.<br>Dept 1080<br>Dallas, TX 75312-0001 | Michael Lynch & Associates, Inc<br>911 NW Loop 281<br>Longview, TX 75604-2900 | (p)MID SOUTH FIRE SOLUTIONS LLC<br>669 AERO DRIVE<br>SHREVEPORT LA 71107-6653 |
| Mid-South Fire Solutions, LLC<br>Jada Rambin<br>669 Aero Drive<br>Shreveport, LA 71107-6943 | Montgomery Capital Advisers LLC<br>2500 Dallas Parkway<br>Plano, TX 75093-4867 | Montgomery Coscia Greilich, LLP<br>2500 Dallas Parkway<br>Plano, TX 75093-4872 |
| More Power Vent Cleaning<br>P.O. Box 8141<br>Fort Worth, TX 76124-0141 | Mountain Electronics Inc<br>621 Micaville Loop<br>Burnsville, NC 28714-0829 | (p)NORTH TEXAS FIRE SYSTEMS  LLC<br>PO BOX 880<br>SANGER TX 76266-0880 |
| NTTA North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244 | National Seating & Mobility Inc.<br>2211 Denton Dr<br>Austin, TX 78758-4532 | Netsmart Technologies, Inc.<br>PO Box 713519<br>Philadelphia, PA 19171-3519 |
| New Benefits Ltd.<br>PO Box 803475<br>Dallas, TX 75380-3475 | New Source Medical<br>9913 Shelbyville Road<br>Lousiville, KY 40223-2904 | New Source Medical<br>9913 Shelbyville Rd<br>Louisville, KY 40223-2904 |
| North American Administrators<br>1826 Elm Hill Pike<br>Nashville, TN 37210-3710 | Northwest Engravers<br>3300 Cherry Lane<br>Fort Worth, TX 76116-6405 | O.G. Motor Garage<br>Walter O. Serrano<br>2244 Larson Lane<br>Dallas, TX 75229-2042 |
| Occupational Health Solutions<br>PO Box 12089<br>Fort Worth, TX 76110-8089 | Office of the Attorney General<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, NW<br>Washington, DC 20530-0001 | Office of the United States Attorney<br>1100 Commerce Street, 3rd Floor<br>Dallas, TX 75242-1074 |
| One Hour Air Conditioning and Heating<br>2535 Brennan Avenue<br>Fort Worth, TX 76106-8408 | Optima Healthcare Solutions, LLC.<br>Net Health Systems, Inc<br>PO Box 72046<br>Cleveland, OH 44192-0002 | Orkin<br>3330 Keller Springs RD<br>Carrollton, TX 75006-5053 |
| OshaksCare Solutions<br>Sunkanmi Oshakuade<br>8101 Boat Club Road, Suite 210<br>Fort Worth, TX 76179-3631 | PC Liquidations<br>140 Stockton St<br>Jacksonville, FL 32204-1736 | PRI/SMMPP, LLC<br>10860 N Mavinee Drive<br>Oro Valley, AZ 85737-9526 |
| (p)PROFESSIONAL IMAGING LLC<br>ATTN PROFESSIONAL IMAGING<br>6078 BRIDGEVIEW DR<br>VENTURA CA 93003-1126 | PSI Premier Specialties Inc.<br>dba Medical Express PSI<br>8800 Shoal Creek Blvd B<br>Austin, TX 78757-6818 | PWS, Inc.<br>12020 Garfield Ave<br>South Gate, CA 90280-7823 |

Julie Anne Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680-1269

Parts Town, LLC
27787 Network Place
Chicago, IL 60673-1277

Performance Foodservice
524 West 61st Street
Shreveport, LA 71106-2513

Performance Health
28100 Torch Pkwy
Warrenville, IL 60555-4030

PharmScript LLC
PO Box 6042
Somerset, NJ 08875-6042

Pharmacy Unlimited
PO Box 592602
San Antonio, TX 78259-0179

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

Pitts Birdsong Fennell & Assc.
12770 Coit Road
Dallas, TX 75251-1456

PointClick Care Technologies INC
Wescom Solutions Inc.
PO Box 674802
Detroit, MI 48267-4802

