Label Matrix for local noticing
0540-4
Case 24-40612
Eastern District of Texas
Sherman
Wed Mar 27 10:00:18 CDT 2024

1st First Capital Restaurants
Brian Wagoner
126 County Road 4577
Boyd, TX 76023-4452

1-A Services Plumbing and HVAC
126 County Rd 4577
Boyd, TX 76023-4452

71 Concepts LLC
Kenneth Hilton
2150 W Northwest Hwy, Ste 114
Grapevine, TX 76051-7849

A&K Mastertech Inc.
3913 Long Hollow Rd
Roanoke, TX 76262-3831

A-1 Grease Services, Inc.
Melanie or Umberto
P.O. Box 2097
Red Oak, TX 75154-1571

A-1 Tri-County Plumbing, Inc
101 Ermel
Seguin, TX 78155-5965

A1 Image
PO Box 833691
Richardson, TX 75083-3691

ABC Home & Commercial Services
997 Grandys Lane
Lewisville, TX 75077-2507

ABC Home & Commercial Services (Seguin)
9475 E. Highway 290
Austin, TX 78724-2303

(p)ACADIAN AMBULANCE SERVICE INC
ATTN JESSE PROCTOR
P O BOX 98000
LAFAYETTE LA 70509-8000

ACECO LLC
PO Box 773
Granbury, TX 76048-0773

ADP, Inc.
P.O. Box 842875
Boston, MA 02284-2875

AEDUSA
PO Box 471880
Fort Worth, TX 76147-1880

AMI Service
614 C S Business IH 35
New Braunfels, TX 78130-4748

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
AT&T Business
PO Box 6463
Carol Stream, IL 60197-6463

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY GROUP
PO BOX 650205
DALLAS, TX 75265-0205

Aashka Medical Group
4001 Saint Johns Circle
Carrollton, TX 75010-4238

Abshire Dietary Consultants
P.O. Box 1635
El Campo, TX 77437-1635

Acadia Marketing & Consulting
Paul Morgan
909 Corbett Drive
Norman, OK 73072-3727

Advanced Mobility Systems of Texas
Braun
2110 North Beach St
Fort Worth, TX 76111-6812

Affordable Dentures & Implants – Denton
2318 San Jacinto Blvd
Denton, TX 76205-7535

Aflac Worldwide Headquarters
Attn Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999-0001

Alco Sales & Service Co.
6851 High Grove Blvd
Burridge, IL 60527-9725

Aldinger
Chad Guthrie
1440 Prudential Dr
Dallas, TX 75235-4110

All Needz Plumbing
2705 Saint Louis Ave
Fort Worth, TX 76110-3343

Allegiance Ambulance
PO Box 4320
Houston, TX 77210-4320

Alleon Capital Partners LLC
c/o Buffey E. Klein
Husch Blackwell LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201-2467

Alliance Insurance Partners
941 Oak St
Eugene, OR 97401-3105

Alliant Insurance Services Houston LLC
PO Box 840919
Dallas, TX 75284-0919

Alliantgate
24630 Network Place
Chicago, IL 60673-1246

American Commercial Equipment Co LLC
P.O. Box 773
Granbury, TX 76048-0773

American Diagnostic Services
PO Box 62510
Baltimore, MD 21264-2510

American Express
P.O. Box 36001
Fort Lauderdale, FL 33336-0001

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Scale Company
3872 SH 64 W Suite 301
Tyler, TX 75704

Amerita Inc
2101 Donley Dr
Austin, TX 78758-4512

Area Metropolitan Ambulance Authority
d.b.a. MedStar
2900 Alta Mere Drive
Fort Worth, TX 76116-4115

Argee Mechanical, LLC
3831 FM 2181 Suite 106
Corinth, TX 76210-4205

Atmos Energy
P.O. Box 790311
St. Louis, MO 63179-0311

Attis Healthcare LLC
12540 Broadwell Rd.
Milton, GA 30004-6406

Aurous International
60 Walnut Ave
Clark, NJ 07066-1649

Auto-Chlor
P.O. Box 669126
Dallas, TX 75266-9126

Beard,Kultgen,Brophy
Bostwick&Dickerson
220 South 4th Street Waco, TX 76701-2225

BioSTAT
4841 Keller Springs Rd
Addison, TX 75001-5912

BioStat Imaging, LLC
Ronna Brooks
4841 Keller Springs Rd
Addison, TX 75001-5912

Biomedical Waste Solutions
PO Box 1147
Port Neches, TX 77651-1147

Blackall Mechanical Inc.
3724 Arapaho Rd
Addison, TX 75001-4311

Blue Cross Blue Shield
PO Box 731428
Dallas, TX 75373-1428

Blue Cross Blue Shield of Texas
Health Care Service Corporation
P.O. Box 731428
Dallas, TX 75373-1428

