Aimee E. Marcotte
State Bar No. 24097101
Pope, Hardwicke, Christie, Schell,
   Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
E-mail:  amarcotte@popehardwicke.com
Attorneys for A Lawn and Landcare Services Company, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-40605 |
| REMARKABLE HEALTHCARE OF | § | |
| CARROLLTON, LP, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, A Lawn and Landcare Services Company, LLC, a creditor and party-in-interest herein, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Aimee E. Marcotte.
> Pope, Hardwicke, Christie, Schell, Kelly & Taplett, L.L.P.
> 500 West 7th Street, Suite 600
> Fort Worth, Texas 76102

Date: March 27, 2024  Respectfully submitted,

      POPE, HARDWICKE, CHRISTIE, SCHELL,
        KELLY & TAPLETT, L.L.P.

      By: /s/ *Aimee E. Marcotte*
          Aimee E. Marcotte
          State Bar No. 24097101

      500 W. 7th Street, Suite 600/Unit 9
      Fort Worth, Texas 76102
      Telephone No. (817) 332-3245
      Facsimile No. (817) 877-4781
      Email: amarcotte@popehardwicke.com

      ATTORNEYS FOR A LAWN AND LANDCARE
      SERVICES COMPANY, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of March, 2024, a true and correct copy of this document was served via the ECF system to the parties registered to receive electronic service.

> */s/ Aimee E. Marcotte*
> Aimee E. Marcotte