Form ntchrgbkN

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−40605
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Remarkable Healthcare of Carrollton, LP

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on **Tuesday, April 30, 2024 at 10:00 AM** in the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074 to consider and act upon the following:

Status Hearing pursuant to 11 U.S.C. § 1188. Debtor shall file a Pre−hearing report pursuant to 11 U.S.C. § 1188(c) by Tuesday, April 16, 2024.

Dated: Wednesday, March 27, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court