Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 24−40605
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Remarkable Healthcare of Carrollton, LP

**NOTICE OF COURT PROCEEDING**

A hearing will be held on

*Tuesday, April 30, 2024*

at

*10:00 AM*

to consider and act upon document 22 − Motion for Authority to Use Cash Collateral of Lender Alleon Capital Partners Filed by Remarkable Healthcare of Carrollton, LP (Attachments: # 1 Exhibit A − Proposed Interim Order Granting Use of Cash Collateral) (Rahn, Alexandria) filed as document number 22 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, April 18, 2024

                                                                           Jason K. McDonald
                                                                           Clerk, U.S. Bankruptcy Court