UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

## WITNESS AND EXHIBIT LIST

| Case No: **24-40605** | Name of Debtor:<br>**Remarkable Healthcare of Carrolton LP, et al.** | |
| --- | --- | --- |
| | | |
| **WITNESSES:[1]** | | |
| 1. John McPike | Judge: | Brenda T. Rhoades |
| 2. Lurie Beth McPike. | Courtroom Deputy: | |
| 3. Josh Kilgore | Hearing Date: | April 25, 2024 |
| 4. Andy Rye<br>5. Patient Care Ombudsman<br>6. Any witness designated by any other party | Hearing Time: | 1:30 p.m. (CST) |
| | Party's Name: | KRS Carrolton LLC et al. |
| | Attorney's Name: | Jeff Carruth |
| | Attorney's Phone: | 713-341-1158 |
| | Attorney's email: | jcarruth@wkpz.com |
| | Nature of Proceeding: | *See list below.* |
| | | |
| | | |
| **List regarding Nature of the Proceeding:**<br><br>Show cause hearing Docket No. 083 | | |

---

[1] Debtor reserves the right to amend and/or supplement this designation prior to the hearing(s), and to seek relief from the Court as might be necessary.

# EXHIBITS

| KRS-xx Exhibits -- Remarkable Ch. 33 / 2024 | | | | | |
|---|---|---|---|---|---|
| **TAB##** | **EXH##**<br>K____ | **Description** | **Offer** | **Object** | **Admit** |
| Complaint | 1 | 4/3/24 Letter from CMS to Remarkable Health Care | | | |
| Complaint | 2 | KRS Assignment of Lease and Lease Agreement | | | |
| Complaint | 3 | Medical Literature re: Transfer Trauma/Relocation Stress Syndrome | | | |
| Complaint | 4 | Affidavit/Verification of KRS Principal | | | |
| Complaint | 5 | WFAA Transcript of Interview and Article re: Facility Closure | | | |
| Complaint | 6 | State Operations Manual Excerpt (Severity of Deficiencies) | | | |
| Complaint | 7 | CMS Example Notice Letters (other immediate jeopardy cases) | | | |
| Complaint | 8 | 4/8/24 Letter from Liz Boydston to CMS | | | |
| Complaint | 9 | Temporary Restraining Order against CMS by Hon. Robert Junnell | | | |
| Complaint | 10 | Temporary license from HHSC to WWHD | | | |
| Complaint | 11 | Affidavits of Remarkable residents and family members | | | |
| Complaint | 12 | NoA Tharpe | | | |
| Complaint | 13 | 20240405 Liz Boydston email | | | |
| Complaint | 14 | FW_Remarkable email | | | |
| Complaint | 15 | FW_Remarkable email | | | |
| Complaint | 16 | KRS v. CMS - Texas HHSC inquiry | | | |
| **Attached** | 17 | 348-350696-24 Defs Suggestion of Bankruptcy | | | |
| **Attached** | 18 | Schedules recap - SubV test | | | |
| **Attached** | 19 | Promissory Note - Mustang NH LLC et al. (Griffin) | | | |
| **Attached** | 20 | Default Letter - note NH Mustang (Griffin) | | | |
| **Attached** | 21 | March 21 bank transfers to Seguin | | | |
| Docket | 100 | DIP 001 - draft of loan documents | | | |
| Docket | 101 | DIP 001 - PO payroll funding | | | |
| Docket | 102 | DIP 002 - draft loan documents | | | |
| Docket | 103 | DIP 002 - PO payroll funding | | | |
| | | *Any items on the docket in any of the RH cases.* | | | |
| | | *Any item designated by any other party.* | | | |
| | | *Rebuttal exhibits as necessary.* | | | |
| | | | | | |
| C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[master exhibit list 4878-6904-4407 v.1.xlsx]exhlistRH33-2024 | | | | | |

**EXHIBIT K017**

Cause No. 348-350696-24

| | | |
|---|---|---|
| **ALLEON CAPITAL PARTNERS, LLC,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **REMARKABLE HEALTHCARE OF** | § | |
| **CARROLLTON, LP, REMARKABLE** | § | |
| **HEALTHCARE OF DALLAS, LP,** | § | **348TH JUDICIAL DISTRICT** |
| **REMARKABLE HEALTHCARE OF** | § | |
| **FORT WORTH, LP, REMARKABLE** | § | |
| **HEALTHCARE OF SEGUIN, LP, and** | § | |
| **REMARKABLE HEALTHCARE, LLC,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | **TARRANT COUNTY, TEXAS** |

## DEFENDANTS REMARKABLE HEALTHCARE OF CARROLLTON, LP, REMARKABLE HEALTHCARE OF SEGUIN, LP, REMARKABLE HEALTHCARE OF FORT WORTH, LP, AND REMARKABLE HEALTHCARE OF DALLAS, LP, AND REMARKABLE HEALTHCARE, LLC'S SUGGESTION OF BANKRUPTCY

Remarkable Healthcare of Carrollton, LP, Remarkable Healthcare of Seguin, LP, Remarkable Healthcare of Fort Worth, LP, Remarkable Healthcare of Dallas, LP, and Remarkable Healthcare, LLC ("Remarkable Healthcare") file their *Suggestion of Bankruptcy*, and in support would show the Court as follows:

1.      On March 20, 2024, Remarkable Healthcare of Carrollton, LP, Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code (Title 11) in Case Number 24-40605 currently pending in the United States Bankruptcy Court for the Eastern District of Texas. *See* **Exhibit 1**.

