**Fill in this information to identify the case:**

Debtor Name  Remarkable Healthcare of Carrollton, LP

United States Bankruptcy Court for the _Eastern__ Texas

Case number:  24-40605

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month:       April       2024

Date report filed:  _05/21/2024_____
                    MM / DD / YYYY

Line of business:  NursingHome_

NAISC code:  _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                __Jon McPike_

Original signature of responsible party    _____

Printed name of responsible party       __Jon McPike_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|     |     | Yes | No | N/A |
|-----|-----|-----|----|----|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1.  | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2.  | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3.  | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4.  | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6.  | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7.  | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9.  | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name  _____      Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                                         $ _____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                             _____
27. What is the number of employees as of the date of this monthly report?                                        _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?                                                      $ _____
31. How much have you paid in total other professional fees since filing the case?                             $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | *Column B* **Actual** Copy lines 20-22 of this report. | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − $ _____ | = $ _____ |
| 33. **Cash disbursements** | $ _____ | − $ _____ | = $ _____ |
| 34. **Net cash flow** | $ _____ | − $ _____ | = $ _____ |

35. Total projected cash receipts for the next month:                                                                          $ _____
36. Total projected cash disbursements for the next month:                                                               − $ _____
37. Total projected net cash flow for the next month:                                                                          = $ _____

Debtor Name   _____          Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

- ❏ 42. Project, job costing, or work-in-progress reports.

Case 24-40605    Doc 164    Filed 06/24/24    Entered 06/24/24 19:53:53    Desc Main
Document    Page 4 of 9

**EXHIBIT A**

2. Do you plan to continue to operate the business next month? No

On May 13, 2024, the Debtors transferred management to the Landlord.

# **EXHIBIT B**

15. Have you borrowed money from anyone or has anyone made any payments on your behalf? Yes

    a. The Debtors received DIP Financing from the Landlord to pay payroll. The Debtors filed this Amended MOR to report the monies received by the Landlord appropriately in the MORs, which had not been accounted for in the original April MOR.

| Post Date | Account Name | Transaction Description | Status | Debit/Credit | Amount | Transaction Detail | BAI Code | Currency |
|---|---|---|---|---|---|---|---|---|
| 4/30/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 3592.16 | CENTENE CORP / | 165 | USD |
| 4/30/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 608.34 | HNB - ECHO / | 165 | USD |
| 4/29/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2053 | CENTRAL PAYMENT / | 165 | USD |
| 4/25/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 11814 | AETNA AS01 / | 165 | USD |
| 4/25/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2119 | CENTRAL PAYMENT / | 165 | USD |
| 4/25/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 56.16 | AETNA AS01 / | 165 | USD |
| 4/24/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 11250 | UnitedHealthcare / | 165 | USD |
| 4/22/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2000 | CENTRAL PAYMENT / | 165 | USD |
| 4/19/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 3223.7 | CENTRAL PAYMENT / | 165 | USD |
| 4/19/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 1048.27 | UnitedHealthcare / | 165 | USD |
| 4/17/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 614 | CENTRAL PAYMENT / | 165 | USD |
| 4/16/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 16.8 | AETNA AS01 / | 165 | USD |
| 4/15/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 1500 | CENTRAL PAYMENT / | 165 | USD |
| 4/15/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 410.29 | Wellpoint TX5C / | 165 | USD |
| 4/12/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 613.72 | UnitedHealthcare / | 165 | USD |
| 4/10/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 7466.62 | HNB - ECHO / | 165 | USD |
| 4/9/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 3975.9 | Wellpoint TX5C / | 165 | USD |
| 4/9/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 329.91 | BCBS TEXAS / | 165 | USD |
| 4/5/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 8215.61 | CENTRAL PAYMENT / | 165 | USD |
| 4/5/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2090.25 | HNB - ECHO / | 165 | USD |
| 4/5/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 1367.65 | Wellpoint TX5C / | 165 | USD |
| 4/4/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 16959.52 | Wellpoint TX5C / | 165 | USD |
| 4/3/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 5550 | CENTRAL PAYMENT / | 165 | USD |
| 4/1/24 | Carrollton/PWD COM Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 900 | CENTRAL PAYMENT / | 165 | USD |
| 4/30/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 9656.72 | | 175 | USD |
| 4/30/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 61446.84 | HEALTH HUMAN SVC / | 165 | USD |
| 4/29/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2769.47 | HUMANA CHA DISB / | 165 | USD |
| 4/24/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2173.71 | HEALTH HUMAN SVC / | 165 | USD |
| 4/24/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 844.09 | MOLINA HEALTHCAR / | 165 | USD |
| 4/23/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 1401.04 | HUMANA CHA DISB / | 165 | USD |
| 4/23/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 94.89 | HUMANA CHA DISB / | 165 | USD |
| 4/19/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 1103 | | 175 | USD |
| 4/18/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 9320.26 | HNB - ECHO / | 165 | USD |
| 4/17/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 10501.46 | | 175 | USD |
| 4/16/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 16310.84 | NOVITAS SOLUTION / | 165 | USD |
| 4/15/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2244 | HNB - ECHO / | 165 | USD |
| 4/10/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 18361.23 | HEALTH HUMAN SVC / | 165 | USD |
| 4/9/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 3362.85 | | 175 | USD |
| 4/8/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 11354.03 | NOVITAS SOLUTION / | 165 | USD |
| 4/5/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 2858.53 | | 175 | USD |
| 4/4/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 6459.4 | | 175 | USD |
| 4/4/24 | Carrollton/PWD GOV Deposits | PREAUTHORIZED ACH CREDIT | Cleared | Credit | 2467.63 | NOVITAS SOLUTION / | 165 | USD |
| 4/2/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 5601.84 | | 175 | USD |
| 4/2/24 | Carrollton/PWD GOV Deposits | CHECK DEPOSIT PACKAGE | Cleared | Credit | 4486.76 | | 175 | USD |

