UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § <br> REMARKABLE HEALTHCARE OF § <br> CARROLLTON, LP *et al.* § <br> Debtor(s). § <br> § | Case No. 24-40605 <br> **EXPEDITED HEARING REQUESTED:** |

**MOTION FOR <u>EXPEDITED</u> HEARING REGARDING:**

**(1) THIRD MOTION TO (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING APRIL 19, 2024 PAYROLL) (DOCKET NO. 187) AND**

**(2) FOURTH MOTION (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING MAY 3, 2024 PAYROLL) (DOCKET NO. 188)**

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

KRS Dallas LLC, KRS Fort Worth LLC, KRS Fort Worth LLC, KRS Seguin LLC, and Kilgore Property Management LLC (collectively, "Kilgore") this *Motion for Emergency Hearing* and in support thereof would show the Court the following.

1. **Underlying motions.** The above-caption DIP financing motions, Docket Nos. 187-188.

2. **Basis for expedited consideration.** Kilgore seeks <u>final</u> orders to protect the lender, Kilgore, for the payroll funds advanced to the Debtors on March 22, 2024 and then again on April 5, 2024, in connection with the approaching, final disposition of these cases.

3. **Certificate of Conference.** Not applicable under the circumstances.

4. **Time estimate for hearing.** Thirty (30) minutes or less.

5. **Deadline for when hearing is needed:** A hearing should occur on or soon after July 15, 2024

6. A proposed form of order accompanies this motion.

Dated: July 2, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   E-mail: jcarruth@wkpz.com
ATTORNEYS FOR
KRS CARROLLTON LLC, KRS DALLAS LLC,
KRS SEGUIN, LLC, KRS FORT WORTH LLC,
AND KILGORE PROPERTY MANAGEMENT LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on July 2, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility.

                                                */s/ Jeff Carruth*
                                                JEFF CARRUTH

# **ECF NOTICE LIST**

**24-40605 Notice will be electronically mailed to:**

Elizabeth Nicolle Boydston on behalf of Debtor Remarkable Healthcare of Carrollton, LP
lboydston@gutnicki.com

Elizabeth Nicolle Boydston on behalf of Debtor Remarkable Healthcare of Dallas, LP
lboydston@gutnicki.com

Elizabeth Nicolle Boydston on behalf of Debtor Remarkable Healthcare of Fort Worth, LP
lboydston@gutnicki.com

Elizabeth Nicolle Boydston on behalf of Debtor Remarkable Healthcare of Seguin, LP
lboydston@gutnicki.com

Elizabeth Nicolle Boydston on behalf of Debtor Remarkable Healthcare, LLC
lboydston@gutnicki.com

Lynn Hamilton Butler on behalf of Creditor Alleon Capital Partners, LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;ryan.burgett@huschblackwell.com

Jeff Carruth on behalf of Creditor KRS Carrollton, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Jeff Carruth on behalf of Creditor KRS Dallas, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Jeff Carruth on behalf of Creditor KRS Fort Worth, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Jeff Carruth on behalf of Creditor KRS Seguin, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Jeff Carruth on behalf of Creditor Kilgore Property Management LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Alejandra Garcia Castro on behalf of Creditor Alleon Capital Partners, LLC
alejandra.garciacastro@huschblackwell.com

Buffey E. Klein on behalf of Creditor Alleon Capital Partners, LLC
buffey.klein@huschblackwell.com, tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

Aimee E. Marcotte on behalf of Creditor A Lawn and Landcare Services Company, LLC
amarcotte@popehardwicke.com

Christopher S. Murphy on behalf of Interested Party Texas Health and Human Services Commission
bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Julie Anne Parsons on behalf of Creditor The County of Denton, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons on behalf of Creditor The County of Guadalupe, Texas
jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Harrison Pavlasek on behalf of Creditor Quatro Tax LLC
hpavlasek@forsheyprostok.com

Jeff P. Prostok on behalf of Creditor Quatro Tax LLC
jprostok@forsheyprostok.com,
lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;Calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;khartogh@forsheyprostok.com;forsheyprostokllp@jubileebk.net

Alexandria Rahn on behalf of Debtor Remarkable Healthcare of Carrollton, LP
arahn@gutnicki.com, docket@gutnicki.com;1694884420@filings.docketbird.com

Alexandria Rahn on behalf of Debtor Remarkable Healthcare of Dallas, LP
arahn@gutnicki.com, docket@gutnicki.com;1694884420@filings.docketbird.com

Alexandria Rahn on behalf of Debtor Remarkable Healthcare of Fort Worth, LP
arahn@gutnicki.com, docket@gutnicki.com;1694884420@filings.docketbird.com

Alexandria Rahn on behalf of Debtor Remarkable Healthcare of Seguin, LP
arahn@gutnicki.com, docket@gutnicki.com;1694884420@filings.docketbird.com

Alexandria Rahn on behalf of Debtor Remarkable Healthcare, LLC
arahn@gutnicki.com, docket@gutnicki.com;1694884420@filings.docketbird.com

Robert A. Simon on behalf of Creditor MedixCar LLC
rsimon@whitakerchalk.com, bpeck@whitakerchalk.com;acopeland@whitakerchalk.com

Whitney Tharpe on behalf of Creditor United States Department of Health and Human Services
whitney.tharpe@usdoj.gov, guadalupe.garcia@usdoj.gov

John Kendrick Turner on behalf of Creditor City of Carrollton
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Dallas County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Lewisville ISD
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner on behalf of Creditor Tarrant County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John M. Vardeman on behalf of U.S. Trustee US Trustee
john.m.vardeman@usdoj.gov

Mark A WEISBART (SBRA V)
mweisbart@haywardfirm.com,
tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

motion expedite dip 003-004 4871-4545-3773 v.3 [2] 4870-2116-8567, v. 1

## REGULAR MAIL LIST / MATRIX

Label Matrix for local noticing
0540-4
Case 24-40605
Eastern District of Texas
Sherman
Mon Apr 15 21:07:52 CDT 2024

1-A Fire & Domestic Testing
Brian Wagoner
126 County Road 4577
Boyd, TX 76023-4452

