UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   REMARKABLE HEALTHCARE OF CARROLLTON, LP *et al.* | § § § | Case No. 24-40605 |
|     Debtor(s). | § § | **EXPEDITED HEARING SET** |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING REGARDING:**

**(I)   THIRD MOTION TO (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING APRIL 19, 2024 PAYROLL) (DOCKET NO. 187) AND**

**(II)   FOURTH MOTION (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING MAY 3, 2024 PAYROLL) (DOCKET NO. 188)**

On this date came on for consideration the above-captioned Motion to Expedite Hearing (Docket No. 189) regarding the above-captioned motions. The Court finds and concludes that sufficient cause exists to set an expedited hearing.

IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the above-captioned motions, Docket Nos. 187, 188, on the date set in this order and/or on the docket of this case.

KRS Carrollton LLC et al. is response for service this Order and/or providing notice.

Dated: _____

_____
THE HONORABLE BRENDA. T. RHOADES
UNITED STATES BANKRUPTCY JUDGE

**ORDER GRANTING MOTION FOR EXPEDITED HEARING— Page 1**
motion **expedite dip 003-004 4871-4545-3773 v.3** [6] 4870-2116-8567, v. 1