UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § <br> REMARKABLE HEALTHCARE OF § <br> CARROLLTON, LP *et al.* § <br> Debtor(s). § <br> § | Case No. 24-40605 <br> **EXPEDITED HEARING SET** |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING REGARDING:**

**(I)  THIRD MOTION TO (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING APRIL 19, 2024 PAYROLL) (DOCKET NO. 187) AND**

**(II) FOURTH MOTION (I) APPROVE INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) OBTAIN RELATED RELIEF (REGARDING MAY 3, 2024 PAYROLL) (DOCKET NO. 188)**

On this date came on for consideration the above-captioned Motion to Expedite Hearing (Docket No. 189) regarding the above-captioned motions. The Court finds and concludes that sufficient cause exists to set an expedited hearing.

**IT IS THEREFORE ORDERED THAT** the Court shall conduct an expedited hearing on the above-captioned motions, Docket Nos. 187, 188, on **July 9, 2024 at 09:30 a.m.** at 660 North Central Expressway**,** Third Floor Courtroom, Plano, Texas 75074

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this expedited hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 07/02/2024

*Brenda T. Rhoades*  SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE