UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   Remarkable Healthcare of | § | Case No. 24-40605 |
|   Carrollton, LP. *et al.* | § | (Jointly Administered) |
| | § | |
|   Debtor(s). | § | |

**OBJECTION TO GUTNICKI FIRST INTERIM FEE APPLICATION (RE: DOCKET NO. 196)**

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

KILGORE PROPERTY MANAGEMENT LLC, KRS CARROLLTON, LLC, KRS DALLAS, LLC, KRS FORT WORTH, LLC, and KRS SEGUIN, LLC (collectively, "KRS"), object to the first interim fee application of Gutnicki (Docket No. 196).

1. There is a mechanical problem with the fee application. Unfortunately, little or nothing lines up in the fee detail exhibit. The dates do not line up with the time entries and dollar amounts throughout. An example from Page 1 of the fee detail is below.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 3/22/2024 | transcript of the hearing on Motion to Vacate and the hearing on the Wages and Sanctions Motion (.4). | ARR | 1.50 | 742.50 |
| 3/22/2024 | Prepare for and argue at First Day Hearing on Wages and Sanctions, including extensive calls and negotiations with Whitney Tharpe, Trent Krienke, and Buffey Klein | LNB | 5.00 | 4,375.00 |
| 3/25/2024 | Prepare for hearing on Cash Collateral Motion. | ARR | 3.00 | 1,485.00 |
| 3/25/2024 | Negotiate with landlord and client regarding payment of payroll (1.1); and attend hearing on cash collateral motion (.8). | ARR | 1.90 | 940.50 |

2. The application cannot be fully evaluated until the fee detail spreadsheet is corrected.

3. Because this problem exists throughout the fee detail exhibit, and since the procedures permit a shortened 14-day objection period, the entire application should be denied without prejudice so that Gutnicki can simply try again and start over. Perhaps even, Gutnicki will conserve resources for all involved and simply withdraw Docket No. 196 and start over.

4. Otherwise, considering the extremely tenuous nature of these cases, no interim fees should be allowed.

5. No fees should be allowed and no payments should issue to Gutnicki because these cases are administratively insolvent.

6. No fees should be allowed and no payments should issue to Gutnicki unless and until administrative rent to KRS for each Debtor is paid in full.

7. John McPike has testified that each of the Debtors is responsible for the fees of that Debtor. The application fails to break down which of the Debtor(s) each unit of work was performed.

8. Gutmicki is not disinterested. No creditors or parties in interest are benefiting from these cases. Ms. Boydston has professed openly that the only reason to pursue the Seguin case is to protect the McPikes. Gutnikci should be disqualified and the retention revoked.

9. Gutnicki has provided no value to any of the estates, especially with respect to the three DFW debtors. To the contrary, these cases have cost KRS and other creditors substantial additional dollars in dealing with the inability of the Debtors to sustain operations

10. For example, Gutnicki has concealed from the Court and creditors the federal enforcement action that led to the closure of the Fort Worth facility.

11. On information and belief, other material details of the management of these Debtors are being concealed, and likely will be addressed at the other proceedings scheduled for July 22, 2024.

12. Additional objections with respect to individual line items appear in **Exhibit K047** attached hereto and incorporated by reference herein, which exhibit is a conversion of the fee detail exhibit from .pdf to .xlsx and which further highlights the column

alignment problem referenced and described in Paragraph No. 1 above. Additional objections will be made if and when the column alignment problem is corrected.

13. KRS reserves the right to amend and/or supplement this Objection prior to any hearing and/or when the fee detail exhibit is corrected.

## CONCLUSION AND PRAYER

WHEREFORE, KRS Carrollton LLC et al. respectfully requests that the Court deny the first interim fee application. Landlords respectfully request such other and further relief to which they are entitled at law or in equity.

Dated: July 16, 2024              Respectfully submitted:

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail:  jcarruth@wkpz.com

**ATTORNEYS FOR:**

**KILGORE PROPERTY MANAGEMENT LLC**
**KRS CARROLLTON, LLC**
**KRS DALLAS, LLC**
**KRS FORT WORTH, LLC**
**KRS SEGUIN, LLC**

## CERTIFICATE OF SERVICE

On July 16, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case to date through the ECF noticing system.

