UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

## SECOND AMENDED WITNESS AND EXHIBIT LIST

| Case No: **24-40605** | Name of Debtor: **Remarkable Healthcare of Carrolton LP, et al.** |
|---|---|
| | |
| **WITNESSES:**[1] | |
| 1. John McPike | Judge: Brenda T. Rhoades |
| 2. Lurie Beth McPike. | Courtroom Deputy: |
| 3. Josh Kilgore | Hearing Date: July 22, 2024 |
| 4. Andy Rye<br>5. Rick Griffin – to appear telephonically<br>6. Dr. Thomas A. Mackey PTO – to appear telephonically<br>7. Mark Weisbart<br>8. Any witness designated by any other party<br>9. Any rebuttal witnesses as may be necessary | Hearing Time: 9:30 a.m. (CST) |
| | Party's Name: KRS Carrolton LLC et al. |
| | Attorney's Name: Jeff Carruth |
| | Attorney's Phone: 713-341-1158 |
| | Attorney's email: jcarruth@wkpz.com |
| | Nature of Proceeding: *See list below.* |

**List regarding Nature of the Proceeding:**

[136] Motion to Extend Time to File Chapter 11 Subchapter V Plan

[163] Motion for Relief from Automatic Stay WITHOUT Waiver of 30-Day Hearing Requirement As To Civil Monetary Penalties Filed by United States Department of Health and Human Services

[187] Third Motion to (I) Approve Debtor In Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(D), and (III) Obtain Related Relief (Regarding April 19, 2024 payroll)

[188] Fourth Motion To (I) Approve Debtor In Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(D), and (III) Obtain Related Relief (Regarding May 3, 2024 Payroll)

---

[1] Debtor reserves the right to amend and/or supplement this designation prior to the hearing(s), and to seek relief from the Court as might be necessary.

## **EXHIBITS**

SEE ATACHED LIST

| TAB## / Source VOL ## TAB ## | EXH## K ____ | Description | Offer | Object | Admit |
|---|---|---|---|---|---|
| | | **KRS-xx Exhibits -- Remarkable Ch. 33 / 2024** | | | |
| | 1 | 4/3/24 Letter from CMS to Remarkable Health Care | | | |
| | 2 | KRS Assignment of Lease and Lease Agreement | | | |
| | 3 | Medical Literature re: Transfer Trauma/Relocation Stress Syndrome | | | |
| | 4 | Affidavit/Verification of KRS Principal | | | |
| | 5 | WFAA Transcript of Interview and Article re: Facility Closure | | | |
| | 6 | State Operations Manual Excerpt (Severity of Deficiencies) | | | |
| | 7 | CMS Example Notice Letters (other immediate jeopardy cases) | | | |
| | 8 | 4/8/24 Letter from Liz Boydston to CMS | | | |
| | 9 | Temporary Restraining Order against CMS by Hon. Robert Junnell | | | |
| | 10 | Temporary license from HHSC to WWHD | | | |
| | 11 | Affidavits of Remarkable residents and family members | | | |
| | 12 | NoA Tharpe | | | |
| | 13 | 20240405 Liz Boydston email | | | |
| | 14 | FW_Remarkable email | | | |
| | 15 | FW_Remarkable email | | | |
| | 16 | KRS v. CMS - Texas HHSC inquiry | | | |
| | 17 | 348-350696-24 Defs Suggestion of Bankruptcy | | | |
| | 18 | Schedules recap - SubV test | | | |
| | 19 | Promissory Note - Mustang NH LLC et al. (Griffin) | | | |
| | 20 | Default Letter - note NH Mustang (Griffin) | | | |
| | 21 | March 21 bank transfers to Seguin | | | |
| 1-001 | 22 | Proof of claim recap 20240422 | | | |
| 1-002 | 23 | Proof of claim recap updated 20240709 | | | |
| | 24 | Proof of claim KRS-C | | | |
| | 25 | Proof of claim KRS-D | | | |
| | 26 | Proof of claim KRS-FW | | | |
| 1-003 | 27 | Proof of claim KRS-S | | | |

