# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| § | |
| REMARKABLE HEALTHCARE OF § | CASE NO. 24-40605 |
| CARROLLTON LP, ET AL.,[1] § | |
| § | (Jointly Administered) |
| § | |
| DEBTORS. § | |

**AMENDED NOTICE OF HEARING ON THE FIRST INTERIM FEE APPLICATION OF GUTNICKI LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MARCH 20, 2024 THROUGH MAY 31, 2024**

**PLEASE TAKE NOTICE** that the *First Interim Fee Application of Gutnicki LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 20, 2024 through May 31, 2024* [Dkt #196] is set for hearing on **Tuesday, August 20, 2024 at 1:30 P.M. (CST)** in the courtroom of the Honorable Brenda T. Rhoades, Suite 300B, 660 N. Central Expressway, Suite 300B, Plano, Texas 75074.

Dated: July 24, 2024

GUTNICKI LLP

*/s/ Alexandria Rahn*
Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
10440 N. Central Expy., Suite 800
Dallas, Texas 75231
Telephone: (469) 935-6699
Facsimile: (469) 895-4413
lboydston@gutnicki.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

1

arahn@gutnicki.com

-and-

Max Schlan (admitted *Pro Hac Vice*)
45 Rockefeller Plaza
Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was served on July 23, 2024 on the U.S. Trustee, Subchapter V Trustee, Lender, Landlord, Regions Bank, HHS and the US Attorney, and any party who consents to service via the court's ECF noticing service.

/s/ Alexandria Rahn
Alexandria Rahn