IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> § <br> REMARKABLE HEALTHCARE OF § <br> CARROLLTON LP, ET AL.,[1] § <br> § <br> § <br> § <br> DEBTORS. § | CHAPTER 11 <br><br> CASE NO. 24-40605 <br><br> (Jointly Administered) |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MATTERS SET FOR HEARING ON AUGUST 5, 2024

On this date, came on for consideration the above-captioned *Unopposed Motion to Continue Matters Set for Hearing on August 5, 2024* (the "**Motion**"), including the following:

- Motion to Compel Payment of Subchapter V Trustee Deposits [Dkt. 140] (the "**Motion to Compel**");

- Third Motion to (I) Approve Debtor in Possession Credit Agreement, (II) Grant Priming Liens under Code Sec. 364(d), and (III) Obtain Related Relief [Dkt. 187] (the "**Third DIP Motion**");

- Fourth Motion to (I) Approve Debtor in Possession Credit Agreement, (II) Grant Priming Liens under Code Sec. 364(d), and (III) Obtain Related Relief [Dkt. 188] (the "**Fourth DIP Motion**");

- Motion for Relief from Automatic Stay Without Waiver of 30-Day Hearing Requirement as to Seguin Facility [Dkt. 211] (the "**Seguin Lift Stay Motion**"); and

- Emergency Motion to Prohibit Use of Cash Collateral and Renewed Request for Removal of the Debtors-in-Possession and Expanding the Role of the Subchapter V Trustee [Dkt. 212] ("**Expand Sub V Trustee Role Motion**" collectively with the Motion to Compel, Third DIP Motion, Fourth DIP Motion, and Seguin Lift Stay Motion, the "**Matters**").

All Parties consented to the relief requested in the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

1

The Court finds and concludes that sufficient cause exists to continue the hearing on the above Matters to **August 9, 2024 at 10:00 a.m**.

IT IS THEREFORE ORDERED THAT the Court shall conduct a hearing on the Matters on the date set in this order and/or on the docket of these Cases.

The Debtors are responsible for service of this Order and/or providing notice.

Signed on 07/26/2024

*Brenda T. Rhoades*    SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Proposed Order submitted by:

Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
10440 N. Central Expy., Suite 800
Dallas, Texas 75231
Telephone: (469) 935-6699
Facsimile: (469) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

-and-

Max Schlan (admitted *Pro Hac Vice*)
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com

*Counsel to the Debtors and Debtors in Possession*