IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| § | |
| REMARKABLE HEALTHCARE OF § | CASE NO. 24-40605 |
| CARROLLTON LP, ET AL.,[1] § | |
| § | (Jointly Administered) |
| § | |
| DEBTORS. § | |

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE AUGUST 5, 2024 HEARING ON UNITED STATES'S AMENDED MOTION
FOR RELIEF FROM THE AUTOMATIC STAY TO SET OFF MUTUAL DEBTS

On this date, came on for consideration the above-captioned *Unopposed Motion to Continue August 5, 2024 Hearing on United States's Amended Motion for Relief from the Automatic Stay to Set off Mutual Debts* (the "**Motion**").

The Parties consent to the relief requested in the Motion.

The Court finds and concludes that sufficient cause exists to continue the hearing on the above matters to **August 20, 2024 at 1:30 p.m**.

IT IS THEREFORE ORDERED THAT the Court shall conduct a hearing on this matter on the date set in this order and/or on the docket of these Cases.

The Debtors are responsible for service of this Order and/or providing notice.

Signed on 07/26/2024

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

Proposed Order submitted by:

Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
10440 N. Central Expy., Suite 800
Dallas, Texas 75231
Telephone: (469) 935-6699
Facsimile: (469) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

-and-

Max Schlan (admitted *Pro Hac Vice*)
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com

*Counsel to the Debtors and Debtors in Possession*