IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>REMARKABLE HEALTHCARE OF CARROLLTON LP, ET AL.,[1]<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 24-40605<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 26, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Order Granting Unopposed Motion to Continue Matters Set for Hearing on August 5, 2024 [Docket No. 273]**

- **Order Granting Unopposed Motion to Continue August 5, 2024 Hearing on United States's Amended Motion for Relief from the Automatic Stay to Set Off Mutual Debts [Docket No. 274]**

Dated: July 29, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 29th day of July, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| NOA* - Counsel for United States Department of Health and Human Services | Assistant US Attorney | Attn: Whitney Tharpe<br>110 N College St, Ste 700<br>Tyler, TX 75702 | whitney.tharpe@usdoj.gov | Email |
| 20 Largest | Blue Cross Blue Shield of Texas | P.O. Box 731428<br>Dallas, TX 75373 | | First Class Mail |
| 20 Largest | Care Trips LLC | 1616 Gateway Blvd, Ste B<br>Richardson, TX 75080 | | First Class Mail |
| 20 Largest | City of Seguin | P.O. Box 591<br>Seguin, TX 78156 | | First Class Mail |
| *NOA - Counsel for Management MCOA, LLC | Clay M Taylor | 100 Crescent Court, Ste 900<br>Dallas, TX 75201 | Clay.taylor@dentons.com | Email |
| 20 Largest | Complete ERC | 3348 Darvany Dr<br>Dallas, TX 75220 | | First Class Mail |
| 20 Largest | Cotton Commercial USA, Inc | P.O. Box 676549<br>Dallas, TX 75267 | | First Class Mail |
| *Request for Service | Curtis Law PC | Stephanie D. Curtis<br>901 Main St, Ste 6515<br>Dallas, TX 75202 | scurtis@curtislaw.net | Email |
| 20 Largest | Direct Energy Business | P.O. Box 660749<br>Dallas, TX 75266 | | First Class Mail |
| 20 Largest | Dr Antonio A Flores, MD, PA | 214 N Camp St<br>Seguin, TX 78155 | | First Class Mail |
| 20 Largest | Engie Resources | P.O. Box 841680<br>Dallas, TX 75284 | | First Class Mail |
| NOA* - Counsel for Quatro Tax, LLC | Forshey & Prostok, LLP | Attn: Harrison Pavlasek<br>Attn: Jeff P Prostok<br>777 Main St, Ste 1550<br>Ft Worth, TX 76102 | hpavlasek@forsheyprostok.com<br>jprostok@forsheyprostok.com | Email |
| 20 Largest | Fort Worth Internal Medicine | 650 St Louis Ave<br>Ft Worth, TX 76104 | olatunji@hotmail.com | Email |
| The Subchapter V Trustee | Frances Smith | 700 N Pearl St, Ste 1610<br>Dallas, TX 75201 | frances.smith@judithwross.com | Email |
| 20 Largest | Guadalupe Regional Medical Center | 1215 E Court St<br>Seguin, TX 78155 | | First Class Mail |
| NOA* - Counsel for Alleon Capital Partners | Husch Blackwell LLP | Attn: Buffey E Klein<br>Attn: Alejandra Garcias Castro<br>1900 N Pearl St, Ste 1800<br>Dallas, TX 75201 | buffey.klein@huschblackwell.com<br>alejandra.garciacastro@huschblackwell.com | Email |
| NOA* - Counsel for Alleon Capital Partners | Husch Blackwell LLP | Attn: Lynna Hamilton Butler<br>111 Congress Ave, Ste 1400<br>Austin, TX 78701 | lynn.butler@huschblackwell.com | Email |
| NOA* - Counsel for Landlords: Kilgore Property Management LLC, KRS Carrollton, LLC, KRS Dallas, LLC, KRS Forth Worth, LLC; KRS Seguin, LLC | Jeff Carruth | 2608 Hibernia, Ste 105<br>Dallas, TX 75204-2514 | jcarruth@wkpz.com | Email |
