UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

# AMENDED WITNESS AND EXHIBIT LIST
# MAY 21, 2025  HEARINGS

| Case No:<br>24-40605<br>24-40608<br>24-40610 | Name of Debtor:<br>**Remarkable Healthcare of Carrolton LP**<br>**Remarkable Healthcare of Dallas LP**<br>**Remarkable Healthcare of Fort Worth LP** |
|---|---|
| **WITNESSES:**[1]<br>1. Joshua Kilgore<br>2. Abraham Gutnicki<br>3. Liz Boydston<br>4. Max Schlan<br>5. Alexandr Rahn<br>6. John McPike<br>7. Laurie Beth McPike<br>8. Rebuttal experts.<br>9. Any witness designated by any other party<br>10. Any rebuttal witnesses as may be necessary | |
| | Judge:   Brenda T. Rhoades |
| | Courtroom Deputy Clerk:  Kayla Colasont |
| | Hearing Date / Time<br>**May 21, 2025 @ 10:00 a.m.** |
| | Party's Name:   **KRS Seguin, et al.** |
| | Attorney's Name:   Jeff Carruth |
| | Attorney's Phone:   713-341-1158 |
| | Attorney's email:   jcarruth@wkpz.com |
| | Nature of Proceeding:   *See list below.* |

**List regarding Nature of the Proceeding:**

1) **Remarkable Healthcare of Carrollton, LP  - 24-40605  - CH  7**  ( Alexandria Rahn )
   [518] City of Dallas' Motion For Distribution on It's Administrative Claim Filed by City of Dallas (Richards, James)
   [520] Application of for Administrative Expenses -- *Motion of KRS Landlords for Allowance of Administrative Rent and Disbursement of Registry Funds* --, Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Carrollton, LLC
   [521] Application of for Administrative Expenses -- *Motion of KRS Landlords to Disburse Registry Funds and/or Allow Administrative Expense Claim for Third and Fourth Payroll Funding* --, Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Carrollton, LLC
   [522] Motion to Withdraw Funds in the Amount of $ 289,566.45 from Court Registry Filed by Remarkable Healthcare of Carrollton, LP, Remarkable Healthcare of Dallas, LP, Remarkable Healthcare of Fort Worth, LP
   [524] Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Carrollton, LLC
   [525] Motion of West Wharton County Hospital District for Distribution of Funds in the Court Registry Filed by West Wharton County Hospital District (Green, Debbie) (dc) Additional attachment(s) added on 4/24/2025 (dc).

---

[1] Creditor reserves the right to amend and/or supplement this designation prior to the hearing(s), and to seek relief from the Court as might be necessary.

[526] Alleon Capital Partners, LLC's Motion For Turnover and Disbursement of Registry Funds Filed by Alleon Capital Partners, LLC (Klein, Buffey)

[535] Supplemental Motion *for (I) Secured Claim Determination Pursuant to 11 U.S.C. §§ 105(a) and 506(a) and Federal Rule of Bankruptcy Procedure 3012, and (II) Declaratory Judgment Regarding Lack of Adequate Protection Pursuant to 28 U.S.C. §§ 220102* Filed by Alleon Capital Partners, LLC (Zavala, Thomas)

**2) <u>Remarkable Healthcare of Dallas, LP  - 24-40608  - CH 7</u>** ( Alexandria Rahn )

[128] Application of for Administrative Expenses --*Motion of KRS Landlords for Allowance of Administrative Rent and Disbursement of Registry Funds* --, Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Dallas, LLC

[129] Application of for Administrative Expenses -- *Motion of KRS Landlords to Disburse Registry Funds and/or Allow Administrative Expense Claim for Third and Fourth Payroll Funding* --, Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Dallas, LLC

[130] Motion to Withdraw Funds in the Amount of $ 289,566.45 from Court Registry Filed by Remarkable Healthcare of Dallas, LP

[132] Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Dallas, LLC

[133] Alleon Capital Partners, LLC'S Motion For Turnover and Disbursement of Registry Funds Filed by Alleon Capital Partners, LLC

