# EXHIBIT K023 - PAST DUE RENT RECAP JULY 9, 2024

See also informaton in support of claim and reservation of rights in claim document above.

**KRS Carrollton** (increase lease in August)   69000

| Date | Monthly Lease | Security deposit | Tax Escrow | Wire fees | Late Fee Assessed | Payment | Payment Date | Balance |
|---|---|---|---|---|---|---|---|---|
| December 2022 | 106,648.13 | 1,000.00 | | 20.00 | 5,332.41 | (93,802.57) | 12/12/2022 pmt | 19,197.97 |
| January 2023 | 106,648.13 | 1,000.00 | 12,261.00 | 10.00 | 5,332.41 | (93,261.00) | 1/3/2023 pmt | 51,188.51 |
| February 2023 | 106,648.13 | 1,000.00 | 12,261.00 | 10.00 | 5,332.41 | (93,261.00) | 2/1/2023 pmt | 83,179.05 |
| March 2023 | 106,648.13 | 1,000.00 | 12,261.00 | 10.00 | 5,332.41 | (104,919.13) | 3/15/2023 pmt | 103,511.46 |
| April 2023 | 106,648.13 | 1,000.00 | 12,261.00 | 10.00 | 5,332.41 | (119,919.13) | 4/21/23 pmt | 108,843.87 |
| May 2023 | 106,648.13 | 1,000.00 | 12,261.00 | 10.00 | 5,332.41 | (119,919.13) | 5/19/23 pmt | 114,176.28 |
| June 2023 | 106,648.13 | 1,000.00 | 12,261.00 | - | 5,332.41 | (119,909.13) | 7/3/23 pmt | 119,508.69 |
| July 2023 | 106,648.13 | 1,000.00 | 12,261.00 | 10.00 | 5,332.41 | (119,929.13) | 7/31 & 8/3 pmt | 124,831.10 |
| August 2023 | 108,781.09 | 1,000.00 | 12,261.00 | 10.00 | 5,439.05 | (122,052.09) | 8/31/23 pmt | 130,270.15 |
| September 2023 | 108,781.09 | 1,000.00 | 12,261.00 | 10.00 | 5,439.05 | - | | 257,761.29 |
| October 2023 | 108,781.09 | 1,000.00 | 12,261.00 | | 5,439.05 | - | | 385,242.43 |
| November 2023 | 108,781.09 | 1,000.00 | 12,261.00 | | 5,439.05 | - | | 512,723.57 |
| December 2023 | 108,781.09 | 1,000.00 | 12,261.00 | | 5,439.05 | - | | 640,204.71 |
| Taxes Paid in January for year 2023 | | | (130,181.99) | | | | | |
| January 2024 | 108,781.09 | 1,000.00 | 14,000.00 | 10.00 | 5,439.05 | (93,271.00) | 1/19/24 pmt | 676,163.85 |
| February 2024 | 108,781.09 | 1,000.00 | 14,000.00 | | 5,439.05 | - | | 805,383.99 |
| March 2024 | 108,781.09 | 1,000.00 | 14,000.00 | | 5,439.05 | - | | 934,604.13 |
| April 2024 | 108,781.09 | 1,000.00 | 14,000.00 | | 5,439.05 | - | | 1,063,824.27 |
| May, 2024 | 108,781.09 | 1,000.00 | 14,000.00 | | 5,439.05 | - | | 1,193,044.41 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EXHIBIT K023 - PAST DUE RENT RECAP JULY 9, 2024 | | | | | | | | |
| 2 | See also informaton in support of claim and reservation of rights in claim document above. | | | | | | | | |
| 3 | | | | | | | | | |
| 26 | **KRS Dallas** (increase lease in April) | | 88,000.00 | 0 | | | | | |
| 27 | Date | Monthly Lease | Security deposit | Tax Escrow | Wire fees | Late Fee Assessed | Payment | Payment Date | Balance |
| 28 | December 2022 | 95,740.58 | 1,000.00 | | 20.00 | 4,787.03 | (81,000.00) | 12/8/2023 pmt | 20,547.61 |
| 29 | January 2023 | 95,740.58 | 1,000.00 | 14,082.00 | 10.00 | 4,787.03 | (95,082.00) | 1/3/2023 pmt | 41,085.22 |
| 30 | February 2023 | 95,740.58 | 1,000.00 | 14,082.00 | 10.00 | 4,787.03 | (95,122.00) | 2/10/2023 pmt | 61,582.83 |
| 31 | March 2023 | 95,740.58 | 1,000.00 | 14,082.00 | 10.00 | 4,787.03 | (95,832.58) | 3/15/2023 pmt | 81,369.86 |
| 32 | April 2023 | 97,655.39 | 1,000.00 | 14,082.00 | 10.00 | 4,882.77 | (112,747.39) | 4/21/23 pmt | 86,252.63 |