PointClick Care Technologies Inc.
PO Box 674802
Detriot, MI 48267-4802

Portable Diagnostic Services Inc
3022 Motley Dr
Mesquite, TX 75150-3440

Porter Law Firm
The Porter Law Firm P.C.
3311 Woods Blvd
Tyler, TX 75707-1657

Precision Environmental Services
516 Forest Trail
Argyle, TX 76226-6704

Precision Plumbing Dallas
809 Woodbridge Pkwy
Wylie, TX 75098-7148

Premier Irrigation Services
881 Encino Drive
New Braunfels, TX 78130-6648

Primary Health
PO Box 743571
Atlanta, GA 30374-3571

Primary Health-SMMPP
1661 N Swan Road
Tucson, AZ 85712-4042

ProToCall
303 W Loop 281
Longview, TX 75605-4470

Prospera NPWT, LLC
c/o Dan McCaughey
7606 Claret Avenue
Baton Rouge, LA 70809-1584

Purchase Power
Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926-0700

Pye-Barker Fire & Safety, LLC
Katie Franke
PO Box 735358
Dallas, TX 75373-5358

Quality HVAC & Refrigeration LLC
105 Picasso Dr
San Marcos, TX 78666-9518

Quatro Tax LLC
3909 Hulen Street, Suite 100
Forth Worth, TX 76107-7225

Quatro Tax LLC
3909 Hulen Street
Fort Worth, TX 76107-7225

Quatro Tax, LLC
c/o ForsheyProstok, LLP
777 Main Street Suite 1550
Fort Worth, TX 76102-5384

Quintairos, Prieto, Wood and Boyer PA
9300 South Dadeland Blvd, 4th Floor
Miami, FL 33156-2748

Quintairos, Prieto, Wood and Boyer PA
c/o Frank Alvarez, Esq.
1700 Pacific Ave., Suite 4545
Dallas, TX 75201-4641

RC Practitioners, PLLC
Mickey Rizo
4251 FM 2181
Corinth, TX 76210-4219

Radwell International LLC
3401 Ave. E East
Arlington, TX 76011-5234

Alexandria Rahn
Gutnicki LLP
10440 N. Central Expressway
Suite 800
Dallas, TX 75231-2264

| | | |
|---|---|---|
| RedGuard,LLC<br>PO Box 733895<br>Dallas, TX 75373-3895 | Reeder Distributors, Inc.<br>Kimberly McDaniel<br>PO Box 225264<br>Dallas, TX 75222-5264 | Reinhart Foodservice<br>524 West 61st Street<br>Shreveport, LA 71106-2513 |
| Reinhart Foodservice Louisiana, LLC<br>Kohner Mann and Kailas S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212-1991 | Remarkable Healthcare of Carrollton, LP<br>4501 Plano Parkway<br>Carrollton, TX 75010-4971 | Replacement Remotes<br>Rita Pleimann<br>4945 Reynolda Road<br>Winston Salem, NC 27106-9643 |
| Reserve Capital Group<br>100 Overlook Center<br>Princeton, NJ 08540-7814 | Roder Construction Group, LLC<br>2609 Oak Blossom Drive<br>McKinney, TX 75071-6776 | SERVPRO of Carrollton<br>3033 Kellway Dr. Suite 124<br>Carrollton, TX 75006-2505 |
| SNF Receivable Solutions Ann Trimble<br>PO Box 498950<br>Cincinnati, OH 45249-8950 | SRP Environmental LLC<br>348 Aero Drive<br>Shreveport, LA 71107-6704 | (p)STERICYCLE   INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 |
| Safe Air Conditioning<br>1846 E Rosemeade Pkwy<br>Carrollton, TX 75007-2637 | Saltmarsh Cleaveland and Gund<br>PO Drawer 13207<br>Pensacola, FL 32591-3207 | Sash Healthcare Service<br>Dr. Shay Maya<br>5930 Royal Lane, E119<br>Dallas, TX 75230-3849 |
| Scrubs On Wheels<br>1730 GATEWAY CT<br>ELKHART, IN 46514-8217 | Searcy & Searcy PC<br>PO Box 3929<br>Longview, TX 75606-3929 | Sherwin Williams Suite 707460<br>4229 Midway Road<br>Carrollton, TX 75007-1956 |
| ShredAmerica Texas LLC<br>Jason McCray<br>3831 FM 2181, Suite 103<br>Corinth, TX 76210-4205 | Simple LTC - EZ PBJ<br>2435 N Central EXPWY<br>Richardson, TX 75080-2753 | Simply Work<br>PO Box 2172<br>Neenah, WI 54957-2172 |
| SiteBox Storage<br>Brandon Devlin<br>4340 S West St.<br>Wichita, KS 67217-3816 | Smarter Shredding INC<br>4851 Lyndon B Johnson Fwy<br>Dallas, TX 75244-6004 | Sorrels Law<br>Randall Sorrels and Tom Omondi<br>5300 Memorial Drive, Suite 270<br>Houston, TX 77007-8250 |
| Spectrum<br>8260 13 009 210 0034<br>P.O. Box 60074<br>City Of Industry, CA 91716-0074 | Steckler PLLC<br>12720 Hillcrest rd<br>Dallas, TX 75230-2035 | StripingLot<br>2630 N. I35E<br>Carrollton, TX 75007-4404 |
| Summit LTC Management<br>1320 S. University Drive<br>Fort Worth, TX 76107-5764 | Sweet C Transportation Services<br>2105 Dorothy Lane<br>Azle, TX 76020-2034 | Szaferman, Lakind, Blumstein & Blader, P.C.<br>101 Grovers Mill Rd<br>Lawrenceville, NJ 08648-4706 |