Elizabeth Nicolle Boydston
Gutnicki LLP
10440 North Central Expressway
Suite 800
Dallas, TX 75231-2264

Brisk Mechanical Services LLC.
7708 Pinehurst Dr. West
Fort Worth, TX 76134-4411

Buckeye Cleaning Centers
PO Box 840002
Kansas City, MO 64184-0002

Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Ave.
Ste 1400
Austin, TX 78701-4093

C & L Refrigeration
P.O. Box 2319
Brea, CA 92822-2319

C&B Lawn Care - Chris Sedberry
Chris Sedberry
512 Bent Oak Drive
Fort Worth, TX 76131-4228

CMMS Corridor Mobile Medical Services
PO Box 643
San Marcos, TX 78667-0643

CMS Mechanical Services, Inc.
Erica Pace
5000 Energy Place Bldg 100
Denton, TX 76207-3527

CNA Surety
CNA Surety Direct Bill
PO Box 957312
St Louis, MO 63195-7312

CPro Associates Inc.
15660 N Dallas Parkway
Dallas, TX 75248-3348

Calderon Textiles
PO Box 1627
Indianapolis, IN 46206-1627

Cantwell Power Solutions, LLC
6413 Midway Rd suite
Haltom City, TX 76117-5302

Care One Communications LLC
Fernando Munoz
PO Box 153122
Dallas, TX 75315-3122

Care Trips LLC
1616 Gateway Blvd., Suite B
Richardson, TX 75080-3529

Care Trips, LLC
c/o Amber Welock, Welock Law, PC
13155 Noel Road, Suite 900
Dallas, TX 75240-6882

CareFlite
3110 S Great Southwest Parkway
Grand Prairie, TX 75052-7238

CareNow (GA)
PO Box 743571
Atlanta, GA 30374-3571

Carenow Corporate
P.O. Box 9101
Coppell, TX 75019-9494

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
2608 Hibernia, Suite 105
Dallas, TX 75204-2514

Check Mate Service Line
PO Box 41582
Providence, RI 02940-1582

Choice Clinical Laboratory INC
2329 West Parker Road
Carrollton, TX 75010-4713

City Ambulance Service
PO Box 691067
Houston, TX 77269-1067

City Of Carrollton
c/o John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

City of Carrollton
PO Box 115120
Carrollton, TX 75011-5120

City of Carrollton - Fire Permit
1945 E Jackson Road
Carrollton, TX 75006-1737

City of Carrollton -Alarm Permit
Alarm Permit
Dallas, TX 75222-4863

City of Carrollton Environmental Serv.
Environmental Services
P.O. Box 115125
Carrollton, TX 75011-5125

City of Carrollton Environmental Services
1945 E Jackson Road
Carrollton, TX 75006-1737

City of Seguin
PO Box 591
Seguin, TX 78156-0591

Colleyville Lofts Venture LLC
Attn: Accounting
Dallas, TX 75201

Colonial Life
Premium Processing
P.O. Box 903
Columbia, SC 29202-0903

Compass Wheelchair Transports
Carrie Nayes
385 CR 3060
Bonham, TX 75418-7306

Complete ERC
3348 Darvany Drive
Dallas, TX 75220-1616

Complete Supply, Inc.
1624 W Crosby St Suite 144
Carrollton, TX 75006-6676

Core Transit South
PO Box 541355
Grand Prairie, TX 75054-1355

Cornerstone Gardens LLP
PO Box 9005
Addison, TX 75001-9005

Cotton Commercial USA, Inc
Cotton Commercial USA Deposit Collection
PO Box 676549
Dallas, TX 75267-6549

Cotton Commercial USA, Inc.
PO Box 676549
Dallas, TX 75267-6549

Cotton Commercial USA, Inc.
840 W. Sam Houston Parkway N., Suite 225
Houston, TX 77024-4639

Crest Healthcare Supply
PO Box 727
Dassel, MN 55325-0727

Crown Shields Transport LLC
Victor
11617 Lake Front Drive
Frisco, TX 75036-7693

Crystal & Company
32 Old Slip, 18th Floor
New York, NY 10005

DLH Plumbing Services
3738 FM 467
Seguin, TX 78155-0876

DNA Plumbing Services Ft. Worth
3807 Parchman Street
North Richland Hills, TX 76180-8853