2.      On March 20, 2024, Remarkable Healthcare of Seguin, LP, Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code (Title 11) in Case Number 24-40612, currently pending in the United States Bankruptcy Court for the Eastern District of Texas. *See* **Exhibit 2**.

3.      On March 20, 2024, Remarkable Healthcare of Fort Worth, LP, Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code (Title 11) in Case Number 24-40610 currently pending in the United States Bankruptcy Court for the Eastern District of Texas. *See* **Exhibit 3**.

4.      On March 20, 2024, Remarkable Healthcare of Dallas, LP, Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code (Title 11) in Case Number 24-40608 currently pending in the United States Bankruptcy Court for the Eastern District of Texas. *See* **Exhibit 4**.

5.      On March 20, 2024, Remarkable Healthcare, LLC, Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code (Title 11) in Case Number 24-40611 currently pending in the United States Bankruptcy Court for the Eastern District of Texas. *See* **Exhibit 5**.

6.      Defendants pray that Plaintiff and this Court take notice of this bankruptcy filing and of the automatic stay of 11 U.S.C. § 362.

Respectfully submitted,

**THE MESSINA LAW FIRM, P.C.**

Theodore J. Messina, III
State Bar No. 24041475
jmessina@messinalegal.com
David F. Freudiger
State Bar No. 07449300
david@messinalega.com
5910 N. Central Expy, Ste 1599
Dallas, TX 75206
Tel: 214-550-7444
Fax: 214-206-9593

**ATTORNEYS FOR DEFENDANTS**

EXHIBIT K017 - Page 2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served in accordance with Texas Rules of Civil Procedure 21 and 21a upon all counsel of record on this Thursday, April 18, 2024.

**via eFile:**
Buffy E. Klein
buffey.klein@huschblackwell.com
JLynn Hamilton Butler
lynn.butler@huschblackwell.com
Amber Fly
amber.fly@huschblackwell.com
Husch Blackwell LLP
1900 N Pearl St, Ste 1800
Dallas, TX 75201
Tel: 214-999-6100
Fax: 214-999-6170

**ATTORNEYS FOR PLAINTIFF**
**ALLEON CAPITAL PARTNERS, LLC**

_____
Theodore J. Messina, III

# EXHIBIT 1

EXHIBIT K017 - Page 4

☐ Check if this is an
amended filing

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of Texas _____
(State)

Case number (*If known*): _____ Chapter 11

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Remarkable Healthcare of Carrollton, LP |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 46 – 2265960 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4501    Plano Parkway<br>Number    Street | Number    Street |
| | P.O. Box |
| Carrolton    TX    75010<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Denton<br>County | Number    Street |
| | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.remarkablehealthcare.net |

EXHIBIT K-17, Page 5

| Debtor | Remarkable Healthcare of Carrollton, LP | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

EXHIBIT K-17, Page 6

Debtor    **Remarkable Healthcare of Carrollton, LP**
_____
Name

Case number (if known)_____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.    District    TXEB    When    11/02/23    Case number    23-42098
                                    MM / DD / YYYY

         District    TXEB    When    02/12/2018    Case number    18-40295
                                    MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.    Debtor    See Schedule 1 attached    Relationship _____

         District _____    When _____
                                                              MM / DD / YYYY

         Case number, if known _____

---

11. **Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number        Street

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

| **Statistical and administrative information** |
| --- |

EXHIBIT K-017  Page 7

| Debtor | Remarkable Healthcare of Carrolton, LP | Case number *(if known)*_____ |
|--------|----------------------------------------|------------------|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  
☐ 50-99  
☑ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000  

**15. Estimated assets**

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  

☑ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion  

**16. Estimated liabilities**

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  

☑ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion  

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>03/20/2024</u>  
          MM / DD / YYYY

✖  <u>/s/Laurie Beth McPike</u>         <u>Laurie Beth McPike</u>  
    Signature of authorized representative of debtor        Printed name

Title  <u>CEO</u>

---

EXHIBIT K-17, Page 8

| Debtor | Remarkable Healthcare of Carrolton, LP | Case number (if known) _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖  _____/s/Liz Boydston_____      Date  __03/20/2024__

Signature of attorney for debtor                 MM  / DD / YYYY

Liz Boydston
_____
Printed name

Gutnicki LLP
_____
Firm name

10440      N. Central Expressway, Suite 800
_____
Number      Street

Dallas                                    TX      75231
_____
City                                      State     ZIP Code

469-895-4413                              lboydston@gutnicki.com
_____
Contact phone                             Email address