**260593.5**

| Date | Status | Branch/Type | Amount | Account | Type | Description |
|---|---|---|---|---|---|---|
| 4/30/24 | Cleared | Carrollton/F PREAUTHC | -66 | 62000019 | Debit | DALLAS LIFE SUPP / 817-284-7788 / DALLAS LIFE SUPP ACH / ACCOUNT NAME |
| 4/30/24 | Cleared | Carrollton/F PREAUTHC | -23.45 | 62000019 | Debit | EXPONENTHR / 24-07683-5059 / EXPONENTHR INVOICE / EXPONENT TECHN 2 |
| 4/29/24 | Cleared | Carrollton/F ATM DEBIT | -594 | 62000019 | Debit | IN *BIOMEDICAL 5169 / 409-7362447 TX 77640 0108 / |
| 4/29/24 | Cleared | Carrollton/F ATM DEBIT | -280.18 | 62000019 | Debit | AMZN Mktp US*NF 5942 / Amzn.com bill WA 98109 5957 / |
| 4/29/24 | Cleared | Carrollton/F ATM DEBIT | -198.4 | 62000019 | Debit | HAD*HARRY & DAV 5441 / 800-345-5655 OR 97501 5957 / |
| 4/29/24 | Cleared | Carrollton/F ATM DEBIT | -92.54 | 62000019 | Debit | AMAZON.COM*6D7X 5942 / SEATTLE WA 98109 5957 / |
| 4/29/24 | Cleared | Carrollton/F PREAUTHC | -8,053.75 | 62000019 | Debit | REGIONS BANK ACCT TRANS / 271665142 NANDASHIPP / |
| 4/29/24 | Cleared | Carrollton/F PREAUTHC | -3,521.50 | 62000019 | Debit | REGIONS BANK ACCT TRANS / 271665142 NANDASHIPP / |
| 4/29/24 | Cleared | Carrollton/F PREAUTHC | -2,555.49 | 62000019 | Debit | REGIONS BANK ACCT TRANS / 271665142 NANDASHIPP / |
| 4/29/24 | Cleared | Carrollton/F PREAUTHC | -16.46 | 62000019 | Debit | REGIONS BANK ACCT TRANS / 271665142 NANDASHIPP / |
| 4/26/24 | Cleared | Carrollton/F ATM DEBIT | -678.14 | 62000019 | Debit | AMZN Mktp US*SA 5942 / Amzn.com bill WA 98109 5957 / |
| 4/26/24 | Cleared | Carrollton/F ATM DEBIT | -100.61 | 62000019 | Debit | AMZN Mktp US*1V 5942 / Amzn.com bill WA 98109 5957 / |
| 4/26/24 | Cleared | Carrollton/F ATM DEBIT | -2.13 | 62000019 | Debit | WM SUPERC Wal- 5411 / PLANO 0108 / |
| 4/26/24 | Cleared | Carrollton/F PREAUTHC | -564.78 | 62000019 | Debit | REGIONS BANK PREFUNDDBT / 271665142 NANDASHIPP / |
| 4/26/24 | Cleared | Carrollton/F PREAUTHC | -350 | 62000019 | Debit | REGIONS BANK PREFUNDDBT / 271665142 NANDASHIPP / |
| 4/25/24 | Cleared | Carrollton/F ATM DEBIT | -476.95 | 62000019 | Debit | G.M. SUPPLIES L 5085 / 800-537-1005 IL 60061 0108 / |
| 4/25/24 | Cleared | Carrollton/F PREAUTHC | -2,450.45 | 62000019 | Debit | REGIONS BANK PREFUNDDBT / 271665142 NANDASHIPP / |