1-A Services Plumbing and HVAC
126 County Rd 4577
Boyd, TX 76023-4452

71 Concepts LLC
Kenneth Hilton
2150 W Northwest Hwy, Ste 114
Grapevine, TX 76051-7849

A Lawn and Landcare Services Company, LLC
500 W. 7th Street
, TX 76102-4721

A&K Mastertech Inc.
3913 Long Hollow Rd
Roanoke, TX 76262-3831

A-1 Grease Services, Inc.
Melanie or Umberto
P.O. Box 2097
Red Oak, TX 75154-1571

A-1 Tri-County Plumbing, Inc
101 Ermel
Seguin, TX 78155-5965

A1 Image
PO Box 833691
Richardson, TX 75083-3691

ABC Home & Commercial Services
997 Grandys Lane
Lewisville, TX 75077-2507

ABC Home & Commercial Services (Seguin)
9475 E. Highway 290
Austin, TX 78724-2303

(p)ACADIAN AMBULANCE SERVICE INC
ATTN JESSE PROCTOR
P O BOX 98000
LAFAYETTE LA 70509-8000

ACECO LLC
PO Box 773
Granbury, TX 76048-0773

ADP, Inc.
P.O. Box 842875
Boston, MA 02284-2875

AEDUSA
PO Box 471880
Fort Worth, TX 76147-1880

AMI Service
614 C S Business IH 35
New Braunfels, TX 78130-4748

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
AT&T Business
PO Box 6463
Carol Stream, IL 60197-6463

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY GROUP
PO BOX 650205
DALLAS, TX 75265-0205

Aashka Medical Group
4001 Saint Johns Circle
Carrollton, TX 75010-4238

Abshire Dietary Consultants
P.O. Box 1635
El Campo, TX 77437-1635

Acadia Marketing & Consulting
Paul Morgan
909 Corbett Drive
Norman, OK 73072-3727

Advanced Mobility Systems of Texas
Braun
2110 North Beach St
Fort Worth, TX 76111-6812

Affordable Dentures & Implants - Denton
2318 San Jacinto Blvd
Denton, TX 76205-7535

Aflac Worldwide Headquarters
Attn Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999-0001

Alco Sales & Service Co.
6851 High Grove Blvd
Burridge, IL 60527-9725

Aldinger
Chad Guthrie
1440 Prudential Dr
Dallas, TX 75235-4110

All Needz Plumbing
2705 Saint Louis Ave
Fort Worth, TX 76110-3343

Allegiance Ambulance
PO Box 4320
Houston, TX 77210-4320

Alleon Capital Partners LLC
c/o Buffey E. Klein
Husch Blackwell LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201-2467

| | | |
|---|---|---|
| Alliance Insurance Partners<br>941 Oak St<br>Eugene, OR 97401-3105 | Alliant Insurance Services Houston LLC<br>PO Box 840919<br>Dallas, TX 75284-0919 | Allscripts<br>24630 Network Place<br>Chicago, IL 60673-1246 |
| American Commercial Equipment Co LLC<br>P.O. Box 773<br>Granbury, TX 76048-0773 | American Diagnostic Services<br>PO Box 62510<br>Baltimore, MD 21264-2510 | American Express<br>P.O. Box 36001<br>Fort Lauderdale, FL 33336-0001 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Scale Company<br>3872 SH 64 W Suite 301<br>Tyler, TX 75704 | Amerita Inc<br>2101 Donley Dr<br>Austin, TX 78758-4512 |
| Area Metropolitan Ambulance Authority<br>d.b.a. MedStar<br>2900 Alta Mere Drive<br>Fort Worth, TX 76116-4115 | Argee Mechanical, LLC<br>3831 FM 2181 Suite 106<br>Corinth, TX 76210-4205 | Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179-0311 |
| Attis Healthcare LLC<br>12540 Broadwell Rd.<br>Milton, GA 30004-6406 | Aurous International<br>60 Walnut Ave<br>Clark, NJ 07066-1649 | Auto-Chlor<br>P.O. Box 669126<br>Dallas, TX 75266-9126 |
| Beard,Kultgen,Brophy<br>Bostwick&Dickerson<br>220 South 4th Street Waco, TX 76701-2225 | BioSTAT<br>4841 Keller Springs Rd<br>Addison, TX 75001-5912 | BioStat Imaging, LLC<br>Ronna Brooks<br>4841 Keller Springs Rd<br>Addison, TX 75001-5912 |
| Biomedical Waste Solutions<br>PO Box 1147<br>Port Neches, TX 77651-1147 | Blackall Mechanical Inc.<br>3724 Arapaho Rd<br>Addison, TX 75001-4311 | Blue Cross Blue Shield of Texas<br>PO Box 731428<br>Dallas, TX 75373-1428 |
| Blue Cross Blue Shield of Texas<br>Health Care Service Corporation<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | Elizabeth Nicolle Boydston<br>Gutnicki LLP<br>10440 North Central Expressway<br>Suite 800<br>Dallas, TX 75231-2264 | Brisk Mechanical Services LLC.<br>7708 Pinehurst Dr. West<br>Fort Worth, TX 76134-4411 |
| Buckeye Cleaning Centers<br>PO Box 840002<br>Kansas City, MO 64184-0002 | Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Ave.<br>Ste 1400<br>Austin, TX 78701-4093 | C & L Refrigeration<br>P.O. Box 2319<br>Brea, CA 92822-2319 |
| C&B Lawn Care - Chris Sedberry<br>Chris Sedberry<br>512 Bent Oak Drive<br>Fort Worth, TX 76131-4228 | CMMS Corridor Mobile Medical Services<br>PO Box 643<br>San Marcos, TX 78667-0643 | CMS Mechanical Services, Inc.<br>Erica Pace<br>5000 Energy Place Bldg 100<br>Denton, TX 76207-3527 |