*/s/ Jeff Carruth*
JEFF CARRUTH

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| 3/20/2024 | Draft First Day Pleadings, including Wages Motion and Sanctions Motion. | ARR | 4.90 | 2,425.50 | **The sanctions motion was prepared already and filed originally in the -23 case. See 23-42098, Docket No. 110.** |
| 3/21/2024 | Prepare for emergency hearing on wages motion and sanctions motion. | ARR | 9.50 | 4,702.50 | This is substantial block time entry with insufficient detail for 9.5 hours. |
| 3/22/2024 | Updated first day motions to comply with court's formatting. | LCN | 2.50 | voluntarily written off | |
| 3/22/2024 | Attend hearing on Wages Motion and Sanctions Motion. | ARR | 2.40 | 1,188.00 | No description of any activity at the hearing, "attended" provides no information; overstaffing. |
| 3/22/2024 | Prepare for hearing on Wages Motion and Sanctions Motion. | ARR | 3.30 | voluntarily written off | |
| | Amend proposed orders on Joint Administration and Workforce/Wages Motion (.25); Draft and file request for emergency hearing on cash collateral motion (.75); and order transcript of the hearing on Motion to Vacate and the hearing on the Wages and Sanctions Motion (.4). | ARR | 1.50 | 742.50 | No objection on a 0.10 line item, but these entries add up to 1.4, not 1.5. |
| 3/22/2024 | Prepare for and argue at First Day Hearing on Wages and Sanctions, including extensive calls and negotiations with Whitney Tharpe, Trent Krienke, and Buffey Klein | LNB | 5.00 | 4,375.00 | |
| 3/25/2024 | Prepare for hearing on Cash Collateral Motion. | ARR | 3.00 | 1,485.00 | |
| 3/25/2024 | Negotiate with landlord and client regarding payment of payroll (1.1); and attend hearing on cash collateral motion (.8). | ARR | 1.90 | 940.50 | |
| 3/26/2024 | Prepare proposed order for Cash Collateral Motion and draft notice of hearing for status conference. | ARR | 1.50 | 742.50 | |
| 3/26/2024 | Review DIP Motion and Proposed Order filed by Landlord and provide feedback (.75); edit cash collateral motion (.75); and draft Utilities Motion (2.5). | ARR | 4.00 | 1,980.00 | |
| | draft motion to extend deadline to file Schedules and Statements and proposed order (1.0); draft utilities motion and corresponding proposed interim and final orders and utility provider list (4.8) | ARR | 5.80 | 2,871.00 | A utilities motions doesn't take 4.8 hours. Assembly of the provider list is administrative. |
| 3/27/2024 | Draft Cash Management Motion. | ARR | 0.40 | voluntarily written off | |
| 3/28/2024 | Draft Cash Management Motion and the proposed interim and proposed final orders. Draft Patient Confidentiality Motion and Proposed Order (1.0); and draft Insurance | ARR | 2.60 | 1,287.00 | |
| 3/28/2024 | Motion and Proposed Order. | ARR | 3.10 | voluntarily written off | |
| 3/29/2024 | Prepare Declaration of Electronic Filing for each of the Remarakble entities separately. | ARR | 1.20 | 594.00 | |
| | Research and prepare for final hearing on Wages Motion (3.2); and finalize Extension Motion, confer with U.S. Trustee regarding Extension Motion and Emergency Setting, and draft Request and proposed order for emergency hearing on the extension motion (2.5). | ARR | 5.70 | 2,821.50 | |
| 4/1/2024 | | | | | |
| 4/2/2024 | Prepare for final hearing on workforce motion. | ARR | 4.00 | voluntarily written off | |
| 4/2/2024 | Confer with client prior to and attend and argue at hearing on Final Order Granting Debtors' Workforce Motion. | ARR | 2.50 | 1,237.50 | |
| 4/2/2024 | Edit and file Schedules Extension Motion in each of the bankruptcy cases and submit proposed orders for each debtor to the Court. | ARR | 1.30 | 643.50 | |