| TAB## / Source VOL ## TAB ## | EXH## K ____ | Description | Offer | Object | Admit |
|---|---|---|---|---|---|
| | | **KRS-xx Exhibits -- Remarkable Ch. 33 / 2024** | | | |
| 1-004 | 28 | Proof of claim - Mustang NH LLC et al. | | | |
| 1-005 | 29.01 | Plaintiff's Original Petition - McPike lease guaranties - **petition only, no exhibits** | | | |
| 2-001 | 30 | KRS-C lease | | | |
| 2-002 | 31 | KRS-D lease | | | |
| 1-012 | 32 | KRS-FW lease | | | |
| 1-006 | 33 | KRS-S lease | | | |
| 1-007 | 34 | KRS and related payroll funding recap | | | |
| | 35 | HHS lift stay re fines | | | |
| | 36 | Gutnicki fee notice | | | |
| | 37 | email 20240703.0638 - orders DIP 001 DIP 002 | | | |
| 1-008 | 38 | email 20240703.1608 - order July 2 hearing | | | |
| 1-009 | 39 | email 20240703.2319 - refuses acknowledge spend limit | | | |
| 1-013 | 40 | dip motion payroll 001 order 003.01 CLEAN 20240705.1347 | | | |
| 1-014 | 41 | dip motion payroll 002 order 003.01 CLEAN 20240705.1254 | | | |
| | 42 | dip motion payroll 001 order 003.01 REDLINE 20240705.1345 | | | |
| | 43 | dip motion payroll 002 order 003.01 REDLINE 20240705.1257 | | | |
| | 44 | email 20240703.0638 - Remarkable - Orders and meetings from July 2 hearing | | | |
| 1-010 | 45 | 26 Tex. Admin. Code §§ 554.214, 554.201, and 554.1925. | | | |
| 1-011 | 46 | Screen shot - $150,000 secret payroll funding | | | |
| | 47 | Gutnicki fee app 001 objections | | | |
| 2-003 | 48 | Email 20240712.1654 - KRS Document Request | | | |
| | 49 | Email 20240715.1631 - Re: Remarkable KRS document request | | | |
| | 50 | Discovery Status June 15, 2024 | | | |
| 2-004 | 51 | Email 20230503.1453 - Re: Payroll Funding info PPE | | | |
| 2-005 | 52 | Email 20231031.1310 - Remarkable | | | |
| 2-006 | 53 | Email 20240419.1139 - Re: Payroll need for tomorrow's payroll | | | |

| TAB## / Source  VOL ## TAB ## | EXH## K ____ | **KRS-xx Exhibits -- Remarkable Ch. 33 / 2024** | | | |
|---|---|---|---|---|---|
| | | Description | Offer | Object | Admit |
| 2-007 | 54 | Purchase sale agreement | | | |
| 2-008 | 55 | Mustang NH et al past due | | | |
| 2-009 | 56 | KRS demand letter 20230529 | | | |
| 2-010 | 57 | Remarkable Ch. 11 plan 2019 | | | |
| 2-011 | 58 | WWHD LOC Draws | | | |
| 2-012 | 59 | Seguin disbursement account statements | | | |
| 2-013 | 60 | email 20230207 re CMPs | | | |
| 2-014 | 61 | email 20240201 re W2s | | | |
| 2-015 | 62 | photos Seguin 20240722 | | | |
| 2-016 | 63 | Seguin -6196 statement 2024-05 | | | |
| 3-001 | 64 | Seguin combined MORs 2024-04,05,06 | | | |
| | 65 | | | | |
| | 66 | | | | |
| | 67 | | | | |
| | 68 | | | | |
| Docket | 100 | DIP 001 - draft of loan documents | | | |
| Docket | 101 | DIP 001 - PO payroll funding | | | |
| Docket | 102 | DIP 002 - draft loan documents | | | |
| Docket | 103 | DIP 002 - PO payroll funding | | | |
| | | *Any items on the docket in any of the RH cases.* | | | |
| | | *Any item designated by any other party.* | | | |
| | | *Rebuttal exhibits as necessary.* | | | |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[master exhibit list 4878-6904-4407 v.3.xlsx]exhlistRH33-2024