| NOA* - Counsel for Dallas County; Tarrant County; Lewisville ISD; City of Carrollton | Linebarger Goggan Blair & Sampson, LLP | Attn: John K Turner<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| The Subchapter V Trustee | Mark A Weisbart | 12270 Coit Rd, Ste 541<br>Dallas, TX 75251 | mweisbart@haywardfirm.com | Email |
| NOA* - Counsel for The County of Denton, Texas and The County of Guadalupe, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680 | jparsons@mvbalaw.com | Email |
| 20 Largest | MedixCar LLC | 7309 Big Bend Ct<br>Ft Worth, TX 76137 | mashel.medixcar@gmail.com | Email |
| 20 Largest | Medline Industries, Inc | P.O. Box 121080<br>Dallas, TX 75312 | | First Class Mail |
| 20 Largest | New Source Medical | 9913 Shelbyville Rd, Ste 203<br>Louisville, KY 40223 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | 300 W 15th St<br>Austin, TX 78701 | | First Class Mail |
| NOA* - Counsel for The Texas Health and Human Services Commission | Office of the Attorney General of Texas | Attn: Christopher S Murphy<br>Attn: Layla D Milligan<br>Assistant Attorney's General<br>Bankruptcy & Collections Div<br>P.O. Box 12548<br>Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov<br>layla.milligan@oag.texas.gov | Email |
| Governmental Authority | Office of The US Trustee | Bank of America Bldg<br>110 N College Ave, Rm 300<br>Tyler, TX 75702 | | First Class Mail |
| 20 Largest | Performance Foodservice | 524 W 61st St<br>Shreveport, LA 71106 | | First Class Mail |
| 20 Largest | Pharmacy Unlimited | P.O. Box 592602<br>San Antonio, TX 78259 | kskaggs@pharmacyunlimited.com | Email |
| 20 Largest | PointClick Care Technologies Inc | P.O. Box 674802<br>Detroit, MI 48267 | | First Class Mail |
| NOA* - Counsel for A Lawn and Landcare Services Company, LLC | Pope, Hardwicke, Christie, Schell, Kelly & Taplett, LLP | Attn: Aimee E Marcotte<br>500 W 7th St, Ste 600<br>Ft Worth, TX 76102 | amarcotte@popehardwicke.com | Email |
| 20 Largest | Quatro Tax LLC | 3909 Hulen St, Ste 100<br>Ft Worth, TX 76107 | | First Class Mail |
| 20 Largest | Quintairos, Prieto, Wood & Boyer PA | 9300 S Dadeland Blvd, 4th Fl<br>Miami, FL 33156 | | First Class Mail |
| *NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk/Sherri Simpson<br>Bankruptcy & Collections Division<br>12221 Merit Dr, Ste 825<br>Dallas, TX 75251 | jamie.kirk@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Governmental Authority | Texas Dept of State Health Services | 1100 W 49th St<br>Austin, TX 78756-3199 | | First Class Mail |
| Governmental Authority | Texas Health & Human Services | 1100 W 49th St<br>Austin, TX 78756-3199 | | First Class Mail |
| Governmental Authority | Texas Health & Human Services Commission | P.O. Box 149347, MC 1979<br>Austin, TX 78714-9347 | TX_HFC@hhs.texas.gov | Email |
| 20 Largest | The PICC Team DFW | 4500 Northside Dr<br>Amarillo, TX 79108 | | First Class Mail |

REMARKABLE HEALTHCARE OF CARROLLTON
LP, (Case No. 24-40605)

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 20 Largest | Three D Lawn Care LLC | 3681 Agnes Cir<br>Springtown, TX 76082 | | First Class Mail |
| *NOA - Counsel for Medixcar LLC | Whitaker Chalk Swindle & Schwartz PLLC | Attn: Robert A Simon<br>301 Commerce St, Ste 3500<br>Ft Worth, TX 76102 | rsimon@whitakerchalk.com | Email |