[139] Supplemental Motion *for (I) Secured Claim Determination Pursuant to 11 U.S.C. §§ 105(a) and 506(a) and Federal Rule of Bankruptcy Procedure 3012, and (II) Declaratory Judgment Regarding Lack of Adequate Protection Pursuant to 28 U.S.C. §§ 220102* Filed by Alleon Capital Partners, LLC (Zavala, Thomas)

**3) <u>Remarkable Healthcare of Fort Worth, LP  - 24-40610  - CH 7</u>** ( Alexandria Rahn )

[127] Application of for Administrative Expenses -- *Motion of KRS Landlords for Allowance of Administrative Rent and Disbursement of Registry Funds* --, Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Fort Worth, LLC

[128] Application of for Administrative Expenses -- *Motion of KRS Landlords to Disburse Registry Funds and/or Allow Administrative Expense Claim for Third and Fourth Payroll Funding* --, Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Fort Worth, LLC

[129] Motion to Withdraw Funds in the Amount of $ 289,566.45 from Court Registry Filed by Remarkable Healthcare of Fort Worth, LP

[131] Motion to Withdraw Funds in the Amount of $ from Court Registry Filed by KRS Fort Worth, LLC

[132] ALLEON CAPITAL PARTNERS, LLCS MOTION FOR TURNOVER AND DISBURSEMENT OF REGISTRY FUNDS Filed by Alleon Capital Partners, LLC

[138] Supplemental Motion *for (I) Secured Claim Determination Pursuant to 11 U.S.C. §§ 105(a) and 506(a) and Federal Rule of Bankruptcy Procedure 3012, and (II) Declaratory Judgment Regarding Lack of Adequate Protection Pursuant to 28 U.S.C. §§ 220102* Filed by Alleon Capital Partners, LLC (Zavala, Thomas)

**4) <u>Remarkable Healthcare, LLC and Remarkable Healthcare of Seguin, LP  - 24-40611  - CH 11</u>** ( Alexandria Rahn )

[248] Application of for Administrative Expenses *Motion of Landlord for Allowance and Payment of Administrative Rent Related to Remarkable Healthcare of Seguin, LP Facility* Filed by KRS Seguin, LLC, Kilgore Property Management LLC

[250] Application for Compensation and Reimbursement of Expenses *MOTION FOR ADMINISTRATIVE CLAIM AND SECOND AND FINAL FEE APPLICATION OF GUTNICKI LLP FOR PAYMENT OF FEES AND EXPENSES* for Elizabeth Nicolle Boydston, Debtor's Attorney, Fee: $586,798.02, Expenses: $22,621.62. Filed by Elizabeth Nicolle Boydston

# EXHIBITS

**SEE ATTACHED LIST**

| EXH## K ____ | Description | Offer | Object | Admit |
|---|---|---|---|---|
|  | **KRS-xx Exhibits -- Remarkable Ch. 33 / 2024-2025** | | | |
| 1 | 4/3/24 Letter from CMS to Remarkable Health Care | | | |
| 23 | Proof of claim recap updated 20240709 | | | |
| 24 | Proof of claim KRS-C | | | |
| 25 | Proof of claim KRS-D | | | |
| 26 | Proof of claim KRS-FW | | | |
| 27 | Proof of claim KRS-S | | | |
| 30 | KRS-C lease | | | |
| 31 | KRS-D lease | | | |
| 32 | KRS-FW lease | | | |
| 33 | KRS-S lease | | | |
| 34 | KRS and related payroll funding recap | | | |
| 129 | DIP Payroll Note 001 - signed | | | |
| 130 | DIP Payroll Note 002 - signed | | | |
| 131 | Final Order Granting [69] | | | |
| 132 | Final Order Granting [70] | | | |
| 136 | Admin. Claim Order DFW DE 0156 | | | |
| 157 | Debtor plan 005 - projections (Docket No. 0180) | | | |
| 158 | Seguin admin rent | | | |
|  | [reserved] | | | |
|  | *Any items on the docket in any of the RH cases.* | | | |
|  | *Any item designated by any other party.* | | | |
|  | *Rebuttal exhibits as necessary.* | | | |

C:\Users\Jeff Carruth\Downloads\[master exhibit list 20250521.0825.xlsx]exhlist20250521