| 33 | May 2023 | 97,655.39 | 1,000.00 | 14,082.00 | 10.00 | 4,882.77 | (127,747.39) | 5/26/23 pmt | 76,135.40 |
| 34 | June 2023 | 97,655.39 | 1,000.00 | 14,082.00 | 10.00 | 4,882.77 | (112,747.39) | 6/23/23 pmt | 81,018.17 |
| 35 | July 2023 | 97,655.39 | 1,000.00 | 14,082.00 | - | 4,882.77 | (112,737.39) | 7/17/23 pmt | 85,900.94 |
| 36 | August 2023 | 97,655.39 | 1,000.00 | 14,082.00 | 10.00 | 4,882.77 | (112,747.39) | 8/31/23 pmt | 90,783.71 |
| 37 | September 2023 | 97,655.39 | 1,000.00 | 14,082.00 | | 4,882.77 | | | 208,403.87 |
| 38 | October 2023 | 97,655.39 | 1,000.00 | 14,082.00 | | 4,882.77 | | | 326,024.03 |
| 39 | November 2023 | 97,655.39 | 1,000.00 | 14,082.00 | | 4,882.77 | | | 443,644.19 |
| 40 | December 2023 | 97,655.39 | 1,000.00 | 14,082.00 | 10.00 | 4,882.77 | (112,787.39) | | 448,486.96 |
| 41 | Taxes Paid in January for year 2023 | | | (156,869.63) | | | | | |
| 42 | January 2024 | 97,655.39 | 1,000.00 | 16,000.00 | | 4,882.77 | - | | 568,025.12 |
| 43 | February 2024 | 97,655.39 | 1,000.00 | 16,000.00 | | 4,882.77 | - | | 687,563.28 |
| 44 | March 2024 | 97,655.39 | 1,000.00 | 16,000.00 | | 4,882.77 | - | | 807,101.44 |
| 45 | April 2024 | 99,608.50 | 1,000.00 | 16,000.00 | | 4,980.43 | - | | 928,690.37 |
| 46 | May , 2024 | 99,608.50 | 1,000.00 | 16,000.00 | | 4,980.43 | - | | 1,050,279.30 |
| 47 | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT K023 - PAST DUE RENT RECAP JULY 9, 2024** | | | | | | | | |
| 2 | See also informaton in support of claim and reservation of rights in claim document above. | | | | | | | | |
| 3 | | | | | | | | | |
| 48 | **KRS Fort Worth** (increase lease in June) | | 108000 | 0 | | | | | |
| 49 | Date | Monthly Lease | Security deposit | Tax Escrow | Wire fees | Late Fee Assessed | Payment | Payment Date | Balance |
| 50 | December 2022 | 95,476.91 | 1,000.00 | 6,826.17 | 10.00 | 4,773.85 | (87,816.17) | 12/12/2022 pmt | 20,270.76 |
| 51 | January 2023 | 95,476.91 | 1,000.00 | 19,139.00 | 10.00 | 4,773.85 | (100,139.00) | 1/11/2023 pmt | 40,531.52 |
| 52 | February 2023 | 95,476.91 | 1,000.00 | 19,139.00 | 10.00 | 4,773.85 | (100,179.00) | 2/15/2023 pmt | 60,752.28 |
| 53 | March 2023 | 95,476.91 | 1,000.00 | 19,139.00 | 10.00 | 4,773.85 | (115,625.91) | 3/1/2023 pmt | 65,526.13 |
| 54 | April 2023 | 95,476.91 | 1,000.00 | 19,139.00 | 10.00 | 4,773.85 | (115,625.91) | 4/4/2023 pmt | 70,299.98 |
| 55 | May 2023 | 95,476.91 | 1,000.00 | 19,139.00 | 10.00 | 4,773.85 | (115,625.91) | 5/12/23 pmt | 75,073.83 |
| 56 | June 2023 | 97,386.45 | 1,000.00 | 19,139.00 | 10.00 | 4,869.32 | (117,535.45) | 6/16/23 pmt | 79,943.15 |
| 57 | July 2023 | 97,386.45 | 1,000.00 | 19,139.00 | | 4,869.32 | (117,525.45) | 7/24/23 pmt | 84,812.47 |
| 58 | August 2023 | 97,386.45 | 1,000.00 | 19,139.00 | | 4,869.32 | (117,525.45) | 8/14 & 8/21 pmt | 89,681.79 |
| 59 | September 2023 | 97,386.45 | 1,000.00 | 19,139.00 | | 4,869.32 | - | | 212,076.56 |
| 60 | October 2023 | 97,386.45 | 1,000.00 | 19,139.00 | | 4,869.32 | - | | 334,471.33 |
| 61 | November 2023 | 97,386.45 | 1,000.00 | 19,139.00 | | 4,869.32 | - | | 456,866.10 |
| 62 | December 2023 | 97,386.45 | 1,000.00 | 19,139.00 | | 4,869.32 | - | | 579,260.87 |
| 63 | Taxes Paid in January for year 2023 | | | (206,875.03) | | | | | |