| | | |
|---|---|---|
| T.E. HVAC Services, LLC<br>704 S Hampshire St<br>Saginaw, TX 76179-2100 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 |
| (p)TIGER SANITATION LLC<br>ATTN COLLECTIONS<br>PO BOX 200143<br>SAN ANTONIO TX 78220-0143 | Tamara Bonnet, RHIA<br>Health Information Consultation Services<br>2901 Saint Andrews<br>Richardson, TX 75082-3209 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O John Kendrick Turner<br>2777 North Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Taylor Sudden Service, Inc.<br>5136 Sun Valley Dr<br>Fort Worth, TX 76119-6410 | Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Master Locksmiths and Security Sol<br>Stephanie Ewen<br>3044 Old Denton Rd. Suite 111-186<br>Carrollton, TX 75007-5016 |
| Texas Radiology Associates<br>1820 Preston Park Blvd<br>Plano, TX 75093-3656 | Texas Winds Musical Outreach Inc<br>PO Box 797811<br>Dallas, TX 75379-7811 | Texas Workforce Commission<br>TEC Building  Bankruptcy<br>101 East 13th Street<br>Austin TX 78778-0001 |
| Whitney Tharpe<br>DOJ-USAO<br>110 N. College<br>Ste 700<br>Tyler, TX 75702-7237 | The Copier Guy<br>Mark Winkler<br>PO Box 542961<br>Dallas, TX 75354-2961 | The County of Denton, Texas<br>McCreary Veselka Bragg & Allen, P.C.<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| The County of Denton, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The County of Guadalupe, Texas<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The Flying Locksmiths - Fort Worth<br>4364 Western Center Blvd<br>Fort Worth, TX 76137-2043 |
| The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | The Messina Law Firm PC<br>5910 N Central Expressway<br>Dallas, TX 75206-5165 | The PICC Team DFW<br>4500 Northside Drive<br>Amarillo, TX 79108-6614 |
| The Sherwin Williams<br>6420A Denton Hwy<br>Watauga, TX 76148-2539 | Three D Lawn Care LLC<br>3681 Agnes Circle<br>Springtown, TX 76082-5781 | Time Warner Cable<br>PO Box 60074<br>City Of Industry, CA 91716-0074 |
| Time Warner Cable Business<br>P.O. Box 60074<br>City of Industry, CA 91716-0074 | Titan Air Solutions<br>Reggie<br>1923 Golden Heights Rd, Suite 204<br>Fort Worth, TX 76177-7004 | Totalcare Comprehensive Home Health<br>401 E Front St<br>Tyler, TX 75702-8250 |
| Trans-Care Medical Transport<br>PO Box 14274<br>Fort Worth, TX 76117-0274 | Tri-Sate Fleet Management LLC<br>12621 N Saginaw Blvd<br>Fort Worth, TX 76179-9472 | John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |

| | | |
|---|---|---|
| Turner Stone & Company, LLP<br>attn E. Todd Estes<br>12700 Park Central Drive suite 1400<br>Dalals, TX 75251-1507 | Turner, Stone & Company LLP<br>12700 Park Central Drive Suite 1400<br>Dallas, TX 75251-1507 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| (p)US DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION SOUTHWESTERN REGION<br>717 N HARWOOD SUITE 400<br>DALLAS TX 75201-6506 | U.S. Infusion, Inc.<br>Stoney Nosal<br>4904 Williams Rd.<br>Benbrook, TX 76116-8816 | U.S. Postal Service<br>4600 Mark IV Parkway<br>Fort Worth, TX 76161-9804 |
| UNUM Life Insurance Company of America<br>RMC<br>Annamarie Lavigne<br>Woburn, MA 01888 | US Foods, Inc.<br>Fish License Suite 17108<br>Dallas, TX 75284-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United Seating & Mobility<br>P.O. Box 790051<br>Saint Louis, MO 63179-0051 | Unlimited Air Conditioning & Heating<br>Frank Mariscal<br>P.O. Box 3711<br>Dallas, TX 75208-1011 | VOHRA Wound Physicians<br>PO Box 742712<br>Atlanta, GA 30374-2712 |
| Vanguard Vascular & Vein<br>7700 Lakeview Parkway<br>Rowlett, TX 75088-4362 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Vectra RX LLC<br>1661 N Swan Road<br>Tucson, AZ 85712-4042 |
| WC of Texas<br>PO Box 742695<br>Cincinnati, OH 45274-2695 | Mark A WEISBART (SBRA V)<br>Subchapter V Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 | WMK, LLC- Mobility Works<br>4150 Interstate 30<br>Mesquite, TX 75150-2058 |
| WellSky Corporation<br>11300 Switzer Road<br>Overland Park, KS 66210-3665 | Wick Phillips Gould & Martin, LLP<br>3131 McKinney Ave<br>Dallas, TX 75204-7426 | Williamsons AC Contracting<br>8200 White Settlement Rd<br>White Settlement, TX 76108-1603 |
| Windstream<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | WoundKair Concepts, Inc.<br>7535 Benbrook Parkway<br>Benbrook, TX 76126-2127 | Zoom Video Communications Inc.<br>55 Almaden Blvd<br>San Jose, CA 95113-1685 |
| Zthernet, LLC<br>600 E. John Carpenter Frwy, Suite 300<br>Irving, TX 75062-4155 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ACADIAN AMBULANCE SERVICE INC<br>ATTN JESSE PROCTOR<br>P O BOX 98000<br>LAFAYETTE LA 70509-8000 | IPFS CORPORATION<br>30 MONTGOMERY STREET, SUITE 1000<br>JERSEY CITY NJ 07302-3836 | MIRANDA M WILLIAMS LLC<br>ATTN MIRANDA M WILLIAMS<br>7613 PROVIDENCE DR<br>ROWLETT TX 75089-3905 |
| Medline Industries, Inc.<br>PO Box 121080<br>Dallas, TX 75312 | Mid South Fire Solutions, LLC<br>669 Aero Drive<br>Shreveport, LA 71107-6943 | NORTH TEXAS FIRE SYSTEMS LLC<br>PO BOX 880<br>SANGER TX 76266-0880 |
| PROFESSIONAL IMAGING LLC<br>ATTN PROFESSIONAL IMAGING<br>6078 BRIDGEVIEW DR<br>VENTURA CA 93003-1126 | STERICYCLE INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECT<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | TIGER SANITATION LLC<br>ATTN COLLECTIONS<br>PO BOX 200143<br>SAN ANTONIO TX 78220-0143 | U.S. Department of Justice<br>Tax Division<br>David G. Adams<br>717 N. Harwood, Suite 400<br>Dallas, TX 75201-6506 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Alleon Capital Partners, LLC<br>c/o Buffey E. Klein<br>Husch Blackwell LLP<br>1900 N. Pearl Street, Suite 1800<br>Dallas, TX 75201-2467 | (u)Case 24-40605 | (d)Complete ERC<br>3348 Darvany Dr.<br>Dallas, TX 75220-1616 |
| (d)Direct Energy Business<br>P.O. Box 660749<br>Dallas, TX 75266-0749 | (d)Engie Resources<br>P.O. Box 841680<br>Dallas, TX 75284-1680 | (u)United States Department of Health and Hum |
| (u)KRS Carrollton, LLC | (u)Kilgore Property Management LLC | (d)Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 |
| (d)Performance Foodservice<br>524 West 61st street<br>Shreveport, LA 71106-2513 | (d)Pharmacy Unlimited<br>PO Box 592602<br>San Antonio, TX 78259-0179 | (d)The PICC Team DFW<br>4500 Northside Dr.<br>Amarillo, TX 79108-6614 |
| (d)Three D Lawn Care LLC<br>3681 Agnes Circle<br>Springtown, TX 76082-5781 | End of Label Matrix<br>Mailable recipients    354<br>Bypassed recipients     13<br>Total                  367 | |