Dallas Life Support Systems Inc.
7440 Whitehall St.
Richland Hills, TX 76118-6426

Dallas Medical Center
PO Box 678621
Dallas, TX 75267-8621

Dallas Tap Dazzlers
Candy Kelley
756 Marlee Circle
Coppell, TX 75019-5212

Dalworth Restoration
12750 S Pipeline Rd
Euless, TX 76040-5248

Danny Skaggs Company Inc. dba Pharmacy Unlim
12801 Wetmore Rd
San Antonio, TX 78247-3628

Dans Electronics
4945 Reynolda Rd
Winston-Salem, NC 27106-9643

Denton County Tax Office
Mary and Jim Horn Government Center
1505 E. McKinney Street
Denton, TX 76209-4525

Desmonds Elite Estimating and Restorat
2315 Brookview Dr
McKinney, TX 75072-3845

Diagnostex Consultants
8913 Mid Cities Blvd
North Richland Hills, TX 76182-4912

Diagnostic Image Plus
3022 Motley Drive
Mesquite, TX 75150-3440

Diagnostic Laboratories & Radiology
2820 N Ontario Street
Burbank, CA 91504-2015

Digital Verdict, Inc.
901 Main Street
Dallas, TX 75202-3711

Direct Energy Business
PO Box 660749
Dallas, TX 75266-0749

Direct Energy Business, LLC
c/o Nicholas R. Lawson, McDowell Hetheri
1001 Fannin St., Ste. 2400
Houston, TX 77002-6706

Direct Service Air & Plumbing LLC
PO Box 3060
Waxahachie, TX 75168-3060

Direct Supply, Inc.
Box 88201
Milwaukee, WI 53288-0201

Dr. Vaqar Dar
5625 Champions Dr.
Plano, TX 75093-4229

ENGIE Resources LLC
c/o Matthew W. Bourda, McDowell Hetherin
1001 Fannin Street, Suite 2400
Houston, TX 77002-6706

Elite Document Technology
400 N. Saint Paul St.
Dallas, TX 75201-6881

Elliot Greenleaf P.C.
925 Harvest Drive
Blue Bell, PA 19422-1956

Elliott Greenleaf, P.C.
Attn: John P. Elliot
925 Harvest Drive, Suite 300
Blue Bell, PA 19422-1956

Engie Resources
PO Box 841680
Dallas, TX 75284-1680

Environmental Services Department
1945 E. Jackson Rd
Carrollton, TX 75006-1737

Ewald Commercial Kitchen Repair
P.O. Box 311
Seguin, TX 78156-0311

Exceeds Construction
6724 Marvin Brown St
Fort Worth, TX 76179-3340

Exponent Technologies, Inc.
4970 Landmark Place
Dallas, TX 75254-6905

FRG Office Solutions
Joe
2035 Royal Lane, Suite 202
Dallas, TX 75229-7205

Farmer Brothers
P.O. Box 732855
Dallas, TX 75373-2855

Firestone (Credit First)
PO Box 81344
Cleveland, OH 44188-0001

Firetrol Protection Systems Inc
105 Windy Meadows Dr
Schertz, TX 78154-1361

Antonio A. Flores
214 North Camp Street
Seguin, TX 78155-5631

Fort Worth Internal Medicine
650 St. Louis Ave.
Fort Worht, TX 76104-3346

Frontier
PO Box 740407
Cincinnati, OH 45274-0474

Frontier Communications 1215
P.O. Box 740407
Cincinnati, OH 45274-0407

Glass Doctor Special Operations
2001 Midway Road
Carrollton, TX 75006-4959

Goodman Air Conditioning & Heating
1600 Clovis Barker Road, Suite 301
San Marcos, TX 78666-5392

Gorman Mechanical
1624 SE Parkway
Azle, TX 76020-3923

Grainger
Dept 880129333
Kansas City, MO 64141

Green Light Group, LLC
13821 Diplomat Drive
Farmers Branch, TX 75234-8813

Green Mountain Energy Dept 1233
P.O. Box 121233
Dallas, TX 75312-1233

Griffin Financial Group LLC
620 Freedom Business Center
King Of Prussia, PA 19406-1330