24053684                                  TX
_____
Bar number                                State

EXHIBIT 4.017, Page 9

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 (subchapter V) case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Eastern District of Texas for relief under chapter 11-subchapter V of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the subchapter V of chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity Name | EIN |
|---|---|
| Remarkable Healthcare of Carrollton, LP | 46-2265960 |
| Remarkable Healthcare of Dallas, LP | 90-0833418 |
| Remarkable Healthcare of Fort Worth | 27-4371692 |
| Remarkable Healthcare of Seguin, LP | 27-3014566 |
| Remarkable Healthcare, LLC | 27-1665142 |

# EXHIBIT 2

EXHIBIT K017 - Page 11

EXHIBIT K017 - Page 12

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of _Texas_____
(State)

Case number (*if known*): _____ Chapter _11_

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Remarkable Healthcare of Seguin, LP

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   27 – 3014566

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 1339    Eastwood Drive | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Seguin    TX    78155 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Guadalupe | |
   | County | Number    Street |
   | | City    State    ZIP Code |

5. **Debtor's website** (URL)    https://www.remarkablehealthcare.net

| Debtor | Remarkable Healthcare of Seguin, LP | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6 2 3 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

EXHIBIT K017 - Page 12

| Debtor | Remarkable Healthcare of Seguin, LP | Case number *(if known)* |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.   District **TXEB**   When **11/02/23**   Case number **23-42101**
MM / DD / YYYY

District **TXEB**   When **02/12/2018**   Case number **18-40298**
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.   Debtor **See attached Schedule 1**   Relationship _____
District **TXEB**   When **03/20/24**
MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street
_____
City                           State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

---

EXHIBIT K017 - Page 14

| Debtor | Remarkable Healthcare of Seguin, LP | Case number (if known) _____ |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000         ☐ 50,001-100,000
☑ 100-199       ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000            ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2024
             MM / DD / YYYY

✖ /s/Laurie Beth McPike                              Laurie Beth McPike
Signature of authorized representative of debtor      Printed name

Title  CEO

---

EXHIBIT K017 - Page 15

| Debtor | Remarkable Healthcare of Seguin, LP | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖   /s/Liz Boydston                    Date   03/20/2024
Signature of attorney for debtor                    MM  / DD / YYYY

Liz Boydston
Printed name

Gutnicki LLP
Firm name

10440      N. Central Expressway, Suite 800
Number      Street

Dallas                                        TX        75231
City                                          State     ZIP Code

469-895-4413                                  lboydston@gutnicki.com
Contact phone                                 Email address

24053684                                      TX
Bar number                                    State

EXHIBIT K017 - Page 16

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 (subchapter V) case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Eastern District of Texas for relief under chapter 11-subchapter V of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the subchapter V of chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity Name | EIN |
|---|---|
| Remarkable Healthcare of Carrollton, LP | 46-2265960 |
| Remarkable Healthcare of Dallas, LP | 90-0833418 |
| Remarkable Healthcare of Fort Worth | 27-4371692 |
| Remarkable Healthcare of Seguin, LP | 27-3014566 |
| Remarkable Healthcare, LLC | 27-1665142 |

# EXHIBIT 3

EXHIBIT K017 - Page 18

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Eastern _____ District of _____ Texas _____
_____ (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Remarkable Healthcare of Fort Worth, LP |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 27 – 4371692 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6649    N. Riverside Drive<br>Number    Street | Number    Street |
| | P.O. Box |
| Fort Worth        TX    76137<br>City            State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Tarrant<br>County | Number    Street |
| | City        State    ZIP Code |

5. **Debtor's website** (URL)    https://www.remarkablehealthcare.net

EXHIBIT K017   Page 19

| Debtor | Remarkable Healthcare of Fort Worth, LP | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6 2 3 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

EXHIBIT K.017 - Page 20

| Debtor | Remarkable Healthcare of Fort Worth, LP | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District __TXEB__ When __11/02/23__ Case number __23-42100__

MM / DD / YYYY

District __TXEB__ When __02/12/2018__ Case number __18-40297__

MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor __See attached Schedule 1__ Relationship _____

District __TXEB__ When __03/20/24__

MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____
City        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

Voluntary Petition for Non-Individuals Filing for Bankruptcy

EXHIBIT K017 - Page 21

| Debtor | Remarkable Healthcare of Fort Worth, LP | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000
☑ 100-199   ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000         ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000         ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/20/2024
                MM / DD / YYYY

✗ /s/Laurie Beth McPike                              Laurie Beth McPike
Signature of authorized representative of debtor     Printed name

Title   CEO

---

EXHIBIT K017 - Page 22

| Debtor | Remarkable Healthcare of Fort Worth, LP | Case number (if known) _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/Liz Boydston                                    Date    03/20/2024
Signature of attorney for debtor                              MM  / DD / YYYY

Liz Boydston
Printed name

Gutnicki LLP
Firm name

10440        N. Central Expressway, Suite 800
Number        Street

Dallas                                           TX        75231
City                                             State     ZIP Code

469-895-4413                                     lboydston@gutnicki.com
Contact phone                                    Email address