| 4/24/24 | Cleared | Carrollton/F ATM DEBIT | -229.6 | 62000019 | Debit | AMZN Mktp US*EK 5942 / Amzn.com bill WA 98109 5957 / |
| 4/24/24 | Cleared | Carrollton/F ATM DEBIT | -51.53 | 62000019 | Debit | AMZN Mktp US*96 5942 / Amzn.com bill WA 98109 5957 / |
| 4/24/24 | Cleared | Carrollton/F PREAUTHC | -4,300.00 | 62000019 | Debit | MIRANDA M. WILLI / / MIRANDA M. WILLI SALE / REMARKABLE HEA / |
| 4/24/24 | Cleared | Carrollton/F PREAUTHC | -71 | 62000019 | Debit | MARSHALL SHREDDI / / MARSHALL SHREDDI SALE / 4501 PLANO PAR / |
| 4/22/24 | Cleared | Carrollton/F ATM DEBIT | -50 | 62000019 | Debit | SAMS CLUB RENEW 5300 / 4699522417 TX 75069 5957 / |
| 4/22/24 | Cleared | Carrollton/F ATM DEBIT | -32.46 | 62000019 | Debit | ADOBE *ADOBE 5734 / 408-536-6000 CA 95110 5957 / |
| 4/19/24 | Cleared | Carrollton/F ATM DEBIT | -21.64 | 62000019 | Debit | ADOBE *ADOBE 5734 / 408-536-6000 CA 95110 5957 / |
| 4/19/24 | Cleared | Carrollton/F PREAUTHC | -7,280.65 | 62000019 | Debit | REGIONS BANK PREFUNDDBT / 271665142 NANDASHIPP / |
| 4/19/24 | Cleared | Carrollton/F PREAUTHC | -803.19 | 62000019 | Debit | CARE ONE COMMUNI CAREONECOM / DIANE MCPIKE M80396910801 / |
| 4/17/24 | Cleared | Carrollton/F PREAUTHC | -1,115.00 | 62000019 | Debit | DALLAS LIFE SUPP / 817-284-7788 / DALLAS LIFE SUPP ACH / ACCOUNT NAME |
| 4/15/24 | Cleared | Carrollton/F PREAUTHC | -4,633.66 | 62000019 | Debit | CAC SPECIALTY / 17358329 / CAC SPECIALTY PAYMENTS / REGIONS BANK 173 |
| 4/15/24 | Cleared | Carrollton/F ATM DEBIT | -70.25 | 62000019 | Debit | THE HOME DEPOT 5200 / PLANO TX 75093 5957 / |
| 4/15/24 | Cleared | Carrollton/F PREAUTHC | -1,846.62 | 62000019 | Debit | REGIONS BANK PREFUNDDBT / 271665142 NANDASHIPP / |
| 4/12/24 | Cleared | Carrollton/F PREAUTHC | -5,000.00 | 62000019 | Debit | JW HCRS LLC / 24... |
| 4/12/24 | Cleared | Carrollton/F PREAUTHC | -283.52 | 62000019 | Debit | PERFORMANCESSLA / Cust #02459 / PERFORMANCESSLA AR PAYMENT / REM |
| 4/12/24 | Cleared | Carrollton/F ATM DEBIT | -5 | 62000019 | Debit | UT SOUTHWESTERN 7523 / DALLAS TX 75390 5957 / |
| 4/12/24 | Cleared | Carrollton/F MISCELLAI | -1,000.00 | 62000019 | Debit | EB TO CHECKING # 0247446188 / REF# 000000 8647340 / |
| 4/12/24 | Cleared | Carrollton/F ATM DEBIT | -45.48 | 62000019 | Debit | AMZN Mktp US*D1 5942 / Amzn.com bill WA 98109 5957 / |
| 4/11/24 | Cleared | Carrollton/F PREAUTHC | -625 | 62000019 | Debit | JMJ1 / / JMJ1 SALE / REMARKABLE HEA / |