| | | |
|---|---|---|
| CNA Surety<br>CNA Surety Direct Bill<br>PO Box 957312<br>St Louis, MO 63195-7312 | CPro Associates Inc.<br>15660 N Dallas Parkway<br>Dallas, TX 75248-3348 | Calderon Textiles<br>PO Box 1627<br>Indianapolis, IN 46206-1627 |
| Cantwell Power Solutions, LLC<br>6413 Midway Rd suite<br>Haltom City, TX 76117-5302 | Care One Communications LLC<br>Fernando Munoz<br>PO Box 153122<br>Dallas, TX 75315-3122 | Care Trips LLC<br>1616 Gateway Blvd., Suite B<br>Richardson, TX 75080-3529 |
| Care Trips, LLC<br>c/o Amber Welock, Welock Law, PC<br>13155 Noel Road, Suite 900<br>Dallas, TX 75240-6882 | CareFlite<br>3110 S Great Southwest Parkway<br>Grand Prairie, TX 75052-7238 | CareNow (GA)<br>PO Box 743571<br>Atlanta, GA 30374-3571 |
| Carenow Corporate<br>P.O. Box 9101<br>Coppell, TX 75019-9494 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>2608 Hibernia, Suite 105<br>Dallas, TX 75204-2514 | Check Mate Service Line<br>PO Box 41582<br>Providence, RI 02940-1582 |
| Choice Clinical Laboratory INC<br>2329 West Parker Road<br>Carrollton, TX 75010-4713 | City Ambulance Service<br>PO Box 691067<br>Houston, TX 77269-1067 | City Of Carrollton<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| City Of Carrollton<br>c/o John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | City of Carrollton<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Dallas, TX 75207-2277 | City of Carrollton<br>PO Box 115120<br>Carrollton, TX 75011-5120 |
| City of Carrollton - Fire Permit<br>1945 E Jackson Road<br>Carrollton, TX 75006-1737 | City of Carrollton -Alarm Permit<br>Alarm Permit<br>Dallas, TX 75222-4863 | City of Carrollton Environmental Serv.<br>Environmental Services<br>P.O. Box 115125<br>Carrollton, TX 75011-5125 |
| City of Carrollton Environmental Services<br>1945 E Jackson Road<br>Carrollton, TX 75006-1737 | City of Seguin<br>PO Box 591<br>Seguin, TX 78156-0591 | Colleyville Lofts Venture LLC<br>Attn: Accounting<br>Dallas, TX 75201 |
| Colonial Life<br>Premium Processing<br>P.O. Box 903<br>Columbia, SC 29202-0903 | Compass Wheelchair Transports<br>Carrie Nayes<br>385 CR 3060<br>Bonham, TX 75418-7306 | Complete ERC<br>3348 Darvany Drive<br>Dallas, TX 75220-1616 |
| Complete Supply, Inc.<br>1624 W Crosby St Suite 144<br>Carrollton, TX 75006-6676 | Core Transit South<br>PO Box 541355<br>Grand Prairie, TX 75054-1355 | Cornerstone Gardens LLP<br>PO Box 9005<br>Addison, TX 75001-9005 |

| | | |
|---|---|---|
| Cotton Commercial USA, Inc<br>Cotton Commercial USA Deposit Collection<br>PO Box 676549<br>Dallas, TX 75267-6549 | Cotton Commercial USA, Inc.<br>PO Box 676549<br>Dallas, TX 75267-6549 | Cotton Commercial USA, Inc.<br>840 W. Sam Houston Parkway N., Suite 225<br>Houston, TX 77024-4639 |
| Crest Healthcare Supply<br>PO Box 727<br>Dassel, MN 55325-0727 | Crown Shields Transport, LLC<br>Victor<br>11617 Lake Front Drive<br>Frisco, TX 75036-7693 | Crystal & Company<br>32 Old Slip, 18th Floor<br>New York, NY 10005 |
| DLH Plumbing Services<br>3738 FM 467<br>Seguin, TX 78155-0876 | DNA Plumbing Services Ft. Worth<br>3807 Parchman Street<br>North Richland Hills, TX 76180-8853 | Dallas County<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Dallas Life Support Systems Inc.<br>7440 Whitehall St.<br>Richland Hills, TX 76118-6426 | Dallas Medical Center<br>PO Box 678621<br>Dallas, TX 75267-8621 | Dallas Tap Dazzlers<br>Candy Kelley<br>756 Marlee Circle<br>Coppell, TX 75019-5212 |
| Dalworth Restoration<br>12750 S Pipeline Rd<br>Euless, TX 76040-5248 | Danny Skaggs Company Inc. dba Pharmacy Unlim<br>12801 Wetmore Rd<br>San Antonio, TX 78247-3628 | Dans Electronics<br>4945 Reynolda Rd<br>Winston-Salem, NC 27106-9643 |
| Denton County Tax Office<br>Mary and Jim Horn Government Center<br>1505 E. McKinney Street<br>Denton, TX 76209-4525 | Desmonds Elite Estimating and Restorat<br>2315 Brookview Dr<br>McKinney, TX 75072-3845 | Diagnostex Consultants<br>8913 Mid Cities Blvd<br>North Richland Hills, TX 76182-4912 |
| Diagnostic Image Plus<br>3022 Motley Drive<br>Mesquite, TX 75150-3440 | Diagnostic Laboratories & Radiology<br>2820 N Ontario Street<br>Burbank, CA 91504-2015 | Digital Verdict, Inc.<br>901 Main Street<br>Dallas, TX 75202-3711 |
| Direct Energy Business<br>PO Box 660749<br>Dallas, TX 75266-0749 | Direct Energy Business, LLC<br>c/o Nicholas R. Lawson, McDowell Hetheri<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Direct Service Air & Plumbing LLC<br>PO Box 3060<br>Waxahachie, TX 75168-3060 |
| Direct Supply, Inc.<br>Box 88201<br>Milwaukee, WI 53288-0201 | Dr. Vaqar Dar<br>5625 Champions Dr.<br>Plano, TX 75093-4229 | ENGIE Resources LLC<br>c/o Matthew W. Bourda, McDowell Hetherin<br>1001 Fannin Street, Suite 2400<br>Houston, TX 77002-6706 |
| Elite Document Technology<br>400 N. Saint Paul St.<br>Dallas, TX 75201-6881 | Elliot Greenleaf P.C.<br>925 Harvest Drive<br>Blue Bell, PA 19422-1956 | Elliott Greenleaf, P.C.<br>Attn: John P. Elliot<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422-1956 |