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| 4/3/2024 | Amend final order granting workforce motion (.75); draft insurance motion | ARR | 3.60 | voluntarily written off | |
| 4/4/2024 | Draft Insurance Motion, prepare exhibit, and draft proposed order on insurance motion. Prepare for initial debtor interview, including filling out and compiling necessary | ARR | 2.40 | 1,188.00 | |
| 4/8/2024 | documents. | ARR | 7.60 | 3,762.00 | |
| 4/8/2024 | Finalize letter to CMS and related communications w/McPikes (.7); communications w/PCO (.1); attend to questions about initial IDI (.2) | LNB | 1.00 | 875.00 | |
| 4/10/2024 | Finalize Initial Debtor Interview documents and email them to U.S. Trustee. | ARR | 1.00 | 495.00 | |
| 4/10/2024 | Meet with representatives from Omni to discuss the Schedules and SOFAs. | ARR | 0.50 | 247.50 | |
| 4/10/2024 | Preparing Noticing Agent Application | LCN | 0.80 | 356.00 | |
| 4/11/2024 | Respond to email of a interested party that was notified about the bankruptcy case. | ARR | 0.20 | voluntarily written off | |
| 4/12/2024 | Prepare for and attend initial debtor interview. | ARR | 1.50 | 742.50 | |
| 4/15/2024 | Draft MTA for Fort Worth | LNB | 2.00 | 1,750.00 | |
| 4/15/2024 | Prepare Schedules, Statements of Financial Affairs, and Global Notes. | ARR | 2.90 | 1,435.50 | |
| 4/15/2024 | Meet with Debtors' representatives and Omni to discuss preparing Schedules and Statements. | ARR | 1.00 | 495.00 | |
| 4/16/2024 | Draft Subchapter V section 1188(c) status report. | ARR | 3.70 | 1,831.50 | Status report was excessive and provided nothing to the case. Status report was not addressed at hearing. |
| 4/16/2024 | Meet with representatives from Omni and the Debtors to go through and revise Schedules and Statements, and revise the Global Notes and file Schedules and Statements. | ARR | 6.60 | 3,267.00 | |
| 4/16/2024 | Finalize, final review of, and filing of Debtors' Schedules and SOFAs, including calls w/Omni | LNB | 1.40 | 1,225.00 | |
| 4/17/2024 | Draft Omni Retention Application. | ARR | 0.70 | 346.50 | |
| 4/19/2024 | Filing pleadings (.5); Returning calls from creditors (.5) | KJD | 1.00 | 205.00 | |
| Date | Description | Initials | Hours | Amount | |
| 4/22/2024 | Attend 341 meeting | LNB | 1.00 | 875.00 | |
| 4/24/2024 | Prepare Declarations regarding Schedules and Statements to be filed in each of the Debtors' cases. | ARR | 0.90 | 445.50 | |
| 4/25/2024 | Prepare and filed declarations for electronic filing in support of Schedules and Statements. Confer with Barbara Pelaez, Debtors' state court defense counsel, regarding the status of | ARR | 0.30 | 148.50 | |
| 4/25/2024 | the bankruptcy cases. | ARR | 0.50 | 247.50 | |
| 4/26/2024 | Attend continued show cause hearing (2.3) | LNB | 2.30 | 2,012.50 | |
| 5/1/2024 | Call w/Buffey Klein (.2); call w/LB McPike (.3); call w/Jon McPike (.1) | LNB | 0.60 | 525.00 | |
| 5/2/2024 | Calls w/Buffey Klein (.2, .1); call w/Jon McPike (.2) | LNB | 0.50 | 437.50 | |
| 5/3/2024 | Strategy call with bankruptcy group. | ARR | 0.50 | voluntarily written off | |
| 5/6/2024 | Edit Cash Management Motion, proposed order, and other relevant exhibits. | ARR | 1.00 | 495.00 | |
| 5/10/2024 | UCC Searches | SEM | 0.20 | 45.00 | |
| 5/10/2024 | Edit proposed order regarding the show cause hearing on the management transition. | ARR | 0.40 | 198.00 | |

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| 5/10/2024 | Confer with counsel for Quatro regarding protesting taxes on the Seguin property. | ARR | 0.30 | 148.50 | |
| 5/10/2024 | Coordinate a UCC lien search on the Debtors. | ARR | 0.20 | 99.00 | |
| 5/16/2024 | UCC Searches, summary of search results | SEM | 1.30 | 292.50 | |
| 5/22/2024 | prepare and finalize MORs & PCO Report, and file | KJD | 1.50 | 307.50 | |
| 5/30/2024 | Confer with debtors regarding the insurance premium financing agreement. | ARR | 0.20 | 99.00 | |
| 5/31/2024 | Confer with client and work on payroll issues. | ARR | 0.60 | 297.00 | |
| | SUBTOTAL FOR B110 - Case Administration | | 116.30 | $52,930.50 | |