| 64 | January 2024 | 97,386.45 | 1,000.00 | 21,000.00 | 10.00 | 4,869.32 | (117,525.45) | 1/5/24 pmt | 586,001.19 |
| 65 | February 2024 | 97,386.45 | 1,000.00 | 21,000.00 | | 4,869.32 | - | | 710,256.96 |
| 66 | March 2024 | 97,386.45 | 1,000.00 | 21,000.00 | | 4,869.32 | - | | 834,512.73 |
| 67 | April 2024 | 97,386.45 | 1,000.00 | 21,000.00 | | 4,869.32 | - | | 958,768.50 |
| 68 | | | | | | | | | |
| 69 | | | | | | | | | |

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT K023 - PAST DUE RENT RECAP JULY 9, 2024** | | | | | | | | |
| 2 | See also informaton in support of claim and reservation of rights in claim document above. | | | | | | | | |
| 3 | | | | | | | | | |
| 70 | **KRS Seguin** (increase in March) | | 112,000.00 | 866.17 | | | | | |
| 71 | **Date** | **Lease due** | **Security deposit due** | **Tax Escrow Due** | **Wire fees due** | **Late Fee Assessed** | **Payment** | **Payment Date** | **Balance** |
| 72 | December 2022 | 82,045.34 | 1,000.00 | | 20.00 | 4,102.27 | (81,000.00) | 12/2 & 12/8 pmt | 6,167.61 |
| 73 | January 2023 | 82,045.34 | 1,000.00 | 9,517.00 | 20.00 | 4,102.27 | (90,517.00) | 1/11/23 pmt | 12,335.22 |
| 74 | February 2023 | 82,045.34 | 1,000.00 | 9,517.00 | 10.00 | 4,102.27 | (90,517.00) | 2/1/23 pmt | 18,492.83 |
| 75 | March 2023 | 83,686.25 | 1,000.00 | 9,517.00 | 10.00 | 4,184.32 | (92,622.34) | 3/1/23 pmt | 24,268.06 |
| 76 | April 2023 | 83,686.25 | 1,000.00 | 9,517.00 | 10.00 | 4,184.32 | (92,572.34) | 4/12/23 pmt | 30,093.29 |
| 77 | May 2023 | 83,686.25 | 1,000.00 | 9,517.00 | 10.00 | 4,184.32 | (92,572.34) | 5/5/23 pmt | 35,918.52 |
| 78 | June 2023 | 83,686.25 | 1,000.00 | 9,517.00 | 10.00 | 4,184.32 | (92,572.34) | 6/9/23 pmt | 41,743.75 |
| 79 | July 2023 | 83,686.25 | 1,000.00 | 9,517.00 | 10.00 | 4,184.32 | (92,572.34) | 7/10/23 pmt | 47,568.98 |
| 80 | August 2023 | 83,686.25 | 1,000.00 | 9,517.00 | 10.00 | 4,184.32 | (92,572.34) | 8/18/23 pmt | 53,394.21 |
| 81 | September 2023 | 83,686.25 | 1,000.00 | 9,517.00 | | 4,184.32 | - | | 151,781.78 |
| 82 | October 2023 | 83,686.25 | 1,000.00 | 9,517.00 | | 4,184.32 | - | | 250,169.35 |
| 83 | November 2023 | 83,686.25 | 1,000.00 | 9,517.00 | | 4,184.32 | - | | 348,556.92 |
| 84 | December 2023 | 83,686.25 | 1,000.00 | 9,517.00 | | 4,184.32 | (92,562.34) | 12/7/23 pmt | 354,382.15 |
| 85 | Taxes Paid in January for year 2023 | | | (108,094.25) | | | | | |
| 86 | January 2024 | 83,686.25 | 942.14 | 11,000.00 | | 4,184.32 | (80,000.00) | 1/31/2024 pmt | 374,194.86 |
| 87 | February 2024 | 83,686.25 | 0 | 11,000.00 | | 4,184.32 | 0 | | 473,065.43 |
| 88 | March 2024 | 85,359.98 | 0 | 11,000.00 | | 4,268.00 | 0 | | 573,693.41 |
| 89 | **April 2024** | 85,359.98 | 0 | 11,000.00 | | 4,268.00 | 0 | | 674,321.39 |
| 90 | **May 2024** | 85,359.98 | 0 | 11,000.00 | | 4,268.00 | 0 | | 774,949.37 |
| 91 | **June 2024** | 85,359.98 | 0 | 11,000.00 | | 4,268.00 | 0 | | 875,577.35 |
| 92 | **July 2024** | 85,359.98 | 0 | 11,000.00 | | 4,268.00 | 0 | | 976,205.33 |
| 93 | | | | | | | | | |
| 94 | **POST-PETITION** | 402,511.92 | | | | | | | |
| 95 | | | | | | | | | |
| 96 | | | | | | | | **TOTAL** | 4,178,297.54 |
| 97 | | | | | | | | | |
| 98 | C:\Users\jcarr\ND Office Echo\VAULT-C9SL7ZTY\[exh k022.02 - lease recap 20240709 4875-0859-3614 v.2.xlsx]4.22.24 (2) | | | | | | | | |
| 99 | | | | | | | | | |