Guadalupe Regional Medical Center
1215 E. Court Street
Seguin, TX 78155-5129

HD Supply
Alexis Winkelhorst
PO Box 509058
San Diego, CA 92150-9058

Hagar Restaurant Service LLC
6200 N. W. 2nd St
Oklahoma City, OK 73127-6520

Haigood & Campbell
9911 E Bankhead Hwy
Aledo, TX 76008-2627

Harvest Fresh Juice, LLC
P.O. Box 239
Hallsville, TX 75650-0239

HealthDrive Podiatry and Dental Group
100 Crossing Blvd
Framingham, MA 01702-5555

Healthline Medical Equipment Inc
PO Box 4847
Wichita Falls, TX 76308-0847

Heritage Food Service Group Inc.
5130 Executive Blvd
Fort Wayne, IN 46808-1149

Hill-Rom Company Inc
PO Box 643592
Pittsburgh, PA 15264-3592

Hobart Service
5407 Bandera Rd
San Antonio, TX 78238-1980

Homelink Corporations
2300 North Barrington Rd
Hoffman Estates, IL 60169-2082

Husch Blackwell Law
111 Congress Avenue
Austin, TX 78701-4050

IDCSERVCO Business Services
Andrew
2034 Contner Ave, 1st Floor
Los Angeles, CA 90025-5668

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3836

ISOLVED Benefit Services
Attn Finance
PO Box 889
Coldwater, MI 49036-0889

Ida Butler-Marshall
503 Haymeadow Dr
Wylie, TX 75098-4582

Infinity Mechanical Services LLC
702 Ascot Park Dr.
Mansfield, TX 76063-5478

Integrated Voice Systems
PO Box 33
Royse City, TX 75189-0033

Internal Revenue Service
1100 Commerce Street
MC5026 DAL
Dallas, TX 75242

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Restoration, LLC
PO Box 734756
Chicago, IL 60673-4756

Intrepid Technologies, Inc.
PO Box 55145
Little Rock, AR 72215-5145

Iron Mountain INC
PO Box 915004
Dallas, TX 75391-5004

JE Systems, Inc.
P.O. Box 6246
Fort Smith, AR 72906-6246

JJJNEMT LLC
Jacky Jean-Julien
1741 Cross Creek Lane
Cleburne, TX 76033-1217

JM Electronic Engineering, Inc.
P.O. Box 397
Round Rock, TX 78680-0397

JRGoodwyn Building Services
2801 Beverly Drive
Denton, TX 76209-4775

Janicek Law Firm PC
1100 NE Loop 410
San Antonio, TX 78209-1569

Joe s Plumbing Service
901 Chestnut Ln
Saginaw, TX 76179-0975

Joshuas Respiratory Care, Inc
1880 Shiloh Rd
Dallas, TX 75228

Joyce Mallory
Sorrels Law
c/o Randall Sorrels & Tom Omondi
5300 Memorial Drive, Suite 270
Houston, TX 77007-8250

KC Electric Systems
3333 Earhart Dr
Carrollton, TX 75006-5095

KCI USA
P.O. Box 301557
Dallas, TX 75303-1557

KG Services
PO Box 791
Haslet, TX 76052-0791

KRS CARROLLTON, LLC
c/o Jeff Carruth
Weycer, Kaplan et al.
2608 Hibernia, Suite 105
Dallas, TX 75204-2514

Kaliber Data Security & Compliance
50 Franklin Street
Boston, MA 02110-1306

Karcher North America
DEPT CH 19244
Palatine, IL 60055-0001

Kirby Restaurant & Chemical Supply
809 S Eastman Road
Longview, TX 75602-2303

Kirby Restaurant & Chemical Supply
809 South Eastman Road
Longview, TX 75602-2303

Buffey E. Klein
Husch Blackwell
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201-2467

Knight Office Solutions, Inc
12961 Park Central, Suite 1470
San Antonio, TX 78216-2092

Landmark Healthcare
Attn Michael Everage
3515 NW Jim Wright Freeway
Fort Worth, TX 76106-3200

Lawn & Landcare
515 N. Kealy Avenue
Lewisville, TX 75057-3129

Lawn Pros, LLC
P.O. Box 1213
Colleyville, TX 76034-1213

Lawns by the Yard
PO Box 311125
New Braunfels, TX 78131-1125

Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Life Cycle Dental
6618 Fossil Bluff Drive
Fort Worth, TX 76137-7533