24053684                                         TX
Bar number                                       State

EXHIBIT K017 - Page 22

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 (subchapter V) case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Eastern District of Texas for relief under chapter 11-subchapter V of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the subchapter V of chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity Name | EIN |
|---|---|
| Remarkable Healthcare of Carrollton, LP | 46-2265960 |
| Remarkable Healthcare of Dallas, LP | 90-0833418 |
| Remarkable Healthcare of Fort Worth | 27-4371692 |
| Remarkable Healthcare of Seguin, LP | 27-3014566 |
| Remarkable Healthcare, LLC | 27-1665142 |

# EXHIBIT 4

EXHIBIT K017 - Page 25

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Texas
_(State)_

Case number _(if known)_: _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Remarkable Healthcare of Dallas, LP |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 90 – 0833418 |

4. **Debtor's address**

**Principal place of business**

3350   Bonnie View Road
Number   Street

Dallas        TX     75216
City          State   ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City          State   ZIP Code

5. **Debtor's website** (URL)   https://www.remarkablehealthcare.net

EXHIBIT K017 - Page 26

| Debtor | Remarkable Healthcare of Dallas, LP | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>6</u>  <u>2</u>  <u>3</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

EXHIBIT K017 - Page 27

| Debtor | Remarkable Healthcare of Dallas, LP | Case number *(if known)* |
|--------|-------------------------------------|--------------------------|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.   District **TXEB**   When **11/02/23**   Case number **23-42099**
                                    MM / DD / YYYY

         District **TXEB**   When **02/12/2018**   Case number **18-40296**
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.   Debtor **See attached Schedule 1**   Relationship _____

         District **TXEB**   When **03/20/24**
                                    MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number          Street

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

EXHIBIT K017 - Page 28

| Debtor | Remarkable Healthcare of Dallas, LP | Case number *(if known)* _____ |
|--------|-------------------------------------|----------------------------------------------|
|        | Name                                |                                              |

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☑ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/20/2024___
           MM / DD / YYYY

✖ __/s/Laurie Beth McPike__          Laurie Beth McPike
Signature of authorized representative of debtor          Printed name

Title __CEO__

---

EXHIBIT K017, Page 29

| Debtor | Remarkable Healthcare of Dallas, LP | Case number (if known) _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/Liz Boydston
_____
Signature of attorney for debtor

Date  03/20/2024
_____
MM / DD / YYYY

Liz Boydston
_____
Printed name

Gutnicki LLP
_____
Firm name

10440     N. Central Expressway, Suite 800
_____
Number     Street

Dallas
_____
City

TX     75231
_____
State     ZIP Code

469-895-4413
_____
Contact phone

lboydston@gutnicki.com
_____
Email address

24053684
_____
Bar number

TX
_____
State

EXHIBIT K017 - Page 30

## <u>SCHEDULE 1</u>

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 (subchapter V) case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Eastern District of Texas for relief under chapter 11-subchapter V of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the subchapter V of chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity Name | EIN |
| --- | --- |
| Remarkable Healthcare of Carrollton, LP | 46-2265960 |
| Remarkable Healthcare of Dallas, LP | 90-0833418 |
| Remarkable Healthcare of Fort Worth | 27-4371692 |
| Remarkable Healthcare of Seguin, LP | 27-3014566 |
| Remarkable Healthcare, LLC | 27-1665142 |

EXHIBIT K017 - Page 31

# EXHIBIT 5

EXHIBIT K017 - Page 32

Case 24-40605   Doc 85   Filed 03/20/24   Entered 03/20/24 09:56:54   Desc Main
Document   Page 35 of 53

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of Texas
                                    (State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Remarkable Healthcare, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 27 – 1665142 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 904   Emerald Boulevard | |
| Number   Street | Number   Street |
| | P.O. Box |
| Southlake      TX   76092 | |
| City      State   ZIP Code | City      State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Tarrant | |
| County | Number   Street |
| | |
| | City      State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.remarkablehealthcare.net |

EXHIBIT K017 - Page 32

| Debtor | Remarkable Healthcare, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>6</u>  <u>2</u>  <u>3</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check *all* that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Voluntary Petition for Non-Individuals Filing for Bankruptcy

EXHIBIT K017 - Page 34

| Debtor | Remarkable Healthcare, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes. District __TXEB__ When __11/02/23__ Case number __23-42102__
          MM / DD / YYYY
          District __TXEB__ When __02/12/2018__ Case number __18-40300__
          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor __See attached Schedule 1__ Relationship _____
          District __TXEB__ When __03/20/24__
          MM / DD / YYYY
          Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street
                          _____
                          _____
                          City                    State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

| | **Statistical and administrative information** |
|---|---|

EXHIBIT K017 - Page 35

| Debtor | Remarkable Healthcare, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2024
MM / DD / YYYY

✗ /s/Laurie Beth McPike
Signature of authorized representative of debtor

Laurie Beth McPike
Printed name

Title  CEO

---

EXHIBIT K017 - Page 36

| Debtor | Remarkable Healthcare of Seguin, LP | Case number (if known) _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/Liz Boydston