| 4/10/24 | Cleared | Carrollton/F PREAUTHC | -4,633.66 | 62000019 | Debit | CAC SPECIALTY / 17306329 / CAC SPECIALTY PAYMENTS / REGIONS BANK 173 |
| 4/9/24 | Cleared | Carrollton/F MISCELLAI | -394.53 | 62000019 | Debit | ANALYSIS CHARGE 03-24 / |
| 4/9/24 | Cleared | Carrollton/F MISCELLAI | -37 | 62000019 | Debit | ANALYSIS EXPLICIT CHARGE 03-24 / |
| 4/9/24 | Cleared | Carrollton/F PREAUTHC | -625 | 62000019 | Debit | JMJ1 / / JMJ1 SALE / REMARKABLE HEA / |
| 4/9/24 | Cleared | Carrollton/F PREAUTHC | -14.55 | 62000019 | Debit | DALLAS LIFE SUPP / 817-284-7788 / DALLAS LIFE SUPP ACH / ACCOUNT NAME |
| 4/8/24 | Cleared | Carrollton/F ATM DEBIT | -765.94 | 62000019 | Debit | AMZN Mktp US*0E 5942 / Amzn.com bill WA 98109 5957 / |
| 4/8/24 | Cleared | Carrollton/F ATM DEBIT | -43.26 | 62000019 | Debit | THE HOME DEPOT 5200 / PLANO TX 75093 5957 / |
| 4/8/24 | Cleared | Carrollton/F ATM DEBIT | -25.95 | 62000019 | Debit | THE HOME DEPOT 5200 / PLANO TX 75093 5957 / |
| 4/8/24 | Cleared | Carrollton/F ATM DEBIT | -8.93 | 62000019 | Debit | Microsoft G0429 5045 / 701-2817490 WA 98052 5957 / |
| 4/5/24 | Cleared | Carrollton/F ATM DEBIT | -48.98 | 62000019 | Debit | AMZN Mktp US*TQ 5942 / Amzn.com bill WA 98109 5957 / |
| 4/5/24 | Cleared | Carrollton/F PREAUTHC | -16,900.00 | 62000019 | Debit | REGIONS BANK ACCT TRANS / 271665142 NANDASHIPP / |
| 4/5/24 | Cleared | Carrollton/F PREAUTHC | -283.52 | 62000019 | Debit | PERFORMANCESSLA / Cust #02459 / PERFORMANCESSLA AR PAYMENT / REM |
| 4/4/24 | Cleared | Carrollton/F ATM DEBIT | -201.07 | 62000019 | Debit | AMZN Mktp US*X4 5942 / Amzn.com bill WA 98109 5957 / |
| 4/4/24 | Cleared | Carrollton/F ATM DEBIT | -8.05 | 62000019 | Debit | WM SUPERCENTER 5411 / PLANO TX 75093 5957 / |
| 4/4/24 | Cleared | Carrollton/F PREAUTHC | -30,112.98 | 62000019 | Debit | REGIONS BANK ACCT TRANS / 271665142 NANDASHIPP / |
| 4/4/24 | Cleared | Carrollton/F MISCELLAI | -10,000.00 | 62000019 | Debit | EB TO CHECKING # 0247446188 / REF# 000000 8647314 / |
| 4/3/24 | Cleared | Carrollton/F ATM DEBIT | -115.21 | 62000019 | Debit | RINGCENTRAL INC 4814 / 888-898-4591 CA 94002 5957 / |
| 4/3/24 | Cleared | Carrollton/F ATM DEBIT | -48.6 | 62000019 | Debit | WCI*WASTE CONNE 4900 / 832-442-2200 TX 77380 0108 / |