| | | |
|---|---|---|
| Engie Resources<br>PO Box 841680<br>Dallas, TX 75284-1680 | Environmental Services Department<br>1945 E. Jackson Rd<br>Carrollton, TX 75006-1737 | Ewald Commercial Kitchen Repair<br>P.O. Box 311<br>Seguin, TX 78156-0311 |
| Exceeds Construction<br>6724 Marvin Brown St<br>Fort Worth, TX 76179-3340 | Exponent Technologies, Inc.<br>4970 Landmark Place<br>Dallas, TX 75254-6905 | FPC Office Solutions<br>Joe<br>2035 Royal Lane, Suite 202<br>Dallas, TX 75229-7205 |
| Farmer Brothers<br>P.O. Box 732855<br>Dallas, TX 75373-2855 | Firestone (Credit First)<br>PO Box 81344<br>Cleveland, OH 44188-0001 | Firetrol Protection Systems Inc<br>105 Windy Meadows Dr<br>Schertz, TX 78154-1361 |
| Antonio A. Flores<br>214 North Camp Street<br>Seguin, TX 78155-5631 | Fort Worth Internal Medicine<br>650 St. Louis Ave.<br>Fort Worht, TX 76104-3346 | Frontier<br>PO Box 740407<br>Cincinnati, OH 45274-0474 |
| Frontier Communications 1215<br>P.O. Box 740407<br>Cincinnati, OH 45274-0407 | Alejandra Garcia Castro<br>Husch Blackwell LLP<br>1900 N. Pearl Street<br>Ste 1800<br>Dallas, TX 75201-2467 | Glass Doctor Special Operations<br>2001 Midway Road<br>Carrollton, TX 75006-4959 |
| Goodman Air Conditioning & Heating<br>1600 Clovis Barker Road, Suite 301<br>San Marcos, TX 78666-5392 | Gorman Mechanical<br>1624 SE Parkway<br>Azle, TX 76020-3923 | Grainger<br>Dept 880129333<br>Kansas City, MO 64141 |
| Green Light Group, LLC<br>13821 Diplomat Drive<br>Farmers Branch, TX 75234-8813 | Green Mountain Energy Dept 1233<br>P.O. Box 121233<br>Dallas, TX 75312-1233 | Griffin Financial Group LLC<br>620 Freedom Business Center<br>King Of Prussia, PA 19406-1330 |
| Guadalupe Regional Medical Center<br>1215 E. Court Street<br>Seguin, TX 78155-5129 | HD Supply<br>Alexis Winkelhorst<br>PO Box 509058<br>San Diego, CA 92150-9058 | Hagar Restaurant Service LLC<br>6200 N. W. 2nd St<br>Oklahoma City, OK 73127-6520 |
| Haigood & Campbell<br>9911 E Bankhead Hwy<br>Aledo, TX 76008-2627 | Harvest Fresh Juice, LLC<br>P.O. Box 239<br>Hallsville, TX 75650-0239 | HealthDrive Podiatry and Dental Group<br>100 Crossing Blvd<br>Framingham, MA 01702-5555 |
| Healthline Medical Equipment Inc<br>PO Box 4847<br>Wichita Falls, TX 76308-0847 | Heritage Food Service Group Inc.<br>5130 Executive Blvd<br>Fort Wayne, IN 46808-1149 | Hill-Rom Company Inc<br>PO Box 643592<br>Pittsburgh, PA 15264-3592 |

| | | |
|---|---|---|
| Hobart Service<br>5407 Bandera Rd<br>San Antonio, TX 78238-1980 | Homelink Corporations<br>2300 North Barrington Rd<br>Hoffman Estates, IL 60169-2082 | Husch Blackwell Law<br>111 Congress Avenue<br>Austin, TX 78701-4050 |
| IDCSERVCO Business Services<br>Andrew<br>2034 Contner Ave, 1st Floor<br>Los Angeles, CA 90025-5668 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | ISOLVED Benefit Services<br>Attn Finance<br>PO Box 889<br>Coldwater, MI 49036-0889 |
| Ida Butler Marshall<br>503 Haymeadow Dr<br>Wylie, TX 75098-4582 | Infinity Mechanical Services LLC<br>702 Ascot Park Dr.<br>Mansfield, TX 76063-5478 | Integrated Voice Systems<br>PO Box 33<br>Royse City, TX 75189-0033 |
| Internal Revenue Service<br>1100 Commerce Street<br>MC5026 DAL<br>Dallas, TX 75242 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Interstate Restoration, LLC<br>PO Box 734756<br>Chicago, IL 60673-4756 |
| Intrepid Technologies, Inc.<br>PO Box 55145<br>Little Rock, AR 72215-5145 | Iron Mountain INC<br>PO Box 915004<br>Dallas, TX 75391-5004 | JE Systems, Inc.<br>P.O. Box 6246<br>Fort Smith, AR 72906-6246 |
| JJJNEMT LLC<br>Jacky Jean-Julien<br>1741 Cross Creek Lane<br>Cleburne, TX 76033-1217 | JM Electronic Engineering, Inc.<br>P.O. Box 397<br>Round Rock, TX 78680-0397 | JRGoodwyn Building Services<br>2801 Beverly Drive<br>Denton, TX 76209-4775 |
| Janicek Law Firm PC<br>1100 NE Loop 410<br>San Antonio, TX 78209-1569 | Joe s Plumbing Service<br>901 Chestnut Ln<br>Saginaw, TX 76179-0975 | Joshuas Respiratory Care, Inc<br>1880 Shiloh Rd<br>Dallas, TX 75228 |
| Joyce Mallory<br>Sorrels Law<br>c/o Randall Sorrels & Tom Omondi<br>5300 Memorial Drive, Suite 270<br>Houston, TX 77007-8250 | KC Electric Systems<br>3333 Earhart Dr<br>Carrollton, TX 75006-5095 | KCI USA<br>P.O. Box 301557<br>Dallas, TX 75303-1557 |
| KG Services<br>PO Box 791<br>Haslet, TX 76052-0791 | KRS CARROLLTON, LLC<br>c/o Jeff Carruth<br>Weycer, Kaplan et al.<br>2608 Hibernia, Suite 105<br>Dallas, TX 75204-2514 | Kaliber Data Security & Compliance<br>50 Franklin Street<br>Boston, MA 02110-1306 |
| Karcher North America<br>DEPT CH 19244<br>Palatine, IL 60055-0001 | Kirby Restaurant & Chemical Supply<br>809 S Eastman Road<br>Longview, TX 75602-2303 | Kirby Restaurant & Chemical Supply<br>809 South Eastman Road<br>Longview, TX 75602-2303 |