**B120 - Asset Analysis and Recovery**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| 4/3/2024 | Review of survey and enforcement and penalty materials for Remarkable, legal research related to the same and potential appeal routes. | NS | 1.20 | 660.00 | |
| 4/3/2024 | Call with LB; review material from client; emails re: research. | ASK | 2.50 | voluntarily written off | |
| 4/3/2024 | Strategy call w/Gutnicki team (.2); call w/Jon McPike re Fort Worth & CMS (.1); attention to CHM issues and related emails w/CMS attorneys and admins (.1) and related call w/ASK Kaye regarding legal action for same (.5) | LNB | 0.90 | 787.50 | |
| 4/4/2024 | Internal call with Liz and ASK to discuss status and strategy regarding proposed termination (1.0), coordinating on research with Emily regarding restrictions of transfer after termination, follow up internally on the same (.6). | NS | 1.60 | 880.00 | |
| 4/4/2024 | Research on whether Texas has a restriction on where residents can go when facility shuts down | ECS | 1.00 | 445.00 | |
| 4/4/2024 | reply to inquiry re steps to a facility closure and draft closure and relocation prepared; research on TX and CMS requirements | SP | 2.50 | 875.00 | |
| 4/4/2024 | Call with LB and NS re: background information and strategy (1.0); review documents re: same (.8). | ASK | 1.80 | 1,575.00 | No value - Fort Worth shut down, Gutnicki hid the problem. |
| 4/4/2024 | Strategy call regarding CMS w/Gutnicki team (1.0); communications w/HHSC and CMS and their counsel (.1); call w/Jon McPike (.2); review materials sent regarding IJ plans of correction (.5) | LNB | 1.80 | 1,575.00 | No value - Fort Worth shut down, Gutnicki hid the problem. |
| 4/5/2024 | Participating in conference call with CMS regarding termination of provider agreement, CHOW, and collect materials to tender for CMS's consideration related to the same. | NS | 0.50 | 275.00 | |
| 4/5/2024 | Participate in call with CMS re: termination (.4); call with LB re: next steps (.4) | ASK | 0.80 | 700.00 | |
| 4/5/2024 | Prepare for call w/CMS (.5); Participate in call with CMS regarding termination of provider agreement (.4); call with ASK Kaye regarding next steps (.4); draft letter to CMS for appeal (1.7) | LNB | 3.00 | 2,625.00 | No value - Fort Worth shut down, Gutnicki hid the problem. |
| 4/7/2024 | Review draft letter re: CMS termination. | ASK | 0.60 | 525.00 | |
| 5/10/2024 | attention to correspondence re: lien searches (0.1); review confidentiality motion and proposed order (0.5) | RAW | 0.60 | 285.00 | |

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| SUBTOTAL FOR B120 - Asset Analysis and Recovery | | | 18.80 | $11,207.50 | |
| | | | | | |
| **B130 - Asset Disposition** | | | | | |
| Date | Description | Initials | Hours | Amount | |
| 4/10/2024 | Extensive communications/calls regarding CMS provider number issue and HHSC issue | LNB | 1.20 | 1,050.00 | No value - Fort Worth shut down, Gutnicki hid the problem. |
| 4/11/2024 | Zooms w/HHSC and related communications w/Landlords' regulatory counsel | LNB | 2.00 | 1,750.00 | No value - Fort Worth shut down, Gutnicki hid the problem. |
| 4/16/2024 | Call w/Allison Spruill regarding TRO (.2); review and redline same (.4); walk-through MTA for Fort Worth w/Debtors (3.6) | LNB | 4.20 | 3,675.00 | No value - Fort Worth shut down, Gutnicki hid the problem. |
| 4/17/2024 | Finalize MTA and share w/Pure Health's counsel Carmin Grandinetti | | | ## | |
| SUBTOTAL FOR B130 - Asset Disposition | | | 8.20 | $7,175.00 | |
| | | | | | |
| **B140 - Relief from Stay/Adequate Protection Proceedings** | | | | | |
| 5/7/2024 | review sua sponte order lifting automatic stay, research options for relief, related correspondence (2.4); analyze proofs of claim (0.2) | RAW | 2.60 | voluntarily written off | |
| SUBTOTAL FOR B140 - Relief from Stay/Adequate Protection Proceedings | | | 2.60 | voluntarily written off | |
| | | | | | |
| **B150 - Meetings of and Communications with Creditors** | | | | | |
| 3/22/2024 | Confer and negotiate with Alleon, landlord, and other interested parties regarding a settlement to make payroll. | ARR | 2.50 | 1,237.50 | |
| 3/27/2024 | Email vendors who are demanding payment from the Debtors to inform them of the bankruptcy filing. | ARR | 0.30 | 148.50 | |
| SUBTOTAL FOR B150 - Meetings of and Communications with Creditors | | | 2.80 | $1,386.00 | |
| | | | | | |
| **B160 - Fee/Employment Applications** | | | | | |
| Date | Description | Initials | Hours | Amount | |
| 4/18/2024 | Prepared Gutnicki Retention Application | LCN | 0.90 | 400.50 | |
| 5/3/2024 | Draft claims and noticing agent application. | ARR | 1.10 | 544.50 | |
| 5/6/2024 | Draft and edit Omni Application and relevant exhibits. | ARR | 1.70 | 841.50 | |
| 5/8/2024 | Finalize and file Application to Employ Omni as Claims and Noticing Agent. | ARR | 0.60 | 297.00 | |
| | draft motion establishing procedures for interim compensation and reimbursement (1.8); | | | | |