LifeLine EMS
Carrie Nayes
385 CR 3060
Bonham, TX 75418-7306

Liquid Environmental Solutions
PO Box 733372
Dallas, TX 75373-3372

Lola Lorena Ltd. Co.
2016 Glenco Terrace
Fort Worth, TX 76110-1704

Lolita London
5168 Reed Dr
The Colony, TX 75056-1213

Lone Star Fire & First Aid
449 Culebra Road
San Antonio, TX 78201-6418

Loose Screws, LLC
1547 Tiffany Court
Grapevine, TX 76051-6600

(p)MIRANDA M WILLIAMS LLC
ATTN MIRANDA M WILLIAMS
7613 PROVIDENCE DR
ROWLETT TX 75089-3905

Manage Meds LLC
P.O. Box 377
Mason, OH 45040-0377

Manage Meds, LLC
29924 Network Place
Chicago, IL 60673-1299

Management and Network Services
6500 Emerald Parkway
Dublin, OH 43016-7460

Manuel & Sons A/C
10802 Hillpoint
San Antonio, TX 78217-2866

Markham Restaurant Supply Co., Inc.
420 South Fresno Street
Fort Smith, AR 72916-8005

Marshall Shredding
Co. Rob Greenfield
PO Box 91139
San Antonio, TX 78209-9096

Mas Vida Health Care Solutions
133 Nursery Ln
Fort Worth, TX 76114-4334

MassMutual Financial Group
P.O. Box 371368
Pittsburgh, PA 15250-7368

Massoud Furniture
8351 Moberly Lane
Dallas, TX 75227-2316

Med-Pass Inc.
L-3495
Columbus, OH 43260-0001

Medical Equipment Services, Inc.
P.O. Box 157
Holly Springs, NC 27540-0157

Medical Transportation Solutions
Samuel Alexander
2033 Jack County Road
Forney, TX 75126-5149

Medina Valley Security, Inc.
Brad or Nikki
PO Box 1030
Lytle, TX 78052-1030

MedixCar LLC
7309 Big Bend Ct.
Fort Worth, TX 76137-4448

MedixCar, LLC
c/o Robert A. Simon, Whitaker Chalk
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4135

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

Medline Industries, Inc.
Dept 1080
Dallas, TX 75312-0001

Michael Lynch & Associates, Inc.
911 NW Loop 281
Longview, TX 75604-2900

(p)MID SOUTH FIRE SOLUTIONS LLC
669 AERO DRIVE
SHREVEPORT LA 71107-6653

Mid-South Fire Solutions, LLC
Jada Rambin
669 Aero Drive
Shreveport, LA 71107-6943

Montgomery Capital Advisers LLC
2500 Dallas Parkway
Plano, TX 75093-4867

Montgomery Capital English, LLC
2500 Dallas Parkway
Plano, TX 75093-4872

More Power Vent Cleaning
P.O. Box 8141
Fort Worth, TX 76124-0141


Mountain Electronics Inc
621 Micaville Loop
Burnsville, NC 28714-0829

(p)NORTH TEXAS FIRE SYSTEMS  LLC
PO BOX 880
SANGER TX 76266-0880

NTTA North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244


National Seating & Mobility Inc.
2211 Denton Dr
Austin, TX 78758-4532

Netsmart Technologies, Inc.
PO Box 713519
Philadelphia, PA 19171-3519

New Benefits Ltd.
PO Box 803475
Dallas, TX 75380-3475


New Source Medical
9913 Shelbyville Road
Lousiville, KY 40223-2904

New Source Medical
9913 Shelbyville Rd
Louisville, KY 40223-2904

North American Administrators
1826 Elm Hill Pike
Nashville, TN 37210-3710


Northwest Engravers
3300 Cherry Lane
Fort Worth, TX 76116-6405

O.G. Motor Garage
Walter O. Serrano
2244 Larson Lane
Dallas, TX 75229-2042

Occupational Health Solutions
PO Box 12089
Fort Worth, TX 76110-8089


Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, NW
Washington, DC 20530-0001

Office of the United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1074

One Hour Air Conditioning and Heating
2535 Brennan Avenue
Fort Worth, TX 76106-8408


Optima Healthcare Solutions, LLC.
Net Health Systems, Inc
PO Box 72046
Cleveland, OH 44192-0002

Orkin
3330 Keller Springs RD
Carrollton, TX 75006-5053

OshaksCare Solutions
Sunkanmi Oshakuade
8101 Boat Club Road, Suite 210
Fort Worth, TX 76179-3631