Signature of attorney for debtor

Date    03/20/2024

MM / DD / YYYY

Liz Boydston

Printed name

Gutnicki LLP

Firm name

10440      N. Central Expressway, Suite 800

Number      Street

Dallas                                    TX        75231

City                                      State      ZIP Code

469-895-4413                              lboydston@gutnicki.com

Contact phone                             Email address

24053684                                  TX

Bar number                                State

---

EXHIBIT K-017 - Page 37

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 (subchapter V) case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Eastern District of Texas for relief under chapter 11-subchapter V of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the subchapter V of chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity Name | EIN |
|---|---|
| Remarkable Healthcare of Carrollton, LP | 46-2265960 |
| Remarkable Healthcare of Dallas, LP | 90-0833418 |
| Remarkable Healthcare of Fort Worth | 27-4371692 |
| Remarkable Healthcare of Seguin, LP | 27-3014566 |
| Remarkable Healthcare, LLC | 27-1665142 |

| | C | D | E | F |
|---|---|---|---|---|
| 1 | **EXHIBIT K018** | | | |
| 2 | **Remarkable Schedules Recap 20240423** | | | |
| 3 | **Debtor** | **Secured** | **Priority** | **Unsecured** |
| 4 | | | | |
| 5 | **RH - Sched. DEF totals** | 2,400,000 | 0 | 13,596 |
| 6 | *less disputed* | | | |
| 7 | Alleon Capital Partners (disputed) | (2,400,000) | | |
| 8 | *add POCs* | | | |
| 9 | POC 1 - Medixcar, LLC | | | 251,925 |
| 10 | POC 2 - AmEx | | | 3,047 |
| 11 | POC 3 - AmEx | | | 39,944 |
| 12 | POC 4 - IRS | | 26,505 | 26,505 |
| 13 | POC 5 - A Lawn and Landcare | | | 13,650 |
| 14 | | | | |
| 15 | **RH-C - Sched. DEF totals** | 2,400,000 | 0 | 1,175,788 |
| 16 | *less disputed* | | | |
| 17 | Alleon Capital Partners | (2,400,000) | | |
| 18 | Care Trips LLC | | | (21,362) |
| 19 | Carrington Coleman | | | (4,497) |
| 20 | Crown Shields Transport, LLC | | | (2,512) |
| 21 | Direct Energy Business | | | (53,029) |
| 22 | Griffin Properties | | | (363,319) |
| 23 | *add POCs* | | | |
| 24 | POC 1 - County of Denton | 14,485 | | |
| 25 | POC 2 - City of Carrollton | 38,481 | | |
| 26 | POC 3 - Lewisville ISD | 78,533 | | |
| 27 | POC 4 - Medixcar, LLC | | | 24,089 |
| 28 | POC 5 - American express | | | 30,705 |
| 29 | POC 6 - More Power Vent Cleaning | | | 1,137 |
| 30 | POC 7 - IRS | | 89,260 | |
| 31 | POC 8 - Atmos | | | 9,302 |
| 32 | KRS Carrolton LLC | | | 934,604 |
| 33 | | | | |
| 34 | **RH-D - Sched. DEF totals** | 2,400,000 | 0 | 1,140,358 |
| 35 | *less disputed* | | | |
| 36 | Alleon Capital Partners (disputed) | (2,400,000) | | |
| 37 | Care Trips LLC | | | (48,503) |
| 38 | Carrington Coleman | | | (4,497) |
| 39 | Crown Shields Transport, LLC | | | (2,719) |
| 40 | Engie Resources | | | (131,864) |
| 41 | Griffin Properties | | | (193,335) |
| 42 | Medixcar LLC | | | (60,246) |
| 43 | *add POCs* | | | |

| | C | D | E | F |
|---|---|---|---|---|
| 1 | | **EXHIBIT K018** | | |
| 2 | | Remarkable Schedules Recap 20240423 | | |
| 3 | **Debtor** | **Secured** | **Priority** | **Unsecured** |
| 44 | POC 1 - Dallas County | 4,267 | | |
| 45 | POC 2 - MedixCar LLC | | | 115,319 |
| 46 | POC 3 - AmEx | | | 22,465 |
| 47 | POC 4 - IRS | | 106,110 | |
| 48 | KRS Dallas LLC | | | 807,101 |
| 49 | | | | |
| 50 | **RH-FW - Sched. DEF totals** | 2,400,000 | 0 | 1,251,961 |
| 51 | *less disputed* | | | |
| 52 | Alleon Capital Partners (disputed) | (2,400,000) | | |
| 53 | Carrington Coleman | | | (4,997) |
| 54 | Griffin Properties | | | (246,123) |
| 55 | Medixcar LLC | | | (56,442) |
| 56 | *add POCs* | | | |
| 57 | POC 1 - Tarrant County | 194,469 | | |
| 58 | POC 2 - MedixCar, LLC | | | 112,517 |
| 59 | POC 3 - Stacey Wampler… | | | 64,583 |
| 60 | POC 4 - IRS | | 257,542 | |
| 61 | POC 5 - THHSC | 0 | | |
| 62 | KRS Fort Worth LLC | | | 834,513 |
| 63 | | | | |
| 64 | **RH-S - DEF totals** | 2,400,000 | 0 | 743,242 |
| 65 | *less disputed* | | | |
| 66 | Alleon Capital Partners (disputed) | (2,400,000) | | |
| 67 | Carrington Coleman | | | (4,497) |
| 68 | Griffin Properties | | | (190,326) |
| 69 | New Source Medical | | | (63,267) |
| 70 | *add POCs* | | | |
| 71 | POC 1 - County of Guadalupe | 1,826 | | |
| 72 | POC 2 - AmEx | | | 69,627 |
| 73 | POC 3 - IRS | | 116,157 | |
| 74 | KRS Seguin LLC | | | 573,693 |
| 75 | POC 4 - THHSC | 0 | | |
| 76 | **add back Griffin totals** | | | **993,103** |
| 77 | **TOTAL BY CATEGORY** | **332,061** | **595,573** | **7,801,242** |
| 78 | **GRAND TOTAL** | | | **8,728,876** |