| 4/3/24 | Cleared | Carrollton/F ATM DEBIT | -660 | 62000019 | Debit | VT DIAGNOSTEX B 8011 / 817-5146271 TX 76054 0108 / |
| 4/3/24 | Cleared | Carrollton/F ATM DEBIT | -51 | 62000019 | Debit | ALARMS ECOM 9399 / 972-466-3120 TX 75006 0108 / |
| 4/3/24 | Cleared | Carrollton/F ATM DEBIT | -37.73 | 62000019 | Debit | AMZN Mktp US*RO 5942 / Amzn.com bill WA 98109 5957 / |
| 4/3/24 | Cleared | Carrollton/F ATM DEBIT | -23.82 | 62000019 | Debit | AMZN Mktp US*EQ 5942 / Amzn.com bill WA 98109 5957 / |
| 4/3/24 | Cleared | Carrollton/F ATM DEBIT | -22.81 | 62000019 | Debit | AMZN Mktp US*QZ 5942 / Amzn.com bill WA 98109 5957 / |
| 4/3/24 | Cleared | Carrollton/F PREAUTHC | -20,261.45 | 62000019 | Debit | REGIONS BANK ACCT TRANS / 271665142 NANDASHIPP / |
| 4/2/24 | Cleared | Carrollton/F ATM DEBIT | -4,275.88 | 62000019 | Debit | NORTH TEXAS FIR 1731 / 194-04358403 TX 76266 0108 / |
| 4/2/24 | Cleared | Carrollton/F ATM DEBIT | -331.06 | 62000019 | Debit | Indeed 90600881 7311 / 800-4625842 TX 78750 5957 / |
| 4/2/24 | Cleared | Carrollton/F ATM DEBIT | -257.88 | 62000019 | Debit | MRS PRINDAB 5499 / 888-215-1100 IL 60714 5957 / |
| 4/2/24 | Cleared | Carrollton/F PREAUTHC | -870.49 | 62000019 | Debit | CENTRAL PAYMENT / 84... |
| 4/1/24 | Cleared | Carrollton/F ATM DEBIT | -25.95 | 62000019 | Debit | THE HOME DEPOT 5200 / PLANO TX 75093 5957 / |
| 4/1/24 | Cleared | Carrollton/F ATM DEBIT | -16.12 | 62000019 | Debit | RACETRAC 77 0 5542 / CARROLLTON TX 75010 5957 / |
| 4/1/24 | Cleared | Carrollton/F ATM DEBIT | -154.94 | 62000019 | Debit | WALMART.COM 5310 / 800-925-6278 AR 72716 5957 / |
| 3/29/24 | Cleared | Carrollton/F PREAUTHC | -283.52 | 62000019 | Debit | PERFORMANCESSLA / Cust #02459 / PERFORMANCESSLA AR PAYMENT / REM |
| 3/29/24 | Cleared | Carrollton/F ATM DEBIT | -10.91 | 62000019 | Debit | WAL-MART #2086 5411 / PLANO TX 75093 5957 / |
| 3/29/24 | Cleared | Carrollton/F ATM DEBIT | -27.04 | 62000019 | Debit | THE HOME DEPOT 5200 / PLANO TX 75093 5957 / |
| 3/28/24 | Cleared | Carrollton/F ATM DEBIT | -92.54 | 62000019 | Debit | Amazon.com*RA2V 5942 / Amzn.com bill WA 98109 5957 / |
| 3/28/24 | Cleared | Carrollton/F ATM DEBIT | -5.57 | 62000019 | Debit | UBER TRIP 4121 / HELP.UBER.COM CA 94105 5957 / |
| 3/28/24 | Cleared | Carrollton/F PREAUTHC | -2,520.65 | 62000019 | Debit | REGIONS BANK PREFUNDDBT / 271665142 NANDASHIPP / |