| | | |
|---|---|---|
| Buffey E. Klein<br>Husch Blackwell<br>1900 N. Pearl Street<br>Suite 1800<br>Dallas, TX 75201-2467 | Knight Office Solutions, Inc<br>12961 Park Central, Suite 1470<br>San Antonio, TX 78216-2092 | Landmark Healthcare<br>Attn Michael Everage<br>3515 NW Jim Wright Freeway<br>Fort Worth, TX 76106-3200 |
| Lawn & Landcare<br>515 N. Kealy Avenue<br>Lewisville, TX 75057-3129 | Lawn Pros, LLC<br>P.O. Box 1213<br>Colleyville, TX 76034-1213 | Lawns by the Yard<br>PO Box 311125<br>New Braunfels, TX 78131-1125 |
| Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 | Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Life Cycle Dental<br>6618 Fossil Bluff Drive<br>Fort Worth, TX 76137-7533 |
| LifeLine EMS<br>Carrie Nayes<br>385 CR 3060<br>Bonham, TX 75418-7306 | Liquid Environmental Solutions<br>PO Box 733372<br>Dallas, TX 75373-3372 | Lola Lorena Ltd. Co.<br>2016 Glenco Terrace<br>Fort Worth, TX 76110-1704 |
| Lolita London<br>5168 Reed Dr<br>The Colony, TX 75056-1213 | Lone Star Fire & First Aid<br>449 Culebra Road<br>San Antonio, TX 78201-6418 | Loose Screws, LLC<br>1547 Tiffany Court<br>Grapevine, TX 76051-6600 |
| (p)MIRANDA M WILLIAMS LLC<br>ATTN MIRANDA M WILLIAMS<br>7613 PROVIDENCE DR<br>ROWLETT TX 75089-3905 | Thomas A. Mackey<br>2883 Palomino Springs<br>Bandera, TX 78003-3591 | Manage Meds LLC<br>P.O. Box 377<br>Mason, OH 45040-0377 |
| Manage Meds, LLC<br>29924 Network Place<br>Chicago, IL 60673-1299 | Management and Network Services<br>6500 Emerald Parkway<br>Dublin, OH 43016-7460 | Manuel & Sons A/C<br>10802 Hillpoint<br>San Antonio, TX 78217-2866 |
| Aimee E. Marcotte<br>Pope Hardwicke Christie Schell Kelly & T<br>500 W. 7th St., Suite 600, Fort Worth, T<br>Fort Worth, TX 76102-4995 | Markham Restaurant Supply Co., Inc.<br>420 South Fresno Street<br>Fort Smith, AR 72916-8005 | Marshall Shredding<br>Co. Rob Greenfield<br>PO Box 91139<br>San Antonio, TX 78209-9096 |
| Mas Vida Health Care Solutions<br>133 Nursery Ln<br>Fort Worth, TX 76114-4334 | MassMutual Financial Group<br>P.O. Box 371368<br>Pittsburgh, PA 15250-7368 | Massoud Furniture<br>8351 Moberly Lane<br>Dallas, TX 75227-2316 |
| Med-Pass Inc.<br>L-3495<br>Columbus, OH 43260-0001 | Medical Equipment Services, Inc.<br>P.O. Box 157<br>Holly Springs, NC 27540-0157 | Medical Transportation Solutions<br>Samuel Alexander<br>2033 Jack County Road<br>Forney, TX 75126-5149 |

| | | |
|---|---|---|
| Medina Valley Security, Inc.<br>Brad or Nikki<br>PO Box 1030<br>Lytle, TX 78052-1030 | MedixCar LLC<br>7309 Big Bend Ct.<br>Fort Worth, TX 76137-4448 | MedixCar, LLC<br>c/o Robert A. Simon, Whitaker Chalk<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102-4135 |
| Medixcar, LLC<br>c/o Robert A. Simon<br>Whitaker Chalk Swindle & Schwartz PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102-4135 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 | Medline Industries, Inc.<br>Dept 1080<br>Dallas, TX 75312-0001 |
| Michael Lynch & Associates, Inc.<br>911 NW Loop 281<br>Longview, TX 75604-2900 | (p)MID SOUTH FIRE SOLUTIONS LLC<br>669 AERO DRIVE<br>SHREVEPORT LA 71107-6653 | Mid-South Fire Solutions, LLC<br>Jada Rambin<br>669 Aero Drive<br>Shreveport, LA 71107-6943 |
| Montgomery Capital Advisers LLC<br>2500 Dallas Parkway<br>Plano, TX 75093-4867 | Montgomery Coscia Greilich, LLP<br>2500 Dallas Parkway<br>Plano, TX 75093-4872 | More Power Vent Cleaning<br>P.O. Box 8141<br>Fort Worth, TX 76124-0141 |
| Mountain Electronics Inc<br>621 Micaville Loop<br>Burnsville, NC 28714-0829 | Christopher S. Murphy<br>Texas Attorney General's Office<br>PO Box 12548<br>Austin, TX 78711-2548 | (p)NORTH TEXAS FIRE SYSTEMS LLC<br>PO BOX 880<br>SANGER TX 76266-0880 |
| NTTA North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244 | National Seating & Mobility Inc.<br>2211 Denton Dr<br>Austin, TX 78758-4532 | Netsmart Technologies, Inc.<br>PO Box 713519<br>Philadelphia, PA 19171-3519 |
| New Benefits Ltd.<br>PO Box 803475<br>Dallas, TX 75380-3475 | New Source Medical<br>9913 Shelbyville Road<br>Lousiville, KY 40223-2904 | New Source Medical<br>9913 Shelbyville Rd<br>Louisville, KY 40223-2904 |
| North American Administrators<br>1826 Elm Hill Pike<br>Nashville, TN 37210-3710 | Northwest Engravers<br>3300 Cherry Lane<br>Fort Worth, TX 76116-6405 | O.G. Motor Garage<br>Walter O. Serrano<br>2244 Larson Lane<br>Dallas, TX 75229-2042 |
| Occupational Health Solutions<br>PO Box 12089<br>Fort Worth, TX 76110-8089 | Office of the Attorney General<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, NW<br>Washington, DC 20530-0001 | Office of the United States Attorney<br>1100 Commerce Street, 3rd Floor<br>Dallas, TX 75242-1074 |
| One Hour Air Conditioning and Heating<br>2535 Brennan Avenue<br>Fort Worth, TX 76106-8408 | Optima Healthcare Solutions, LLC.<br>Net Health Systems, Inc<br>PO Box 72046<br>Cleveland, OH 44192-0002 | Orkin<br>3330 Keller Springs RD<br>Carrollton, TX 75006-5053 |