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| 5/10/2024 | related correspondence (0.1) | RAW | 1.90 | 902.50 | |
| 5/13/2024 | Edit Motion to Approve Interim Compensation Procedures. | ARR | 1.90 | 940.50 | |
| 5/13/2024 | review edits to motion establishing procedures for interim compensation and reimbursement (0.1); related correspondence (0.1) | RAW | 0.20 | voluntarily written off | |
| 5/14/2024 | Reformatted application to employ professionals in the ordinary course of business and its accompanying order | LCN | 1.40 | 623.00 | |
| 5/24/2024 | Finalize Interim Compensation Motion. | ARR | 0.60 | 297.00 | |
| 5/27/2024 | review and file proposed order authorizing omni as claims, noticing, and solicitation agent (0.3); related correspondence re: same (0.2) | RAW | 0.50 | 237.50 | |
| | SUBTOTAL FOR B160 - Fee/Employment Applications | | 10.80 | $5,084.00 | Approx. $1300 pertains to Omni and approx. $3,300 pertains to the retention and payment of Gutnicki which is excessive. |

**B185 - Assumption/Rejection of Leases and Contracts**

| Date | Description | Initials | Hours | Amount | |
|---|---|---|---|---|---|
| 4/30/2024 | Edit Motion to Reject Fort Worth Lease. | ARR | 1.70 | 841.50 | |
| 4/30/2024 | review lease and security agreement and docket filings (0.5); draft motion to reject and abandon lease (2.4); related correspondence (0.1) | RAW | 3.00 | 1,425.00 | |
| | review revisions to motion to reject lease and related proposed order (0.5), call with Liz re: drafting a notice of abandonment (0.2), research bankruptcy rules and procedures and | | | | |
| 5/1/2024 | draft notice of intent to abandon real property lease (3.3) | RAW | 4.00 | voluntarily written off | |
| 5/2/2024 | Research for and edit Notice of Intent to Abandon. | ARR | 1.00 | 495.00 | |
| 5/3/2024 | team strategy call | RAW | 0.50 | voluntarily written off | |
| 5/6/2024 | Edit Notice of Intent to Abandon and Rejection Motion and prepare exhibits to be filed. review lease and assignment documents (2.3), draft and revise notice, motion, and proposed order to reject and abandon Dallas and Carrollton leases (2.3); related | ARR | 3.50 | 1,732.50 | $3,200 to reject a lease on a closed facility is excessive. That's a 1.0-1.5 hour project, period. |
| 5/8/2024 | correspondence (0.1) | RAW | 4.70 | 2,232.50 | No motion to reject Carrollton and Dallas is filed. |
| 5/8/2024 | Edit Motion to Reject Carrollton and Dallas Leases and proposed order and edit patient confidentiality motion and proposed order. | ARR | 6.40 | 3,168.00 | |
| 5/9/2024 | Confer with landlord's counsel regarding transition. | ARR | 2.00 | 990.00 | |
| 5/29/2024 | review and summarize objection to debtors' motion to reject Fort Worth lease (0.3); review local procedure rules re: response to same (0.2) | RAW | 0.50 | 237.50 | |
| | SUBTOTAL FOR B185 - Assumption/Rejection of Leases and Contracts | | 27.30 | $11,122.00 | |

**B190 - Other Contested Matters**

| Date | Description | Initials | Hours | Amount | |
|---|---|---|---|---|---|
| | Editing Voluntary Petitions; filing petitions with the Court; paying filing fees; filing motions for joint administration in all five new bankruptcy cases; preparing a .zip for attorneys of recent filings; sending attorneys copies of file-stamped documents; filing motion for sanctions and affidavit and exhibits with the Court; sending copies of filings to opposing | | | | |
| 3/20/2024 | counsel via ShareFile link. | BG | 2.40 | voluntarily written off | |