PC Liquidations
140 Stockton St
Jacksonville, FL 32204-1736

PRI/SMMPP, LLC
10860 N Mavinee Drive
Oro Valley, AZ 85737-9526

(p)PROFESSIONAL IMAGING LLC
ATTN PROFESSIONAL IMAGING
6078 BRIDGEVIEW DR
VENTURA CA 93003-1126


PSI Premier Specialties Inc.
dba Medical Express PSI
8800 Shoal Creek Blvd B
Austin, TX 78757-6818

PWS, Inc.
12020 Garfield Ave
South Gate, CA 90280-7823

Parts Town, LLC
27787 Network Place
Chicago, IL 60673-1277


Performance Foodservice
524 West 61st Street
Shreveport, LA 71106-2513

Performance Health
28100 Torch Pkwy
Warrenville, IL 60555-4030

PharmScript LLC
PO Box 6042
Somerset, NJ 08875-6042

Pharmacy Unlimited
PO Box 592602
San Antonio, TX 78259-0179

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

Pitts Birdsong Fennell & Assc.
12770 Coit Road
Dallas, TX 75251-1456

PointClick Care Technologies INC
Wescom Solutions Inc.
PO Box 674802
Detroit, MI 48267-4802

PointClick Care Technologies Inc.
PO Box 674802
Detriot, MI 48267-4802

Portable Diagnostic Services Inc
3022 Motley Dr
Mesquite, TX 75150-3440

Porter Law Firm
The Porter Law Firm P.C.
3311 Woods Blvd
Tyler, TX 75707-1657

Precision Environmental Services
516 Forest Trail
Argyle, TX 76226-6704

Precision Plumbing Dallas
809 Woodbridge Pkwy
Wylie, TX 75098-7148

Premier Irrigation Services
881 Encino Drive
New Braunfels, TX 78130-6648

Primary Health
PO Box 743571
Atlanta, GA 30374-3571

Primary Health-SMMPP
1661 N Swan Road
Tucson, AZ 85712-4042

ProToCall
303 W Loop 281
Longview, TX 75605-4470

Prospera NPWT, LLC
c/o Dan McCaughey
7606 Claret Avenue
Baton Rouge, LA 70809-1584

Purchase Power
Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926-0700

Pye-Barker Fire & Safety, LLC
Katie Franke
PO Box 735358
Dallas, TX 75373-5358

Quality HVAC & Refrigeration LLC
105 Picasso Dr
San Marcos, TX 78666-9518

Quatro Tax LLC
3909 Hulen Street, Suite 100
Forth Worth, TX 76107-7225

Quatro Tax LLC
3909 Hulen Street
Fort Worth, TX 76107-7225

Quatro Tax, LLC
c/o ForsheyProstok, LLP
777 Main Street Suite 1550
Fort Worth, TX 76102-5384

Quintairos, Prieto, Wood and Boyer PA
9300 South Dadeland Blvd, 4th Floor
Miami, FL 33156-2748

Quintairos, Prieto, Wood and Boyer PA
c/o Frank Alvarez, Esq.
1700 Pacific Ave., Suite 4545
Dallas, TX 75201-4641

RC Practitioners, PLLC
Mickey Rizo
4251 FM 2181
Corinth, TX 76210-4219

Radwell International LLC
3401 Ave. E East
Arlington, TX 76011-5234

Alexandria Rahn
Gutnicki LLP
10440 N. Central Expressway
Suite 800
Dallas, TX 75231-2264

RedGuard,LLC
PO Box 733895
Dallas, TX 75373-3895

Reeder Distributors, Inc.
Kimberly McDaniel
PO Box 225264
Dallas, TX 75222-5264

Reinhart Foodservice
524 West 61st Street
Shreveport, LA 71106-2513

Reinhart Foodservice Louisiana, LLC
Kohner Mann and Kailas S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212-1991

Remarkable Healthcare of Seguin, LP
1339 Eastwood Drive
Seguin, TX 78155-5135

Replacement Remotes
Rita Pleimann
4945 Reynolda Road
Winston Salem, NC 27106-9643