**EXHIBIT K019**

## PROMISSORY NOTE

| | |
|---|---|
| Effective Date: | May 31, 2019 |
| Makers: | Remarkable Healthcare of Carrollton, LP ("RHC"); Remarkable Healthcare of Dallas, LP ("RHD"); Remarkable Healthcare of Fort Worth, LP ("RHFW"); and Remarkable Healthcare of Seguin, LP ("RHS") |
| Makers' Mailing Address: | c/o Mark A. Castillo Curtis \| Castillo, P.C. 901 Main St., Ste. 6515 Dallas, Texas 75202 |
| Payees: | Mustang NH, LLC ("Mustang"); GMP Dallas NH, LLC ("GMP"); WAG Development, Ltd. ("WAG"); and Guadalupe NH Development, Ltd. ("Guadalupe") |
| Payees' Mailing Address: | c/o J. Seth Moore Condon Tobin Sladek Thornton, PLLC 8080 Park Ln., Ste. 700 Dallas, Texas 75231 |

v.

1.    Agreements of Makers and Payees

RHC promises to pay to the order of Mustang $551,876.58 (the "RHC Cure Amount");
RHD promises to pay to the order of GMP $297,438.67 (the "RHD Cure Amount");
RHFW promises to pay to the order of WAG $378,650.20 (the "RHFW Cure Amount"); and
RHS promises to pay to the order of Guadalupe $292,811.13 (the "RHS Cure Amount" and
together with RHC Cure Amount, RHD Cure Amount, and RHFW Cure Amount the "Cure").

In return, Payees agree to accept these payments in full and complete satisfaction of their Cure
claims allowed in the bankruptcy cases collectively numbered 18-40295, styled *In the Matter of
Remarkable Healthcare of Carrollton, LP, et. al.*, a consolidated, jointly administered Chapter 11
bankruptcy proceeding in the Bankruptcy Court of the Eastern District of Texas, Sherman
Division (the "Bankruptcy Case"). Makers are required to pay such cure claims in order to assume
the Leases (defined below) under Section 365 of the Bankruptcy Code and Makers' proposed joint
Chapter 11 Reorganization Plan.

2.    Terms of Payment

For value received, Makers each promise to pay their respective obligations described in
paragraph 1, *supra*, in consecutive monthly installments over a ten (10) year period which shall
begin six (6) months after the Effective Date of this Note.  The payments due hereunder shall be
considered additional rent due under the Leases (defined below).

3.    Time and Place for Installment Payments

Any payment made by any Maker under this Promissory Note shall be delivered to Payees at the
same time and in the same manner as the rent due to Payees pursuant to i) Lease Agreement by
and between Mustang and RHC dated March 13, 2013 (the "RHC Lease"); ii) Lease Agreement
by and between GMP and RHD dated March 9, 2012 (the "RHD Lease"); iii) Lease Agreement
by and between WAG and RHFW dated December 13, 2010 (the "RHFW Lease") and iv) Lease
Agreement by and between Guadalupe and LBJM, LLC dated July 8, 2010 (the "RHS Lease" and
together with RHC Lease, RHD Lease, and RHFW Lease, the "Leases").  Payments due hereunder
shall be considered additional rent due under the Leases.

3.    Guaranty

This Promissory Note is secured by the Personal Guaranty attached hereto as Exhibit "1" and
which is incorporated herein for all purposes, which Personal Guaranty is meant to acknowledge
and confirm the guarantors ongoing guaranty obligations under the Leases and that those guaranty
obligations under the Leases apply to the payments due hereunder

4.    Default/Landlord's Lien

v.

Payments due under this Promissory Note shall be considered additional rent under the Leases and shall be subject to all provisions of the Leases, including but not limited to those provisions governing default and landlord's lien.