| Date | Status | Description | Amount | Account | Type | Memo |
|---|---|---|---|---|---|---|
| 3/28/24 | Cleared | Carrollton/F PREAUTHO | -283.52 | 62000019 | Debit | PERFORMANCESSLA / Cust #02459 / PERFORMANCESSLA AR PAYMENT / REM |
| 3/28/24 | Cleared | Carrollton/F PREAUTHO | -71 | 62000019 | Debit | MARSHALL SHREDDI / / MARSHALL SHREDDI SALE / 4501 PLANO PAR / |
| 3/27/24 | Cleared | Carrollton/F ATM DEBIT | -123.11 | 62000019 | Debit | CST LLC 8050 / WWW.CROWNSHIE TX 75068 0108 / |
| 3/27/24 | Cleared | Carrollton/F ATM DEBIT | -102.76 | 62000019 | Debit | CST LLC 8050 / WWW.CROWNSHIE TX 75068 0108 / |
| 3/27/24 | Cleared | Carrollton/F ATM DEBIT | -394.83 | 62000019 | Debit | CST LLC 8050 / WWW.CROWNSHIE TX 75068 0108 / |
| 3/25/24 | Cleared | Carrollton/F PREAUTHO | -394.83 | 62000019 | Debit | CST LLC 8050 / WWW.CROWNSHIE TX 75068 0108 / |
| 3/25/24 | Cleared | Carrollton/F PREAUTHO | -25.95 | 62000019 | Debit | THE HOME DEPOT 5200 / PLANO TX 75093 5957 / |
| 3/21/24 | Cleared | Carrollton/F ATM DEBIT | -91.9 | 62000019 | Debit | WALMART.COM 5310 / 800-925-6278 AR 72716 5957 / |
| 3/21/24 | Cleared | Carrollton/F ATM DEBIT | -7.99 | 62000019 | Debit | MARKET STREET 5 5411 / FLOWER MOUND TX 75028 5957 / |
| 3/20/24 | Cleared | Carrollton/F ATM DEBIT | -638.13 | 62000019 | Debit | CST LLC 8050 / WWW.CROWNSHIE TX 75068 0108 / |
| 3/20/24 | Cleared | Carrollton/F ATM DEBIT | -250.08 | 62000019 | Debit | CST LLC 8050 / WWW.CROWNSHIE TX 75068 0108 / |
| 3/20/24 | Cleared | Carrollton/F ATM DEBIT | -32.46 | 62000019 | Debit | ADOBE *ADOBE 5734 / 408-536-6000 CA 95110 5957 / |
| 3/20/24 | Cleared | Carrollton/F PREAUTHO | -42 | 62000019 | Debit | DALLAS LIFE SUPP / 817-284-7788 / DALLAS LIFE SUPP ACH / ACCOUNT NAME |

$ (144,144.58)

PAYROLL    (269,593.94)

**Total**    **$ (413,738.52)**