| | | |
|---|---|---|
| OshaksCare Solutions<br>Sunkanmi Oshakuade<br>8101 Boat Club Road, Suite 210<br>Fort Worth, TX 76179-3631 | PC Liquidations<br>140 Stockton St<br>Jacksonville, FL 32204-1736 | PRI/SMMPP, LLC<br>10860 N Mavinee Drive<br>Oro Valley, AZ 85737-9526 |
| (p)PROFESSIONAL IMAGING LLC<br>ATTN PROFESSIONAL IMAGING<br>6078 BRIDGEVIEW DR<br>VENTURA CA 93003-1126 | PSI Premier Specialties Inc.<br>dba Medical Express PSI<br>8800 Shoal Creek Blvd B<br>Austin, TX 78757-6818 | PWS, Inc.<br>12020 Garfield Ave<br>South Gate, CA 90280-7823 |
| Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Parts Town, LLC<br>27787 Network Place<br>Chicago, IL 60673-1277 | Harrison Pavlasek<br>Forshey Prostok LLP<br>777 Main St.<br>Suite 1550<br>Fort Worth, TX 76102-5384 |
| Performance Foodservice<br>524 West 61st Street<br>Shreveport, LA 71106-2513 | Performance Health<br>28100 Torch Pkwy<br>Warrenville, IL 60555-4030 | PharmScript LLC<br>PO Box 6042<br>Somerset, NJ 08875-6042 |
| Pharmacy Unlimited<br>PO Box 592602<br>San Antonio, TX 78259-0179 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 | Pitts Birdsong Fennell & Assc.<br>12770 Coit Road<br>Dallas, TX 75251-1456 |
| PointClick Care Technologies INC<br>Wescom Solutions Inc.<br>PO Box 674802<br>Detroit, MI 48267-4802 | PointClick Care Technologies Inc.<br>PO Box 674802<br>Detriot, MI 48267-4802 | Portable Diagnostic Services Inc<br>3022 Motley Dr<br>Mesquite, TX 75150-3440 |
| Porter Law Firm<br>The Porter Law Firm P.C.<br>3311 Woods Blvd<br>Tyler, TX 75707-1657 | Precision Environmental Services<br>516 Forest Trail<br>Argyle, TX 76226-6704 | Precision Plumbing Dallas<br>809 Woodbridge Pkwy<br>Wylie, TX 75098-7148 |
| Premier Irrigation Services<br>881 Encino Drive<br>New Braunfels, TX 78130-6648 | Primary Health<br>PO Box 743571<br>Atlanta, GA 30374-3571 | Primary Health-SMMPP<br>1661 N Swan Road<br>Tucson, AZ 85712-4042 |
| ProToCall<br>303 W Loop 281<br>Longview, TX 75605-4470 | Prospera NPWT, LLC<br>c/o Dan McCaughey<br>7606 Claret Avenue<br>Baton Rouge, LA 70809-1584 | Jeff P. Prostok<br>Forshey Prostok LLP<br>777 Main Street<br>Suite 1550<br>Fort Worth, TX 76102-5384 |
| Purchase Power<br>Pitney Bowes<br>1 Elmcroft Road<br>Stamford, CT 06926-0700 | Pye-Barker Fire & Safety, LLC<br>Katie Franke<br>PO Box 735358<br>Dallas, TX 75373-5358 | Quality HVAC & Refrigeration LLC<br>105 Picasso Dr<br>San Marcos, TX 78666-9518 |