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| 3/20/2024 | Prepare to file bankruptcy, including petitions and first days. Review and approve petitions, wages, and first day motions for filing (2.5); review and | ARR | 4.50 | 2,227.50 | This appears to be a duplicate of the March 20 entries under Category B110; the sanctions motion was prepared for the -23 case and/or recycled into the current -24 case. See Case No. 23-42098, Docket No. 110. |
| 3/20/2024 | revise Motion for Sanctions (2.1) Editing and filing requests for emergency hearing with the Court; drafting, editing and | LNB | 4.60 | 4,025.00 | This appears to be a duplicate of the March 20 entries under Category B110; the sanctions motion was prepared for the -23 case and/or recycled into the current -24 case. |
| | filing amended motions for joint administration in other four cases, and certificates of | | | | |
| | service; corresponding with attorneys regarding filings; updating and maintaining docket | | | | |
| | to ensure timely compliance with deadlines and requirements for court hearings; | | | | |
| 3/21/2024 | managing case docket. Draft Declaration in support of Motion for Sanctions, revise same, and review exhibits for | BG | 3.70 | voluntarily written off | |
| 3/21/2024 | same Filing Exhibit/Witness List and exhibits with the Court (.7); updating and maintaining | LNB | 4.40 | 3,850.00 | Unable to determine what actually goes into this time entry from the alignment problem. |
| | docket to ensure timely compliance with deadlines and requirements for court hearings | | | | |
| 3/22/2024 | (.3) Filing exhibit/witness list and corresponding exhibits with the Court; managing docket; | BG | 1.00 | 225.00 | |
| | updating and maintaining docket to ensure timely compliance with deadlines and | | | | |
| 3/25/2024 | requirements for court hearings. | BG | 0.60 | voluntarily written off | |
| | Filing Notice of Hearing with the Court; fining orders with the Court; contacting the | | | | |
| | Judge's clerk regarding orders; updating and maintaining docket to ensure timely | | | | |
| 3/26/2024 | compliance with deadlines and requirements for court hearings; managing case docket. | BG | 1.70 | voluntarily written off | |
| 3/27/2024 | Managing case docket. | BG | 0.20 | voluntarily written off | |
| 4/2/2024 | Managing case docket. Contacting court regarding pro hac vice application; drafting application for pro hac vice; | BG | 0.20 | voluntarily written off | |
| 4/3/2024 | filing pro hac vice application with the Court; managing case docket. Updating and maintaining docket to ensure timely compliance with deadlines and | BG | 1.40 | voluntarily written off | |
| 4/4/2024 | requirements for court hearings. | BG | 0.20 | voluntarily written off | |
| 4/8/2024 | Managing case docket. | BG | 0.20 | voluntarily written off | |
| 4/9/2024 | Managing case docket. Managing case docket; updating and maintaining docket to ensure timely compliance with | BG | 0.10 | voluntarily written off | |
| 4/18/2024 | deadlines and requirements for court hearings. | BG | 0.40 | voluntarily written off | |
| 4/24/2024 | Prepare for show cause hearing. Attend strategy call with Debtors' representatitves and LNBoydston regarding show cause | ARR | 1.70 | 841.50 | |
| 4/24/2024 | hearing. | ARR | 1.50 | 742.50 | |
| 4/24/2024 | Attend hearing on show cause and the appointment of a trustee. | ARR | 5.20 | 2,574.00 | Show cause hearing was a direct result of Gutnicki concealing the enforcement action, and caused all parties to attend, incur fees, and expend resources. Overstaffing. |