Reserva Capital Group
100 Overlook Center
Princeton, NJ 08540-7814

Roder Construction Group, LLC
2609 Oak Blossom Drive
McKinney, TX 75071-6776

SERVPRO of Carrollton
3033 Kellway Dr. Suite 124
Carrollton, TX 75006-2505

SNF Receivable Solutions Ann Trimble
PO Box 498950
Cincinnati, OH 45249-8950

SRP Environmental LLC
348 Aero Drive
Shreveport, LA 71107-6704

(p)STERICYCLE  INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

Safe Air Conditioning
1846 E Rosemeade Pkwy
Carrollton, TX 75007-2637

Saltmarsh Cleaveland and Gund
PO Drawer 13207
Pensacola, FL 32591-3207

Sash Healthcare Service
Dr. Shay Maya
5930 Royal Lane, E119
Dallas, TX 75230-3849

Scrubs On Wheels
1730 GATEWAY CT
ELKHART, IN 46514-8217

Searcy & Searcy PC
PO Box 3929
Longview, TX 75606-3929

Sherwin Williams Suite 707460
4229 Midway Road
Carrollton, TX 75007-1956

ShredAmerica Texas LLC
Jason McCray
3831 FM 2181, Suite 103
Corinth, TX 76210-4205

Simple LTC - EZ PBJ
2435 N Central EXPWY
Richardson, TX 75080-2753

Simply Work
PO Box 2172
Neenah, WI 54957-2172

SiteBox Storage
Brandon Devlin
4340 S West St.
Wichita, KS 67217-3816

Smarter Shredding INC
4851 Lyndon B Johnson Fwy
Dallas, TX 75244-6004

Sorrels Law
Randall Sorrels and Tom Omondi
5300 Memorial Drive, Suite 270
Houston, TX 77007-8250

Spectrum
8260 13 009 210 0034
P.O. Box 60074
City Of Industry, CA 91716-0074

Steckler PLLC
12720 Hillcrest rd
Dallas, TX 75230-2035

StripingLot
2630 N. I35E
Carrollton, TX 75007-4404

Summit LTC Management
1320 S. University Drive
Fort Worth, TX 76107-5764

Sweet C Transportation Services
2105 Dorothy Lane
Azle, TX 76020-2034

Szaferman, Lakind, Blumstein & Blader, P.C.
101 Grovers Mill Rd
Lawrenceville, NJ 08648-4706

T.E. HVAC Services, LLC
704 S Hampshire St
Saginaw, TX 76179-2100

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

(p)THE PRINCIPAL FINANCIAL GROUP
711 HIGH ST
DES MOINES IA 50392-0001

(p)TIGER SANITATION LLC
ATTN COLLECTIONS
PO BOX 200143
SAN ANTONIO TX 78220-0143

Tamara Bonnet, RHIA
Health Information Consultation Services
2901 Saint Andrews
Richardson, TX 75082-3209

Taylor Sudden Service, Inc.
5136 Sun Valley Dr
Fort Worth, TX 76119-6410

Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Master Locksmiths and Security Sol
Stephanie Ewen
3044 Old Denton Rd. Suite 111-186
Carrollton, TX 75007-5016


Texas Radiology Associates
1820 Preston Park Blvd
Plano, TX 75093-3656

Texas Winds Musical Outreach Inc
PO Box 797811
Dallas, TX 75379-7811

Texas Workforce Commission
TEC Building  Bankruptcy
101 East 13th Street
Austin TX 78778-0001


The Copier Guy
Mark Winkler
PO Box 542961
Dallas, TX 75354-2961

The County of Denton, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

The County of Guadalupe, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269


The Flying Locksmiths - Fort Worth
4364 Western Center Blvd
Fort Worth, TX 76137-2043

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

The Messina Law Firm PC
5910 N Central Expressway
Dallas, TX 75206-5165


The PICC Team DFW
4500 Northside Drive
Amarillo, TX 79108-6614

The Sherwin Williams
6420A Denton Hwy
Watauga, TX 76148-2539

Three D Lawn Care LLC
3681 Agnes Circle
Springtown, TX 76082-5781


Time Warner Cable
PO Box 60074
City Of Industry, CA 91716-0074

Time Warner Cable Business
P.O. Box 60074
City of Industry, CA 91716-0074

Titan Air Solutions
Reggie
1923 Golden Heights Rd, Suite 204
Fort Worth, TX 76177-7004


Totalcare Comprehensive Home Health
401 E Front St
Tyler, TX 75702-8250

Trans-Care Medical Transport
PO Box 14274
Fort Worth, TX 76117-0274

Tri-Sate Fleet Management LLC
12621 N Saginaw Blvd
Fort Worth, TX 76179-9472


Turner Stone & Company, LLP
attn E. Todd Estes
12700 Park Central Drive suite 1400
Dalals, TX 75251-1507