5.    Conditional Effectiveness

In the event Makers' Bankruptcy Court fails to confirm the Makers' proposed joint Chapter 11 Reorganization Plan and such Plan is not made effective, this Promissory Note and all Exhibit(s) herein, including the Personal Guaranty Agreement, are null and void.

Signed and accepted by Makers and Payees on this 10th day of May, 2019:

[Signatures to follow]

MAKER: Remarkable Healthcare of Carrollton, LP

Signed: _____
Print Name: Laurie Beth McPike
Title:  Chief Executive Officer
Date:  May 10, 2019

MAKER: Remarkable Healthcare of Dallas, LP

Signed: _____
Print Name: Laurie Beth McPike
Title:  Chief Executive Officer
Date:  May 10, 2019

MAKER: Remarkable Healthcare of Fort Worth, LP

Signed: _____
Print Name: Laurie Beth McPike
Title:  Chief Executive Officer
Date:  May 10, 2019

v.

MAKER: Remarkable Healthcare of Seguin, LP

Signed: _____
Print Name: Laurie Beth McPike
Title:   Chief Executive Officer
Date:  May 10, 2019

[Additional signatures to follow]

NOTEHOLDER AND PAYEE: Mustang NH, LLC

Signed: _Rick Griffin_____

Print Name: _Rick Griffin_____

Title: ___Manager_____

Date: May 10, 2019

NOTEHOLDER AND PAYEE: GMP Dallas NH, LLC

Signed: _Rick Griffin_____

Print Name: _Rick Griffin_____

Title: __Manager_____

Date: May 10, 2019

NOTEHOLDER AND PAYEE: WAG Development, Ltd.

Signed: _Rick Griffin_____

Print Name: _Rick Griffin_____

Title: ___Manager_____

v.

Date: May 10, 2019


NOTEHOLDER AND PAYEE: Guadalupe NH Development, Ltd.

Signed: _Rick Griffin_

Print Name: _Rick Griffin_

Title: _Manager_

Date: May 10, 2019


## EXHIBIT 1
## PERSONAL GUARANTY AGREEMENT

THIS GUARANTY (the "Agreement"), the Effective Date of which is May 31, 2019, is between Jon McPike ("J. McPike"), Laurie Beth McPike ("L. McPike") (J. McPike and L. McPike shall hereinafter be collectively referred to as the "Guarantors"), as Guarantors, and the Beneficiaries, who are Mustang NH, LLC ("Mustang"), GMP Dallas NH, LLC ("GMP"), WAG Development, Ltd. ("WAG"), and Guadalupe NH Development, Ltd. ("Guadalupe") (Mustang, GMP, WAG, and Guadalupe shall hereinafter be collectively referred to as the "Beneficiaries").

### Recitals

WHEREAS, Remarkable Healthcare of Carrollton, LP ("RHC"), Remarkable Healthcare of Dallas, LP ("RHD"), Remarkable Healthcare of Fort Worth, LP ("RHFW"), and Remarkable Healthcare of Seguin, LP ("RHS") (RHC, RHD, RHFW, and RHS shall hereinafter be collectively referred to as the "Debtors") are scheduled for confirmation of a proposed Reorganization Plan of the Debtors, the confirmation of which is to be decided at oral hearing on May 13, 2019 in cause number 18-40295, styled *In the Matter of Remarkable Healthcare of Carrollton, LP, et. al.*, a consolidated, jointly administered Chapter 11 bankruptcy proceeding in the Bankruptcy Court of the Eastern District of Texas, Sherman Division (the "Bankruptcy Case").

WHEREAS, the Guarantors have guaranteed the obligations of Makers under the Leases, including the Cure, and are willing to execute this Agreement to confirm their ongoing guaranty obligations under the Leases

### Agreement

NOW, THEREFORE, Guarantors hereby unconditionally, irrevocably, confirm, acknowledge, and restate their guaranty obligations under the Leases and confirm and

v.

acknowledge that the payment of the Cure under the Promissory Note shall be treated as additional rent due under the Leases to which their ongoing guaranty obligations apply..

FURTHERMORE, in the event the Reorganization Plan is not confirmed in the Bankruptcy Case, this Agreement is null and void.

Signed and accepted by Guarantors and Beneficiaries on this 10th day of May, 2019:

[Signatures to follow]

JON MCPIKE

Signed: _____

Date: May 10, 2019

LAURIE BETH MCPIKE

Signed: _____

Date: May 10, 2019

Mustang NH, LLC

Signed: _____

Print Name: _Rick Griffin_____

Title: __Manager_____

Date: May 10, 2019

GMP Dallas NH, LLC

Signed: _____

Print Name: __Rick Griffin_____

v.

Title: ____Manager_____

Date: May 10, 2019


[additional signatures to follow]




WAG Development, Ltd.

Signed: ____Rick Griffin_____

Print Name: _Rick Griffin_____

Title: _Manager_____

Date: ____May 10, 2019_____

Guadalupe NH Development, Ltd.

Signed: ____Rick Griffin_____

Print Name: _Rick Griffin_____

Title: ___Manager_____

Date: ____May 10, 2019_____

v.