| | | |
|---|---|---|
| Quatro Tax LLC<br>3909 Hulen Street, Suite 100<br>Forth Worth, TX 76107-7225 | Quatro Tax LLC<br>3909 Hulen Street<br>Fort Worth, TX 76107-7225 | Quatro Tax, LLC<br>c/o ForsheyProstok, LLP<br>777 Main Street Suite 1550<br>Fort Worth, TX 76102-5384 |
| Quintairos, Prieto, Wood and Boyer PA<br>9300 South Dadeland Blvd, 4th Floor<br>Miami, FL 33156-2748 | Quintairos, Prieto, Wood and Boyer PA<br>c/o Frank Alvarez, Esq.<br>1700 Pacific Ave., Suite 4545<br>Dallas, TX 75201-4641 | RC Practitioners, PLLC<br>Mickey Rixo<br>4251 FM 2181<br>Corinth, TX 76210-4219 |
| Radwell International LLC<br>3401 Ave. E East<br>Arlington, TX 76011-5234 | Alexandria Rahn<br>Gutnicki LLP<br>10440 N. Central Expressway<br>Suite 800<br>Dallas, TX 75231-2264 | RedGuard, LLC<br>PO Box 733895<br>Dallas, TX 75373-3895 |
| Reeder Distributors, Inc.<br>Kimberly McDaniel<br>PO Box 225264<br>Dallas, TX 75222-5264 | Reinhart Foodservice<br>524 West 61st Street<br>Shreveport, LA 71106-2513 | Reinhart Foodservice Louisiana, LLC<br>Kohner Mann and Kailas S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212-1991 |
| Remarkable Healthcare of Carrollton, LP<br>4501 Plano Parkway<br>Carrollton, TX 75010-4971 | Replacement Remotes<br>Rita Pleimann<br>4945 Reynolda Road<br>Winston Salem, NC 27106-9643 | Reserve Capital Group<br>100 Overlook Center<br>Princeton, NJ 08540-7814 |
| Roder Construction Group, LLC<br>2609 Oak Blossom Drive<br>McKinney, TX 75071-6776 | SERVPRO of Carrollton<br>3033 Kellway Dr. Suite 124<br>Carrollton, TX 75006-2505 | SNF Receivable Solutions Ann Trimble<br>PO Box 498950<br>Cincinnati, OH 45249-8950 |
| SRP Environmental LLC<br>348 Aero Drive<br>Shreveport, LA 71107-6704 | (p)STERICYCLE INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 | Safe Air Conditioning<br>1846 E Rosemeade Pkwy<br>Carrollton, TX 75007-2637 |
| Saltmarsh Cleaveland and Gund<br>PO Drawer 13207<br>Pensacola, FL 32591-3207 | Sash Healthcare Service<br>Dr. Shay Maya<br>5930 Royal Lane, E119<br>Dallas, TX 75230-3849 | Scrubs On Wheels<br>1730 GATEWAY CT<br>ELKHART, IN 46514-8217 |
| Searcy & Searcy PC<br>PO Box 3929<br>Longview, TX 75606-3929 | Sherwin Williams Suite 707460<br>4229 Midway Road<br>Carrollton, TX 75007-1956 | ShredAmerica Texas LLC<br>Jason McCray<br>3831 FM 2181, Suite 103<br>Corinth, TX 76210-4205 |
| Robert A. Simon<br>Whitaker Chalk Swindle & Schwartz, PLLC<br>301 Commerce Street<br>Suite 3500<br>Fort Worth, TX 76102-4135 | Simple LTC - EZ PBJ<br>2435 N Central EXPWY<br>Richardson, TX 75080-2753 | Simply Work<br>PO Box 2172<br>Neenah, WI 54957-2172 |

| | | |
|---|---|---|
| SiteBox Storage<br>Brandon Devlin<br>4340 S West St.<br>Wichita, KS 67217-3816 | Smarter Shredding INC<br>4851 Lyndon B Johnson Fwy<br>Dallas, TX 75244-6004 | Sorrels Law<br>Randall Sorrels and Tom Omondi<br>5300 Memorial Drive, Suite 270<br>Houston, TX 77007-8250 |
| Spectrum<br>8260 13 009 210 0034<br>P.O. Box 60074<br>City Of Industry, CA 91716-0074 | Steckler PLLC<br>12720 Hillcrest rd<br>Dallas, TX 75230-2035 | StripingLot<br>2630 N. I35E<br>Carrollton, TX 75007-4404 |
| Summit LTC Management<br>1320 S. University Drive<br>Fort Worth, TX 76107-5764 | Sweet C Transportation Services<br>2105 Dorothy Lane<br>Azle, TX 76020-2034 | Szaferman, Lakind, Blumstein & Blader, P.C.<br>101 Grovers Mill Rd<br>Lawrenceville, NJ 08648-4706 |
| T.E. HVAC Services, LLC<br>704 S Hampshire St<br>Saginaw, TX 76179-2100 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 |
| (p)TIGER SANITATION LLC<br>ATTN COLLECTIONS<br>PO BOX 200143<br>SAN ANTONIO TX 78220-0143 | Tamara Bonnet, RHIA<br>Health Information Consultation Services<br>2901 Saint Andrews<br>Richardson, TX 75082-3209 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O John Kendrick Turner<br>2777 North Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Taylor Sudden Service, Inc.<br>5136 Sun Valley Dr<br>Fort Worth, TX 76119-6410 | Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Master Locksmiths and Security Sol<br>Stephanie Ewen<br>3044 Old Denton Rd. Suite 111-186<br>Carrollton, TX 75007-5016 |
| Texas Radiology Associates<br>1820 Preston Park Blvd<br>Plano, TX 75093-3656 | Texas Winds Musical Outreach Inc<br>PO Box 797811<br>Dallas, TX 75379-7811 | Texas Workforce Commission<br>TEC Building  Bankruptcy<br>101 East 13th Street<br>Austin TX 78778-0001 |
| Whitney Tharpe<br>DOJ-USAO<br>110 N. College<br>Ste 700<br>Tyler, TX 75702-7237 | The Copier Guy<br>Mark Winkler<br>PO Box 542961<br>Dallas, TX 75354-2961 | The County of Denton, Texas<br>McCreary Veselka Bragg & Allen, P.C.<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| The County of Denton, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The County of Guadalupe, Texas<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The Flying Locksmiths - Fort Worth<br>4364 Western Center Blvd<br>Fort Worth, TX 76137-2043 |
| The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | The Messina Law Firm PC<br>5910 N Central Expressway<br>Dallas, TX 75206-5165 | The PICC Team DFW<br>4500 Northside Drive<br>Amarillo, TX 79108-6614 |