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| 4/24/2024 | Compile notes from show cause hearing. | ARR | 0.30 | 148.50 | |
| 4/24/2024 | Call w/Whitney Tharpe (.2); prep for Show Cause hearing (1.5); argue at show cause (5.0) Updating and maintaining docket to ensure timely compliance with deadlines and | LNB | 6.70 | 5,862.50 | Show cause hearing was a direct result of Gutnicki concealing the enforcement action, and caused all parties to attend, incur fees, and expend resources. |
| 4/25/2024 | requirements for court hearings; managing case docket. | BG | 0.40 | voluntarily written off | |
| 4/25/2024 | Attend Mediation on Receivership/Transition | LNB | 2.20 | 1,925.00 | |
| 4/26/2024 | Attend show cause hearing. | ARR | 2.30 | 1,138.50 | |
| 4/26/2024 | Managing case docket; pulling motion from docket. | BG | 0.40 | voluntarily written off | |
| 5/1/2024 | Legal research; reviewing court docket; managing case docket. Updating and maintaining docket to ensure timely compliance with deadlines and | BG | 0.50 | voluntarily written off | |
| 5/3/2024 | requirements for court hearings; managing case docket. | BG | 0.70 | voluntarily written off | |
| 5/6/2024 | Managing case docket. | BG | 0.20 | voluntarily written off | |
| 5/8/2024 | Managing case docket. | BG | 0.20 | voluntarily written off | |
| 5/9/2024 | Attend status hearing on transitioning management. Update and maintain docket to ensure timely compliance with deadlines and | ARR | 1.80 | 891.00 | |
| 5/14/2024 | requirements for court hearings; manage case docket. | BG | 0.40 | voluntarily written off | |
| 5/29/2024 | Draft Motion to Amend Order Lifting the Automatic Stay. Manage case docket; update and maintain docket to ensure timely compliance with | ARR | 4.30 | 2,128.50 | Unable to determine what actually goes into this time entry from the alignment problem; motion not identified and/or never filed. |
| 5/29/2024 | deadlines and requirements for court hearings. | BG | 0.70 | voluntarily written off | |
| 5/30/2024 | Review Motion to Amend Order Lifting Stay. | ARR | 0.50 | 247.50 | |
| **SUBTOTAL FOR B190 - Other Contested Matters** | | | **55.60** | **$26,827.00** | |

**B195 - Non-Working Travel**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4/2/2024 | Travel to court for hearing. | ARR | 0.80 | voluntarily written off |
| **SUBTOTAL FOR B195 - Non-Working Travel** | | | **0.80** | **voluntarily written off** |

**B230 - Financing/Cash Collections**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 3/25/2024 | Calls w/Buffey Klein regarding cash collateral (.1, .2); calls w/Landlord regarding same (.2, .2); prepare for and argue at Cash Collateral hearing (1.4) Status hearing and Landlord's weird DIP Motion hearing, including revising and | LNB | 2.10 | 1,837.50 |
| 3/26/2024 | negotiating outside of courtroom w/LL counsel regarding DIP Comms w/West Wharton regarding funding (.1); emails from Jeff Carruth regarding | LNB | 2.40 | 2,100.00 |
| 4/3/2024 | funding (.1) Comms w/West Wharton regarding funding (.1); emails from Jeff Carruth regarding | LNB | 0.20 | 175.00 |

# EXHIBIT K047

**Time Detail**

## B110 - Case Administration

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---:|---|
| 4/4/2024 | funding (.1) | LNB | 0.20 | 175.00 | |
| 4/15/2024 | Review cash collateral order (.6); call with Boydston re same (.2) | MDS | 0.80 | 476.00 | |
| | Review and revise Cash Management Motion and Interim Order (.2); communications w/Gordon Green of Regions Bank regarding same and March 25th hearing transcript (.1); review transcript and share same w/Gordon and related communications (.2); discuss payroll and operating accounts w/McPikes and outline expenses for Landlords (.2); update cash collateral budget and related communications w/PCO regarding budgeted expenses (0.2) | LNB | 0.90 | 787.50 | |
| 4/18/2024 | | | | | |
| 4/30/2024 | Telephonically attend hearing on cash collateral and DIP financing and take notes. | ARR | 0.80 | voluntarily written off | |
| 4/30/2024 | Review DIP docs (.6); call with Boydston re same (1.1); correspond with same re same (.4) | MDS | 2.10 | 1,249.50 | Internal calls excessive. |
| 4/30/2024 | Call w/Buffey Klein (.5); review and revise DIP docs (1.0); argue at DIP hearing (.8) | LNB | 2.30 | 2,012.50 | |
| 5/21/2024 | Attend hearing on DIP financing motion and ask for a continuance. | ARR | 1.10 | 544.50 | |
| 5/24/2024 | Attend telephonically hearing on DIP Financing Motion and Cash Collateral Motion. | ARR | 0.50 | 247.50 | |
| 5/31/2024 | Review Loan and DACA Agreements to determine which accounts they have historically covered (1.0); research for motion to amend order lifting automatic stay. | ARR | 1.60 | 792.00 | |
| 5/31/2024 | Attend continued hearing on DIP Financing. | ARR | 1.50 | 742.50 | |
| **SUBTOTAL FOR B230 - Financing/Cash Collections** | | | **16.50** | **$11,139.50** | |