Turner, Stone & Company LLP
12700 Park Central Drive Suite 1400
Dallas, TX 75251-1507

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001


(p)US DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION SOUTHWESTERN REGION
717 N HARWOOD SUITE 400
DALLAS TX 75201-6506

U.S. Infusion, Inc.
Stoney Nosal
4904 Williams Rd.
Benbrook, TX 76116-8816

U.S. Postal Service
4600 Mark IV Parkway
Fort Worth, TX 76161-9804


UNUM Life Insurance Company of America
RMC
Annamarie Lavigne
Woburn, MA 01888

US Foods, Inc.
Fish License Suite 17108
Dallas, TX 75284-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

United Seating & Mobility
P.O. Box 790051
Saint Louis, MO 63179-0051

Unlimited Air Conditioning & Heating
Frank Mariscal
P.O. Box 3711
Dallas, TX 75208-1011

VOHRA Wound Physicians
PO Box 742712
Atlanta, GA 30374-2712


Vanguard Vascular & Vein
7700 Lakeview Parkway
Rowlett, TX 75088-4362

Vectra RX LLC
1661 N Swan Road
Tucson, AZ 85712-4042

WC of Texas
PO Box 742695
Cincinnati, OH 45274-2695


Mark A WEISBART (SBRA V)
Subchapter V Trustee
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

WMK, LLC- Mobility Works
4150 Interstate 30
Mesquite, TX 75150-2058

WellSky Corporation
11300 Switzer Road
Overland Park, KS 66210-3665


Wick Phillips Gould & Martin, LLP
3131 McKinney Ave
Dallas, TX 75204-7426

Williamsons AC Contracting
8200 White Settlement Rd
White Settlement, TX 76108-1603

Windstream
P.O. Box 9001013
Louisville, KY 40290-1013


WoundKair Concepts, Inc.
7535 Benbrook Parkway
Benbrook, TX 76126-2127

Zoom Video Communications Inc.
55 Almaden Blvd
San Jose, CA 95113-1685

Zthernet, LLC
600 E. John Carpenter Frwy, Suite 300
Irving, TX 75062-4155


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


ACADIAN AMBULANCE SERVICE INC
ATTN JESSE PROCTOR
P O BOX 98000
LAFAYETTE LA 70509-8000

IPFS CORPORATION
30 MONTGOMERY STREET, SUITE 1000
JERSEY CITY NJ 07302-3836

MIRANDA M WILLIAMS LLC
ATTN MIRANDA M WILLIAMS
7613 PROVIDENCE DR
ROWLETT TX 75089-3905


Medline Industries, Inc.
PO Box 121080
Dallas, TX 75312

Mid South Fire Solutions, LLC
669 Aero Drive
Shreveport, LA 71107-6943

NORTH TEXAS FIRE SYSTEMS LLC
PO BOX 880
SANGER TX 76266-0880


PROFESSIONAL IMAGING LLC
ATTN PROFESSIONAL IMAGING
6078 BRIDGEVIEW DR
VENTURA CA 93003-1126

STERICYCLE INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECT
PO BOX 13528
AUSTIN TX 78711-3528


THE PRINCIPAL FINANCIAL GROUP
711 HIGH ST
DES MOINES IA 50392-0001

TIGER SANITATION LLC
ATTN COLLECTIONS
PO BOX 200143
SAN ANTONIO TX 78220-0143

U.S. Department of Justice
Tax Division
David G. Adams
717 N. Harwood, Suite 400
Dallas, TX 75201-6506

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Alleon Capital Partners, LLC            (u)Case 24-40612                    (d)Complete ERC
c/o Buffey E. Klein                                                            3348 Darvany Dr.
Husch Blackwell LLP                                                            Dallas, TX 75220-1616
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201-2467


(d)Direct Energy Business                  (d)Engie Resources                  (u)KRS Seguin, LLC
P.O. Box 660749                            P.O. Box 841680
Dallas, TX 75266-0749                      Dallas, TX 75284-1680


(d)Performance Foodservice                 (d)Pharmacy Unlimited               (d)The PICC Team DFW
524 West 61st street                       PO Box 592602                       4500 Northside Dr.
Shreveport, LA 71106-2513                  San Antonio, TX 78259-0179          Amarillo, TX 79108-6614


(d)Three D Lawn Care LLC                   End of Label Matrix
3681 Agnes Circle                          Mailable recipients    344
Springtown, TX 76082-5781                  Bypassed recipients     10
                                           Total                  354