TALLEY J. WILLIAMS
512.404.2234
twilliams@mwswtexas.com

September 6, 2023

<div style="border:2px solid red; color:red; font-weight:bold;">EXHIBIT K020</div>

***Via Certified Mail; RRR***
Laurie Beth McPike
Remarkable Healthcare
904 Emerald Blvd.
Southlake, TX 76092

Re:    Promissory Note dated May 31, 2019 (the "***Note***"), made by Remarkable Healthcare of Carrollton, LP, Remarkable Healthcare of Fort Worth, LP, Remarkable Healthcare of Dallas, LP, and Remarkable Healthcare of Seguin, LP (collectively, "***RHC***") in favor of Mustang NH, LLC, WAG Development, Ltd., GMP Dallas NH, Ltd., and Guadalupe NH Development, Ltd. (collectively, "***Payee***");

Guaranty dated March 13, 2013 ("***Guaranty***"), by Jon E. McPike, Laurie Beth McPike, and Remarkable Healthcare, LLC (collectively, "***Guarantor***").

Dear Ms. McPike:

Our firm represents Payee with respect to the Note. This letter is being provided on behalf of Payee to demand that RHC comply with the terms of the Note with regard to payments currently due and owing to Payee thereunder.

Note
RHC has failed to timely pay its monthly payments due under the Note. Consequently, RHC is in default under the Note. Notwithstanding the provisions of Section 2 of the Note, the Note is hereby accelerated as of the date of this letter. Demand is hereby made that RHC remit the total amount due under the Note to Payee within fifteen (15) days from the date of this letter (the "***Remittance Deadline***"). The current total amount due is **$995,867.80**, representing the sum of $993,103.21 (the combined principal balance due) + $2,764.59 (late fee of five percent [5%]). If RHC should fail to pay to Payee all such sums in collectible funds on or before the Remittance Deadline, Payee intends to commence the exercise of its rights and remedies under the Note, which include the right to default under the four nursing home leases.

No Waiver

This letter shall not constitute a waiver or relinquishment of any other rights or remedies that may be available to Payee under the Note, or at law or in equity, all of which are hereby reserved to Payee, nor shall this letter constitute a release or waiver of any of Guarantor's obligations under the Guaranty.

If you have any questions with respect to the foregoing, please contact Richard B. Griffin II, at (479) 783-5191 or the undersigned at (512) 404-2234.

Sincerely,

Talley J. Williams

**ACKNOWLEDGED AND AGREED TO**:

**MUSTANG NH, LLC,**
a Texas limited liability company

By: _____
Rick Griffin, Manager

**WAG Development, Ltd.,**
a Texas limited partnership

By:    HC Nursing Home, LLC,
       a Texas limited liability company,
       its general partner

By: _____
Rick Griffin, Manager

**GMP Dallas NH, Ltd.,**
a Texas limited partnership

By:    HC Nursing Home, LLC,
       a Texas limited liability company,
       its general partner

By: _____
Rick Griffin, Manager

**Guadalupe NH Development, Ltd.,**
a Texas limited partnership

By:    HC Nursing Home, LLC,
       a Texas limited liability company,
       its general partner

By: _____
Rick Griffin, Manager

Remarkable Healthcare
September 6, 2023
Page 3

<u>With copies via certified mail to Guarantors</u>:
Jon E. McPike
Laurie Beth McPike
Remarkable Healthcare, LLC

**EXHIBIT K021 – March 21 wire transfers**

| TRC Number | Account | Account T | Account Name | Post Date | Reference | Additiona | Amount | Facility | Description | Type | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | REMARKABLE HEALTHCARE | 1 | $7,099.76 | Remarkable HealthCare of Dallas | INCOMING WIRE | Wire | REF# 20240321B6B7261F000559032 |
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | REMARKABLE HEALTHCARE | 1 | $18,526.60 | Remarkable HealthCare of Fort Worth | INCOMING WIRE | Wire | REF# 20240321B6B7261F000567032 |
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | REMARKABLE HEALTHCARE | 1 | $36,371.76 | Remarkable HealthCare of Seguin | INCOMING WIRE | Wire | REF# 20240321B6B7261F000564032 |
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | REMARKABLE HEALTHCARE | 1 | $58,187.36 | Remarkable HealthCare of Carrolton | INCOMING WIRE | Wire | REF# 20240321B6B7261F000558032 |
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | Remarkable Healthcar | 1 | ($7,099.76) | | OUTGOING WIRE | Wire | REF# 20240321B6B7261F003348TO: |
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | Remarkable Healthcar | 1 | ($18,526.60) | | OUTGOING WIRE | Wire | REF# 20240321B6B7261F003354TO: |
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | Remarkable Healthcar | 1 | ($36,371.76) | | OUTGOING WIRE | Wire | REF# 20240321B6B7261F003349TO: |
| -3576 | -8753 | Checking | REMARKABLE SERVICING | 3/21/2024 | Remarkable Healthcar | 1 | ($58,187.36) | | OUTGOING WIRE | Wire | REF# 20240321B6B7261F003353TO: |