| | | |
|---|---|---|
| The Sherwin Williams<br>6420A Denton Hwy<br>Watauga, TX 76148-2539 | Three D Lawn Care LLC<br>3681 Agnes Circle<br>Springtown, TX 76082-5781 | Time Warner Cable<br>PO Box 60074<br>City Of Industry, CA 91716-0074 |
| Time Warner Cable Business<br>P.O. Box 60074<br>City of Industry, CA 91716-0074 | Titan Air Solutions<br>Reggie<br>1923 Golden Heights Rd, Suite 204<br>Fort Worth, TX 76177-7004 | Totalcare Comprehensive Home Health<br>401 E Front St<br>Tyler, TX 75702-8250 |
| Trans-Care Medical Transport<br>PO Box 14274<br>Fort Worth, TX 76117-0274 | Tri-Sate Fleet Management LLC<br>12621 N Saginaw Blvd<br>Fort Worth, TX 76179-9472 | John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Turner Stone & Company, LLP<br>attn E. Todd Estes<br>12700 Park Central Drive suite 1400<br>Dalals, TX 75251-1507 | Turner, Stone & Company LLP<br>12700 Park Central Drive Suite 1400<br>Dallas, TX 75251-1507 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Department of Justice<br>Tax Division<br>David G. Adams<br>717 N. Harwood, Suite 400<br>Dallas, TX 75201-6506 | U.S. Infusion, Inc.<br>Stoney Nosal<br>4904 Williams Rd.<br>Benbrook, TX 76116-8816 | U.S. Postal Service<br>4600 Mark IV Parkway<br>Fort Worth, TX 76161-9804 |
| UNUM Life Insurance Company of America<br>RMC<br>Annamarie Lavigne<br>Woburn, MA 01888 | US Foods, Inc.<br>Fish License Suite 17108<br>Dallas, TX 75284-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United Seating & Mobility<br>P.O. Box 790051<br>Saint Louis, MO 63179-0051 | Unlimited Air Conditioning & Heating<br>Frank Mariscal<br>P.O. Box 3711<br>Dallas, TX 75208-1011 | VOHRA Wound Physicians<br>PO Box 742712<br>Atlanta, GA 30374-2712 |
| Vanguard Vascular & Vein<br>7700 Lakeview Parkway<br>Rowlett, TX 75088-4362 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Vectra RX LLC<br>1661 N Swan Road<br>Tucson, AZ 85712-4042 |
| WC of Texas<br>PO Box 742695<br>Cincinnati, OH 45274-2695 | Mark A WEISBART (SBRA V)<br>Subchapter V Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 | WMK, LLC- Mobility Works<br>4150 Interstate 30<br>Mesquite, TX 75150-2058 |
| WellSky Corporation<br>11300 Switzer Road<br>Overland Park, KS 66210-3665 | Wick Phillips Gould & Martin, LLP<br>3131 McKinney Ave<br>Dallas, TX 75204-7426 | Williamsons AC Contracting<br>8200 White Settlement Rd<br>White Settlement, TX 76108-1603 |

| | | |
|---|---|---|
| Windstream<br>P.O. Box 9001013<br>Louisville, KY 40290-1013 | WoundKair Concepts, Inc.<br>7535 Benbrook Parkway<br>Benbrook, TX 76126-2127 | Zoom Video Communications Inc.<br>55 Almaden Blvd<br>San Jose, CA 95113-1685 |
| Zthernet, LLC<br>600 E. John Carpenter Frwy, Suite 300<br>Irving, TX 75062-4155 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ACADIAN AMBULANCE SERVICE INC<br>ATTN JESSE PROCTOR<br>P O BOX 98000<br>LAFAYETTE LA 70509-8000 | IPFS CORPORATION<br>30 MONTGOMERY STREET, SUITE 1000<br>JERSEY CITY NJ 07302-3836 | MIRANDA M WILLIAMS LLC<br>ATTN MIRANDA M WILLIAMS<br>7613 PROVIDENCE DR<br>ROWLETT TX 75089-3905 |
| Medline Industries, Inc.<br>PO Box 121080<br>Dallas, TX 75312 | Mid South Fire Solutions, LLC<br>669 Aero Drive<br>Shreveport, LA 71107-6943 | NORTH TEXAS FIRE SYSTEMS LLC<br>PO BOX 880<br>SANGER TX 76266-0880 |
| PROFESSIONAL IMAGING LLC<br>ATTN PROFESSIONAL IMAGING<br>6078 BRIDGEVIEW DR<br>VENTURA CA 93003-1126 | STERICYCLE INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECT<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | TIGER SANITATION LLC<br>ATTN COLLECTIONS<br>PO BOX 200143<br>SAN ANTONIO TX 78220-0143 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Alleon Capital Partners, LLC<br>c/o Buffey E. Klein<br>Husch Blackwell LLP<br>1900 N. Pearl Street, Suite 1800<br>Dallas, TX 75201-2467 | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (u)Case 24-40605 |
| (d)Complete ERC<br>3348 Darvany Dr.<br>Dallas, TX 75220-1616 | (d)Direct Energy Business<br>P.O. Box 660749<br>Dallas, TX 75266-0749 | (d)Engie Resources<br>P.O. Box 841680<br>Dallas, TX 75284-1680 |

| | | |
|---|---|---|
| (u)United States Department of Health and Hum | (u)KRS Carrollton, LLC | (u)Kilgore Property Management LLC |
| (d)Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | (d)Performance Foodservice<br>524 West 61st street<br>Shreveport, LA 71106-2513 | (d)Pharmacy Unlimited<br>PO Box 592602<br>San Antonio, TX 78259-0179 |
| (u)Texas Health and Human Services Commission | (d)The PICC Team DFW<br>4500 Northside Dr.<br>Amarillo, TX 79108-6614 | (d)Three D Lawn Care LLC<br>3681 Agnes Circle<br>Springtown, TX 76082-5781 |

End of Label Matrix
Mailable recipients   363
Bypassed recipients    15
Total                 378

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § <br>    REMARKABLE HEALTHCARE OF § <br>    CARROLLTON, LP *et al.* § <br>       Debtor(s). § <br> § | Case No. 24-40605 <br> **EXPEDITED HEARING SET** |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING REGARDING:**

**(I)** **THIRD MOTION TO (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING APRIL 19, 2024 PAYROLL) (DOCKET NO. 187) AND**

**(II)** **FOURTH MOTION (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING MAY 3, 2024 PAYROLL) (DOCKET NO. 188)**

On this date came on for consideration the above-captioned Motion to Expedite Hearing (Docket No. 189) regarding the above-captioned motions. The Court finds and concludes that sufficient cause exists to set an expedited hearing.

IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the above-captioned motions, Docket Nos. 187, 188, on the date set in this order and/or on the docket of this case.

KRS Carrollton LLC et al. is response for service this Order and/or providing notice.

Dated: _____

_____
THE HONORABLE BRENDA. T. RHOADES
UNITED STATES BANKRUPTCY JUDGE