## B310 - Claims Administration and Objections

| Date | Description | Initials | Hours | Amount | |
|---|---|---|---|---:|---|
| 5/7/2024 | research and analyze Greenleaf proofs of claims from 2018 bankruptcy (0.2); review 2024 Greenleaf proofs of claims (0.5); related correspondence (0.1) | RAW | 0.80 | 380.00 | |
| 5/8/2024 | review Greenleaf proofs of claim (0.1) and analyze 2018 Confirmation Order in preparation for preparing objection to claims (0.2) | RAW | 0.30 | 142.50 | |
| 5/9/2024 | review Greenleaf proofs of claim from 2018, 2023, and 2024 cases (0.5); analyze relevant docket pleadings (0.5); draft objection to claims (4.0); related correspondence (0.1) | RAW | 5.10 | voluntarily written off | |
| 5/9/2024 | Research for Objection to Proof of Claim of Greenleaf. | ARR | 1.20 | 594.00 | |
| 5/10/2024 | work on objection to Greenleaf proofs of claims and proposed order | RAW | 2.00 | voluntarily written off | |
| 5/28/2024 | review docket and claims register for notices of intent to strike deficient proofs of claims (0.3); related correspondence (0.1) | RAW | 0.40 | 190.00 | |
| 5/31/2024 | review bankruptcy rules re: filing late claim and respond to creditor inquiry re: same | RAW | 0.40 | 190.00 | |
| **SUBTOTAL FOR B310 - Claims Administration and Objections** | | | **10.20** | **$1,496.50** | |

## B320 - Plan and Disclosure Statement

| Date | Description | Initials | Hours | Amount | |
|---|---|---|---|---:|---|
| 5/9/2024 | courthouse rooms (1.5); continued status conference (.7) | LNB | 3.90 | 3,412.50 | research re: motion to extend time to file plan rules and procedures (1.1); related correspondence (0.1) |
| 5/13/2024 | | RAW | 1.20 | 570.00 | |
| 5/14/2024 | Status conference on transition | LNB | 0.40 | 350.00 | |

# EXHIBIT K047

**Time Detail**

**B110 - Case Administration**

| Date | Description | Initials | Hours | Amount | Objections |
|---|---|---|---|---|---|
| | Calls w/Buffey Klein and Jon McPike in prep for final cash coll hearing (.3); Argue at Final | | | | |
| 5/24/2024 | Cash Collateral Hearing (.5) | LNB | 0.80 | 700.00 | |
| 5/28/2024 | draft motion to extend deadline to file plan and proposed order (1.3); related correspondence (0.2) | RAW | 1.50 | 712.50 | |
| 5/28/2024 | revise motion to extend deadline to file plan and proposed order (1.2); related correspondence (0.2) | RAW | 1.40 | 665.00 | |
| 5/31/2024 | Draft and edit Motion to Extend Time to file Subchapter V Plan. | ARR | 1.60 | 792.00 | |
| 5/31/2024 | review lease provisions and demand letters (1.0); summarize findings as to collateral, default provisions, and landlord liens (1.9) | RAW | 2.90 | 1,377.50 | |
| 5/31/2024 | Extensive emails and calls w/Buffey Klein and clients regarding Alleon sweeps and attend and argue at hearing | LNB | 4.00 | 3,500.00 | This has nothing to do with plan or disclosure statement. |

| | | | | | |
|---|---|---|---|---|---|
| SUBTOTAL FOR B320 - Plan and Disclosure Statement | | 17.70 | | $12,079.50 | |

**Summary of Task Codes**

| Task Code | Description | | Hours | Amount |
|---|---|---|---|---|
| B110 | Case Administration | | 116.3 | 52,930.50 |
| B120 | Asset Analysis and Recovery | | 18.8 | 11,207.50 |
| B130 | Asset Disposition | | 8.2 | 7,175.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | | 2.6 | voluntarily written off |
| B150 | Meetings of and Communications with Creditors | | 2.8 | 1,386.00 |
| B160 | Fee/Employment Applications | | 10.8 | 5,084.00 |
| B185 | Assumption/Rejection of Leases and Contracts | | 27.3 | 11,122.00 |
| B190 | Other Contested Matters | | 55.6 | 26,827.00 |
| B195 | Non-Working Travel | | 0.8 | voluntarily written off |
| B230 | Financing/Cash Collections | | 16.5 | 11,139.50 |
| B310 | Claims Administration and Objections | | 10.2 | 1,496.50 |
| B320 | Plan and Disclosure Statement | | 17.7 | 12,079.50 |
| | | Total | 287.60 | $140,447.50 |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[exh k047 - fee app Gutnicki 001 objections 4855-9886-8433 v.1.xlsx]Table 1